IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PETER R. BREGGIN, MD *et al.* )<br>)<br>Defendants. )<br>) | Case No. 3:22-CV-00063-NKM |

# **ORDER**

Before the Court is Plaintiff's motion to extend the time for service on defendants, Peter R. Breggin, M.D. and Ginger Ross Breggin (collectively, the "Breggins") and Dr. Jane Ruby ("Ruby").

**IT IS ORDERED** for good cause and for the reasons stated in Plaintiff's motion, the motion is **granted**. Plaintiff is ordered to complete service of process on the Breggins and Ruby or filed executed Waivers of Service of Summons by March 27, 2023. If Plaintiff fails to do so, this matter shall be dismissed without prejudice.

**IT IS SO ORDERED** this ___ day of February, 2023.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE