IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-CV-00063-NKM |
| PETER R. BREGGIN, MD *et al.* | ) |
| Defendants. | ) |

# NOTICE OF COMPLETION OF SERVICE

Plaintiff, Dr. Robert W. Malone ("Plaintiff" or "Dr. Malone"), by counsel, hereby provides Notice that service of process on defendants, Peter R. Breggin, M.D. and Ginger Ross Breggin (collectively, the "Breggins") and Dr. Jane Ruby ("Ruby"), has been completed.

Plaintiff's counsel will file Proofs of Service upon receipt from the private process servers.

DATED:     March 27, 2023


Signature of Counsel on Next Page


1

DR. ROBERT W. MALONE

By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone: (804) 501-8272
      Facsimile: (202) 318-4098
      Email: stevenbiss@earthlink.net

*Counsel for the Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel of record and all interested parties receiving notices via CM/ECF.

By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone: (804) 501-8272
      Facsimile: (202) 318-4098
      Email: stevenbiss@earthlink.net

*Counsel for the Plaintiff*