AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00063-NKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __PETER R. BREGGIN, MD__
was received by me on *(date)* __3/22/23__.

☒ I personally served the summons on the individual at *(place)* __7 PLEASANT GROVE LANE,__
__ITHACA, NY 14850__ on *(date)* __3/27/23__ ~~or~~ at 3:35 PM;

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __31.00__ for travel and $ __80.00__ for services, for a total of $ __$116.25__ ~~0.00~~.
PLUS $5.25 PRINTING

I declare under penalty of perjury that this information is true.

Date: __3/28/23__

_____
Server's signature

__SUSAN B. MARTIN  - SERVER__
Printed name and title

__4064 CR4, BURDETT, NY 14818__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00063-NKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __GINGER ROSS BREGGIN__
was received by me on *(date)* __3/22/23__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __PETER R. BRIGGIN M.D.__, a person of suitable age and discretion who resides there,
on *(date)* __3/27/23__, and mailed a copy to the individual's last known address; or
AT  7 PLEASANT GROVE LANE, ITHACA, NY 14850

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __31__ for travel and $ __80__ for services, for a total of $ __$122.60__  0.00.
PLUS $11.60 FOR PRINTING + POSTAGE.

I declare under penalty of perjury that this information is true.

Date: __3/28/23__

_____
Server's signature

__SUSAN B MARTIN, SERVER__
Printed name and title

__4064 CR4, BURDETT, NY 14818__
Server's address

Additional information regarding attempted service, etc: