IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. ROBERT W. MALONE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case Number: 3:22-cv-63 |
| ) | |
| PETER R. BREGGIN, MD. ) | |
| GINGER ROSS BREGGIN, ) | |
| AMERICA OUT LOUD, ) | |
| DR. JANE RUBY ) | |
| ) | |
| And ) | |
| ) | |
| RED VOICE MEDIA ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

NOW COMES the undersigned attorney for Peter R. Breggin and Ginger Ross Breggin, admitted to practice in this Court, and hereby enters an appearance in this case.

Respectfully submitted,
PETER R. BREGGIN, MD.
GINGER ROSS BREGGIN
By Counsel

William M. Stanley, Esquire (VSB #37209)
THE STANLEY LAW GROUP, PLLC
13508 Booker T. Washington Highway
Moneta, VA 24121
Telephone: 540/721-6028
Fax: 540-721-6405
bstanley@vastanleylawgroup.com

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023, a true and accurate copy of the foregoing was provided to the following via the Court's CM/ECF electronic filing system:

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
http://truthsocial.com/@stevenbiss