# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

**Dr. Robert W. Malone,**

      **Plaintiff,**

v.             Case No. 3:22-cv-00063-NKM

**Peter R. Breggin, M.D.,** *et al.***,**

      **Defendants.**

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE NOTE the appearance of R. Braxton Hill, IV as counsel of record for defendant Dr. Jane Ruby.

Mr. Hill is admitted to practice in this Court.

Dated: April 14, 2023

      Respectfully submitted,

*/s/ R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
MerrittHill, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone: 804-916-1600
Email: bhill@merrittfirm.com

*Attorney for Dr. Jane Ruby*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April 2023, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

*/s/ R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
MerrittHill, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804-916-1600
Email:  bhill@merrittfirm.com

*Attorney for Dr. Jane Ruby*