UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

Dr. Robert W. Malone,

        Plaintiff,

v.                                        Case No. 3:22-cv-00063-NKM

Peter R. Breggin, M.D., *et al.*,

        Defendants.

### MOTION FOR ADMISSION *PRO HAC VICE* OF RONNIE BITMAN

Defendant Dr. Jane Ruby ("Dr. Ruby"), by and through her undersigned counsel and pursuant to Local Rule 6(d), hereby moves for the admission *pro hac vice* of attorney Ronnie Bitman. Mr. Bittman practices law with the Bitman O'Brien & Morat, PLLC law firm in the Orlando, Florida office at 615 Crescent Executive Ct., Suite 212, Lake Mary, FL 32746. Mr. Bitman is admitted to the United States Supreme Court and is a member of the Florida Bar, California Bar, New York Bar, and Washington D.C. Bar, permitting him to practice in the courts in those jurisdictions. Mr. Bitman can be contacted by email at rbitman@bitman-law.com. Mr. Bitman is not a resident of this District, nor does he have an office in the District for the practice of law. Attached hereto is a proposed Order admitting Mr. Bitman to appear and conduct this case as *pro hac vice* counsel for Dr. Ruby. In accordance with Local Rule 6(d), Mr. Bitman will be appearing in association with the undersigned counsel, who is admitted to the bar of this Court.

Dated:  April 25, 2023

                    Respectfully submitted,

<u>/s/ R. Braxton Hill, IV</u>
R. Braxton Hill, IV (VSB No. 41539)
MerrittHill, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804-916-1600
Email:  bhill@merrittfirm.com

*Attorney for Dr. Jane Ruby*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April 2023, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

*/s/ R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
MerrittHill, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804-916-1600
Email:  bhill@merrittfirm.com

*Attorney for Dr. Jane Ruby*