UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

Dr. Robert W. Malone,

        **Plaintiff,**

v.                                       Case No. 3:22-cv-00063-NKM

Peter R. Breggin, M.D., *et al.*,

        **Defendants.**

## ORDER
### (Granting Motion for Admission *Pro Hac Vice* of Ronnie Bitman)

This matter is before the Court on the Motion for Admission *Pro Hac Vice* of Ronnie Bitman. It appearing that Ronnie Bitman is a member in good standing of the Florida State Bar, is not a resident of this District, and does not have an office in this District for the practice of law, therefore the Motion for Admission *Pro Hac Vice* of Ronnie Bitman is **GRANTED**, and Ronnie Bitman is **ADMITTED** *pro hac vice* to appear before this Court in this matter as counsel for Defendant in accordance with Local Rule 6(d).

It is **SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Date:
Charlottesville, VA