**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

**Dr. Robert W. Malone,**

       **Plaintiff,**

v.                                                  **Case No. 3:22-cv-00063-NKM**

**Peter R. Breggin, M.D.,** *et al.***,**

       **Defendants.**

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE NOTE the appearance of Craig T. Merritt as counsel of record for defendant Dr. Jane Ruby.

Mr. Merritt is admitted to practice in this Court.

Dated: April 25, 2023

                                                    Respectfully submitted,

                                                    */s/ Craig T. Merritt*
                                                Craig T. Merritt (VSB No. 20281)
                                                MerrittHill, PLLC
                                                919 E. Main Street, Suite 1000
                                                Richmond, VA 23219
                                                Telephone:  804-916-1600
                                                Email:  cmerritt@merrittfirm.com

                                                *Attorney for Dr. Jane Ruby*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April 2023, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

Respectfully submitted,

/s/ Craig T. Merritt
Craig T. Merritt (VSB No. 20281)
MerrittHill, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone: 804-916-1600
Email: cmerritt@merrittfirm.com

*Attorney for Dr. Jane Ruby*