UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

Dr. Robert W. Malone,

        Plaintiff,

v.                            Case No. 3:22-cv-00063-NKM

Peter R. Breggin, M.D., *et al.*,

        Defendants.

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Ronnie J. Bitman, Esq. of BITMAN O'BRIEN & MORAT, PLLC, hereby files this Notice of Appearance on behalf of Defendant, JANE RUBY, in the above-styled matter, and requests that copies of all future pleadings and correspondence in this case be directed to its attention.

Dated:  May 1, 2023

                                              Respectfully submitted,

                                              */s/ Ronnie J. Bitman*
                                              Ronnie J. Bitman, Esq.
                                              Florida Bar No.: 0744891
                                              rbitman@bitman-law.com
                                              acrown@bitman-law.com
                                              615 Crescent Executive Ct., Ste. 212
                                              Lake Mary, FL 32746
                                              Telephone:  407-815-3110
                                              *Attorney for Dr. Jane Ruby*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 1st day of May 2023, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

                 */s/ Ronnie J. Bitman*
                 Ronnie J. Bitman, Esq.
                 Florida Bar No. : 0744891
                 rbitman@bitman-law.com
                 acrown@bitman-law.com
                 615 Crescent Executive Ct., Ste. 212
                 Lake Mary, FL 32746
                 Telephone:  407-815-3110
                 *Attorney for Dr. Jane Ruby*