IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **DR. ROBERT W. MALONE** | ) |
| **Plaintiff** | ) |
| v. | ) Case Number: 3:22-cv-63 |
| **PETER R. BREGGIN, MD.** | ) |
| **GINGER ROSS BREGGIN,** | ) |
| **AMERICA OUT LOUD,** | ) |
| **DR. JANE RUBY** | ) |
| And | ) |
| **RED VOICE MEDIA** | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS FOR LACK OF PERSONSAL JURISDICTION PURSUANT TO RULE 12(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Peter R. Breggin, MD. And Ginger Ross Breggin, by counsel, move this Court to dismiss the Complaint filed by Dr. Robert W. Malone, (the "Plaintiff") for lack of personal jurisdiction over Dr. and Mrs. Breggin. The grounds and reasons for granting this relief are stated in the accompanying Memorandum which is filed contemporaneously herewith and incorporated herein.

Respectfully Submitted,

PETER R. BREGGIN, MD.
GINGER ROSS BREGGIN
By Counsel

By: /s/ William M. Stanley
William M. Stanley, Esq. - VSB# 37209
THE STANLEY LAW GROUP, PLLC
13508 Booker T. Washington Hwy.
Moneta, Va. 24121
p. 540-721-6028
f. 540-721-6405
bstanley@vastanleylawgroup.com

## CERTIFICATE

I hereby certify that on the 8th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272 Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Counsel for the Plaintiff

By: /s/ William M. Stanley