# EXHIBIT 1



Robert W Malone, MD
13K Tweets





# Robert W Malone, MD ✓
@RWMaloneMD

Inventor/skeptic mRNA vaccines. Scientist. Author. Speaker. Bioethicist.
rwmalonemd.substack.com
maloneinstitute.org
rwmalonemd.com
imdb.com/name/nm5374331

📍 Madison, VA   🔗 rwmalonemd.substack.com   📅 Joined May 2009

**992** Following   **1M** Followers



**Robert W Malone, MD** ✓
@RWMaloneMD

If I can win these lawsuits (and that is a big "if"- defamation lawsuits are very hard to win), then this will hopefully have a chilling effect on the corporate media + internet/ social media defamation business model that so many pursue- because it is profitable.

6:53 PM · 3/27/23 · 24.6K Views