# EXHIBIT 2

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Jane Ruby: | Meet Brother Alexis Bugnolo, Editor of the electronic journal From Rome, a crusader against globalism and medical tyranny, telling the truth about the global mass genocide operation perpetrated on God's children, in spite of deep state attacks. Don't miss the three-part interview, coming up, with this controversial and brilliant warrior. This is the Dr. Jane Ruby show, and you're about the enter truth in medicine. |
| | Well, my guest for today is so incredible and so accomplished, a divinely inspired voice no doubt, in the crusade against globalism and medical tyranny, that I've invited him for the entire show, because his work is so important, and there's so much to cover. Brother Alexis Bugnolo is the editor of fromrome.info, an electronic journal about news and commentary on the Catholic church, Rome, and Italy. Brother Alexis is fearlessly outspoken about telling the truth and warning the world of the global mass genocide operation perpetrated on God's children right now, and he has also bravely continued the mission of saving the lives of Christians worldwide, in spite of being harassed, arrested, and tortured for his efforts. And I want to welcome doctor, or Brother Alexis, to the show. Brother Alexis, thank you so much for being with us from Rome, Italy, tonight. |
| Alexis Bugnolo: | Thank you, Dr. Ruby. It's a pleasure and honor to actually get to meet you online, and get interviewed you, and I am also a big fan of Mr. Peters, so this is a thrill for me. |
| Jane Ruby: | Yeah, thank you so much for saying that, because really, the honor is mine. And as I briefly mentioned to you before we came on the air, I've been aware of some of your videos. You have this wonderful website, fromrome.info, that people must check out. We're going to flash it on the screen during our conversations, and there were some really stunning videos that you've made, very short clips, and they've caught my attention, and I thought, "Wow, this person really understands what's going on," and this was back in 2020, so I was really grateful and impressed to find somebody across the world who was still getting it, like I was getting it. |
| | Your videos are very powerful, Brother Alexis. You're very understated, and elegant, and reverent, but your words are incredibly powerful. And the one that I want to talk about as we start our discussion, and I want the audience to know that you're going to be with us for the whole show, so we'll be taking a couple of quick breaks, and I want everybody to certainly stay with us. The one that comes to mind, this very first one, was some time, I believe in April of 2020, where... Because what people may not know about you, you're also a cultural anthropologist, and you have a particular interest, you said in that video, in how societies deal with mass death, from plagues and things like that. So, you brought some interesting perspective in terms of how we're going to deal with this when the tipping point occurs, and we do have much more visible and obvious mass death. So tell us about that, and what inspired you to do that video in 2020. |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Alexis Bugnolo: | Oh, thank you. I think you're referring to my Manifesto for the Free Peoples of the Earth video, which I really just recently upgraded to a version two, and I published this morning. |
| Jane Ruby: | Yes, noticed that on the website. Yeah. Please, share with us. |
| Alexis Bugnolo: | I have been a reader since my childhood. Both my parents are educators, and they let me have access to any kind of books, and took me to the library. I was fascinated reading Barbara Tuchman's A Distant Mirror, which is a history of the black death. And I went on to study cultural anthropology, which is the study of human societies, and how they operate. So, when the scamdemic broke, I was in a unique position that I never intended to be in, because I'd just started my electronic journal. I had a blog for several years, and all of a sudden, it had these fans, and a friend in Britain says, "These statistics don't add up. Take a look at it." Because I have to admit, for the first five days, I was basically believing what I was hearing on all the media.<br><br>But for my degree, I took two courses in statistics for the social sciences, and I looked at how they were dealing with the statistics, and I saw immediately the shell game they were playing. They were taking the statistics for death of people in extreme cases, in emergency rooms with multiple morbidities, and they're claiming that would be the death rate for the whole population. Well, that's one of the first things you learn in statistics with social sciences is a no-no. It's called lying, you know? |
| Jane Ruby: | Right. |
| Alexis Bugnolo: | And then, I took a step back and I said, "How is it that all the journalists and all the politicians in the world are saying the same lie at the same time?" Now, see, that's impossible, because all men can agree on the truth, but all men can't agree on a lie unless there's a conspiracy. Because people have different opinions, and there's no reason to believe a lie, because it's not rational, it's not based on fact, so how do you get everyone to believe it? It's not an easy matter, but all these politicians were just absolutely believing it. And as the weeks went on, I said like, you know, eventually, they'll take 15 minutes and watch a YouTube video, or talk to a statistician, but they never did it. They still haven't done it. And this is ominous, in the old Latin since of the world. It's an omen. It tells us something about what's really going on. So, not only am I a cultural anthropologist, I am a fan of Sherlock Holmes, and I read all the stories of Sherlock Holmes by Arthur Conan Doyle when I was a young man. I am fascinated in investigating mysteries, murder mysteries, things like that, so I started digging. I started reading. |
| Jane Ruby: | And you know, that eclectic, those eclectic interests and expertise pieces really came together, like people have said, for a time such as this, right? And so you know, it's enabled you to put pieces together very quickly, but I wanted to ask you, how did you know so early that this was a scam? I mean, I had my little |

Case 3:22-cv-00063-NKM-JCH   Document 33-3   Filed 06/12/23   Page 4 of 20   Pageid#: 364

This transcript was exported on May 12, 2023 - view latest version here.

|  |  |
|---|---|
|  | story. I'm medically trained. I got sick in March of 2020 with a wicked flu, was told by my doctor I had it, but he wouldn't prescribe the HCQ or anything. He was acting very differently than he had in the years before, so there were clues for me. And then I saw the state governors blocking access, and I thought, "Well, why would they do that?" So I had my little clues. How did you figure it out so quickly, from your vantage point, I guess, so early? |
| Alexis Bugnolo: | Okay, so I'm also Catholic, and I'm a strong believer in the Catholic religion, so in Italy here, the masses, the churches were all shut down, and then the very next day, the government declared the lockdown. And I could understand the cooperation of church and state, but shutting all the churches down? I had been a student of the black death, and the history of the black death. The church never shut the churches down in the black death. As a matter of fact, what they did is they would pull processions, and go through all the streets of the cities bearing religious images and walking around, and praying to God for intercession. Now, we know, scientifically, that in a plague, that's the best thing to do, because by moving everyone around in a city, everyone will gather a tiny amount of the infection, and innately build antibodies, and not die of the plague, whereas if you're exposed to a huge amount of infection when you don't have the antibodies, you'll succumb. |
| Jane Ruby: | Yes. Yeah. Really? |
| Alexis Bugnolo: | I saw the way of acting was just bizarre, and this kind of cooperation wasn't going. Then I saw the statistics were all being lied with, and I know that... Well, Catholic priests and religious, we're trained to believe the truth, and some are... The Vatican, for example, has experts in science, so there is no reason for them not to come out and say something, but they weren't saying anything. And that made it... It was just too many people agreeing together in a lie. That really was like a twilight moment. I have to admit, I was fighting with how can the whole world be just going awry at once? But, for me, truth is the reality. Jesus Christ is the truth, so I'm a firm believer... My father was a scientist. He helped design the antenna for the first telecommunication satellite, Telstar. So he always taught me the scientific method, and so I said, "There has to be something to it. What is the cause of them all agreeing, if it's not the truth?" And that's what led me to research, and then with a colleague, AG Bellman, at [inaudible 00:10:43] TV, we spent two years digging into globalism, the history of the Rothschilds, Free Masonry, Bill Gates' family, big pharma. What have they been doing? Rockefellers, and the whole virus thing, the theories, and following all the news as it came out, because I would publish maybe 15 articles a day From Rome.

And I kept myself inform. This all added up, and everyone who started the investigation found the same thing. We're all discovering the same things. We don't even have to claim there is a conspiracy in the popular sense of the world, meaning a supposition that has no basis in facts, because we can quote the words. We can quote the events. We can go to points in history and say, "Who |

This transcript was exported on May 12, 2023 - view latest version here.

|  |  |
|---|---|
|  | came up with that idea? Who funded them?" It all goes back to the same people. |
| Jane Ruby: | Yeah. |
| Alexis Bugnolo: | So, it was... This is what got me going, because I was religiously upset that the church was [inaudible 00:11:39] |
| Jane Ruby: | Yeah. |
| Alexis Bugnolo: | So I have that personal motive. |
| Jane Ruby: | With good reason. I mean, do you feel that the churches, not just the Catholic church as a body, but the churches in general were co-opted? Did they, in general, were they incentivized? How did they cave? I mean, because what you were saying is that it was the very lockstep nature of this thing all over the planet, and that's what kept me up at night as well, thinking, "Wait a minute. That's really powerful. That's really... How did they do that?" So let's stay with the church for a moment, the churches. How did they get so co-opted, or seemingly so? |
| Alexis Bugnolo: | Okay, so I figured it had to be one of two things. Either we're in the great apostacy that John speaks about in the book, Apocalypse, or there's something going wrong run by governments, because you just can't get that equipment. But a matter of fact, if you look into the money, most governments have been giving Christian churches oodles of money since the second World War, for social welfare projects, and most of their income is coming through government contracts, to take care of the poor, or provide housing. And because of that longstanding relationship, the state has told the Christian institutions to appoint certain men as ministers, certain men as leaders, so when the government says do something, they do something, because they know they're going to lose their contracts if they don't, and then they lose their employees, and unfortunately, they were more interested in man than in the gospel. |
|  | But this was their great mistake, at least for me, because when something happens like an unnatural event, a disaster, or a plague, the response of society is not unified. It's diversified. People come at the problem from all different ways, and maybe eventually, they'll all agree it's a pandemic. But it takes a while, because people have different theories. But when everyone reacted the same way, at the same time, that is not natural. That's artificial, and that convinced me that there was an international organization of individuals that had orchestrated and planned how to react and how to do it. Well, then the information came out about the [inaudible 00:13:53] they did in, what was it, October, in New York City, with John Hopkins university, where they actually staged that kind of event, and that kind of social programming, social- |

PART 1 OF 4 ENDS [00:14:04]

This transcript was exported on May 12, 2023 - view latest version here.

Alexis Bugnolo: ... Kind of event. And that kind of social programming, social experimentation, we've done that in the field of an anthropology. We did experiments like that in the sixties where we built prisons on campus and we put some students as guards and some students as prisoners and gave them free rein to run the prison as they thought it would be, and observe their behavior, how it changed, called social psychology or social anthropology. So it is well known how you can get people to do things different if all of a sudden they accept certain presuppositions, then start acting different. And this is the basis of the whole pandemic.

They globalists have launched and planted over the last hundred years, dozens of key lies and misinformation, which if you accept and you have been taught to accept it in public school, you were primed to react to the pandemic and their tether, how they got people's control, was television. I have found that 95% of everyone in the opposition were not habitual television watchers. Habitual television watchers were all convinced of the scamdemic and they're pretty much still convinced of it and they can't snap out of it.

Jane Ruby: There's this, I'm sure you're aware of it, this perpetration or perpetrating the narrative from Desmet in Germany on this. Apparently he started with mass formation. Now Malone jumps in and adds psychosis at the end and some other experts like Dr. Peter Breggin have said, "No, no, no, that's not psychosis. You're setting people up to be mental health arrested down the line. You're making people feel like they're responsible for the totalitarianism." As a sociologist, what are your thoughts on this mass formation slash psychosis theory?

Alexis Bugnolo: Okay, so I do agree that in a moment of crisis, people's understanding of the cause will be formed by the first suggested solution. So if you're in a theater and someone yells fire, you're not going to react unless for several minutes before you smelled smoke because if you smelled smoke and then someone says fire, your natural reaction is, it's a fire I'm getting out of there. Even if afterward the police say, there was no fire, it was fake. It was someone smoking. You might believe there was a fire for years and years because you'll say, "I was there, I smelt smoke." But if there's no smoke, no amount of screaming of fire fires, don't you convince you.

So they declared the pandemic and they gave the statistic and they showed some people dropping in Wuhan and that was enough to convince people who are hooked to television. But they accepted it on their television. They didn't begin critical thinking because the television and marketing society is interactive. We may not realize it. If you spent, you look at your average citizen of the world today in the television society, he spends maybe 10 times more listening to the television than he does to his school teacher. And maybe 10,000 times more than he's talking to his parents. Probably never even talked to his grandparents as much as he watches television in one weekend.

Jane Ruby: Right, right. Good point.

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Alexis Bugnolo: | Mothers put babies in front of television at one month, year old and leave them there throughout their childhood. So my theory is this is that television for many people who have never been thought to critically interact with, never talked back to the television. I was taught early on by my mother, who was an expert in child psychology, says, "If you don't like something on television, speak out during the program and talk back at the television." |
| Jane Ruby: | Oh, that's great. That's great. |
| Alexis Bugnolo: | That makes you very, very combative. |
| | But I think what's happened is that for many people, the television subconsciously is the voice of the godfather and the godmother. The infinite daddy and the infinite mommy. If your ma says to you, don't buy a vegetable that looks like that, it's rotten. You're not even going to even doubt it. You just later you just accepted it because at that stage of life, you accept whatever you're told from your parents because it's an ambiance of trust, of complete love acceptance and you haven't even encountered someone who have their lied to you. |
| Jane Ruby: | Yeah, absolutely. |
| Alexis Bugnolo: | This is what the television is subconsciously to these people. They could have four doctorates, but if they grew up watching television, whatever is said on television, they'll accept without any critical investigation. |
| Jane Ruby: | We're seeing that now. Brother Alexis, don't go away. We're out of time for this first segment. So we're going to come back in a moment after this important message. You don't want to miss the rest of this conversation with Brother Alexis Bugnolo. We'll be right back. |
| | Well, the show is brought to you by Danette May and Mindful Health, LLC featuring Danette May's top super food product from her Earth Echo food line, Cocao Bliss. Nothing feels better than being able to enjoy rich, smooth, creamy chocolate and knowing you're doing something good for your body. They start with 100% organic cocoa beans that are naturally kissed by the sun, maintaining its miraculous health benefits, then they blend it with turmeric, MCT oil, coconut, Himalayan sea salt, cinnamon and black pepper for the perfect blend to make you feel the best you have ever felt. |
| | Fall in love with a truly decadent, healthy, guilt-free chocolate, removing your cravings, facilitating weight loss, boosting your energy and reducing inflammation with one simple drink. It's friendly to paleo, gluten-free, keto, vegan, and vegetarian diets. They're offering up to 15% off when you use the promo code RUBY, go to earthechofoods.com and use the discount code RUBY for your 15% off. |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Alexis Bugnolo: | Welcome to From Rome Info video. My name's Brother Alexis Bugnolo and I'm the editor of fromrome.info an electronic journal about Rome, Italy and the Vatican with news and commentary. I don't know if you are aware of the recent news, how on Project Veritas exposed Fauci as a liar in his testimony to the US Senate about gain of function research in China. They exposed the documents and they've caught Fauci involved in a crime violation of the Congressional resolution that this gain of function research be stopped. |
| | But what interests me about this story is the reaction of Dr. Malone to this news. He points out that it's devastating, but then he lets the cat out of the bag. He says the Wuhan lab was working on a vaccine for bats, but it escaped or something escaped from the Wuhan lab and people caught it in town. As Dr. Malone with his friends in the CIA who were on the ground at Wuhan, expects us to think that a lab involved in the Chinese military biologic warfare program was trying to cure bats. He does let the cat out of the bag. They were working on a vaccine. |
| | Well, how can a vaccine be contagious and how can that vaccine contain a gain of function spike protein? Remember the spike protein was modified with gain of function research so that it would infect humans. You wouldn't give that spike protein to a bat. So the truth of it is, as the Wuhan lab was working on a COVID-19 vaccine before there was a pandemic of COVID-19, and that means the people in the fish market who caught it were somehow exposed to the spike protein. |
| | Maybe they were vaccinated, but here is the deep truth that they're trying to hide. No virus was released from the Wuhan lab. It was a vaccine they were working on, and that means the entire thing is a complete lie. There never was a pandemic except in the propaganda of the globalists and their media and all their politicians they've bought around the world because without a pandemic you wouldn't take the vaccine and the vaccine is the real bioweapon. |
| Jane Ruby: | Well, welcome back. And Brother, I loved that clip. I call it the cat out of the bag. How did you get that kind of insight when you made that video? |
| Alexis Bugnolo: | Well, first of all, I made that video without thinking of what I was going to say. Most people who realize think I write scripts. I don't script any my videos. I just speak extemporaneous. And I listened very carefully to Dr. Malone and I had been listening to what he was saying through all the months previously. And when he said working on a vaccine, then I realized that this guy had just said something true, different from the narrative he had pushing and that there would be no way if the lab was really working on what they claim to be working on, that he would make that mistake. I could make that mistake and say vaccine rather than something else, but he couldn't make that mistake. And then he said he had his friends on the ground from the CIA and it all added up. |

This transcript was exported on May 12, 2023 - view latest version here.

|   |   |
|---|---|
|   | And I had come to suspect that much of what we have been told by certain figures in the opposition to this pandemic are narrative points to distract us from what's really going on. And I always thought the idea that the Chinese had invented a virus and that they were working on gain a function for a virus was a bit too much. But if they were working on the spike protein to design it to cause the most destruction and to spread, then it all made sense. And when he said that, and I said, that's the cat out of the bag because there's no way a man of his stature with his background in MRNA research would ever make that mistake, let it get out and let it get published. |
| Jane Ruby: | Yeah, absolutely. That was a while ago, I believe, maybe months ago that you made that video. What is your take in general, maybe about his narrative? Do you find inconsistencies? I mean, what are your thoughts? Was that just a one off that you thought was unusual? |
| Alexis Bugnolo: | Okay, so the globalist planned that have planned this for a long time, and they knew that the most important thing is maintaining the control of the narrative. They maintain the control of the narrative through Hegelian dialect where they launch two false ideas and the simple people think one of the other must be true, but neither are true. These two are involved in a contrary way that distract your attention from what's really going on. And this is the hallmark modus operandi of Skull and Bones Lodge and of the Prussian Lodge in Germany. And they have used this to manipulate politics around the world. It's also the modus operandi of an organization founded by the Rothschild. So who act through intermediaries, never acting directly. |
| Jane Ruby: | Of course, right |
| Alexis Bugnolo: | This dissonance when he said they were working on a vaccine, which they weren't working on, okay, they're working on a vaccine, but if you worked on a vaccine for bats, you wouldn't use a modified to gain of function protein for that because that protein only attaches to human lung cells. So that just shattered it. |
| Jane Ruby: | So smart. I have another question because one of the other things you said in that clip is, so the people in the town of Wuhan that were dropping over that got sick, they were somehow exposed to the spike protein then you said, or maybe they were vaccinated. What are your thoughts on that? I mean, how did they drop over? Do you think they were forced exposed by the government to start the scare, the visual? |
| Alexis Bugnolo: | Okay. So you have to understand, there's like 1.4 billion people in China. People fall over the street all the time, there's cameras everywhere. They could have easily just gathered together videos of them falling over, produced a fake news article for us. So we don't even know if more people died that- |

PART 2 OF 4 ENDS [00:28:04]

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Alexis Bugnolo: | Okay. So we don't even know if more people died that month than today because we're accepting everything the Chinese say. And as an old Chinese Catholic told me, who escaped from China, says, he goes, "You must remember one thing about the Communist Party in China. As soon as they open their mouth, they're lying." And so I always remember what this old man said to me many years ago. And I don't believe there was any excess mortality in [inaudible 00:28:29]. I don't think they were dying of 5G or anything like that. It's a very polluted city, so they could be dying of anything. But- |
| Jane Ruby: | Right, right. It's very dirty. |
| Alexis Bugnolo: | Yeah. I launched the idea that maybe these people were vaccinated because here in Italy, the deaths all came from one province, Bergamo Province. And that province was vaccinated with a Sanofi vaccine that contained four strains of virus. The vaccination program was begun immediately as Salvini left the governor. Conte formed his new cabinet. The first person to call him was Bill Gates. And then he sets aside something like 70 million euro, I forget how much, to vaccinate every elderly person in the province of Bergamo with the Sanofi Pasteur thing. |
| | So once all the information came about about Bill Gates, the World Health Organization, all this went back to that data. And I was the first to say, "These people were dying from the vaccine." And I think Rappaport picked up my story and ran it on his blog. He's a rather expert in the big pharma fraud. So that he found it credible convinced me I was on the right path. |
| | So outside of that zone of Bergamo, there is no excess mortality. It was actually minor mortality. So even if what the government was telling us, that lots of people were dying in Bergamo, that's the cause. There's a thing called Occam's razor. You don't look for complex explanations. What's the simple, unique factor that exists in this situation where you have excess mortality that doesn't exist anywhere else? |
| Jane Ruby: | Brother Alexis, I think you have a great eye for, well, people that might be, if you will, suspect in terms of their intentions, the term we call controlled opposition. And I want to ask you to define that, like you did very briefly I think off the camera, and it was really brilliant in terms of how that narrative is built with so much truth. |
| | But before we do, I want to tell you why I think you have a great eye. In August, I believe it was August, yeah, this August, 27th on From Rome, you posted an interesting article, the title of which was Kirsch Establishes DeathVaxx Incident Reporting Site. And the title actually of it is Kirsch Establishes ... This is Steve Kirsch, the former, I guess, Silicon Valley millionaire, billionaire, whatever he is ... Kirsch Establishes Confidential Vaccine Experience Portal. |

This transcript was exported on May 12, 2023 - view latest version here.

|  |  |
|---|---|
|  | Well, what I found interesting, and I chuckled because I think you and I are sharing a brain across the ocean, is that the editor's note, you're the editor and publisher, the editor's note was, quote, "The chances that a Silicon Valley executive, financed by Wall Street globalists, really wants to solve the problem are about the chances of finding life on the sun." I think I spit my coffee out laughing so hard. So how do you spot these people, Brother? And do go into the way you eloquently described controlled opposition. |
| Alexis Bugnolo: | Okay. So I have nothing against Kirsch. Maybe he's been vaccine damaged, and he has had some personal change. But for my study and investigation with my colleague, [inaudible 00:31:59] Bowman at [inaudible 00:32:01] ADTV of the history of the Rothschild family, the history of globalism, the history of the building of the international networks that were the instrument to start the pandemic and control all opposition during it, I knew that you don't get that much money invested in your company unless you're completely owned, completely controlled, and they've already studied you psychologically to know that you'll never betray them. If you started to betray them, you would be dead before you did it.

So they do, however, permit divergence from the narrative. They do permit and they want operatives and pawns on the table who will take up the opposition narrative, 80%, 90%, but never the part that is most sensitive. If you touch the sensitive truth, then you'll be zapped.

I remember my colleague, [inaudible 00:32:59] Bowman in like May of 2020, he did a video about the Georgia [inaudible 00:33:04]. And he just made a reference that maybe this has something to do with this scamdemic. His video was zapped immediately by YouTube. And after reflecting about a year, I realized this is the criteria of truth. The quicker they take down what you said, the more dangerous that truth is to their narrative. And we have to be very sensitive to this.

And I have seen, for the slightest little thing said, whole channels erased. Like my colleague, his entire channel was erased from YouTube after I shared a video he did about a political party in Spain, [inaudible 00:33:45], which got funded through a CIA organization ... within six hours- |
| Jane Ruby: | Wow. |
| Alexis Bugnolo: | A channel with 400 videos [inaudible 00:33:53]. |
| Jane Ruby: | So they're obviously using some kind of AI algorithms, word finding. I mean, they're doing something. You can't hit those things ... right? |
| Alexis Bugnolo: | They have a hierarchy of truths that must be suppressed, some at the highest red alert level. You can't go there. If you go there, they will come after you. The reason why I think it happened to about with the Spanish political party is the |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| | CIA has a control network in Europe since second World War. It's called Gladio system. And the organizations in that system are considered intelligence operations of the US government, necessary to maintain political control in the US. And if you reveal what's going on, then they'll come after you. And now they're working hand in hand with big tech. The US government is now officially Nazi. Nazism is when government and corporations work together to suppress truth. |
| Jane Ruby: | The government's gone. The US government right now is suspended. The Constitution is suspended. I mean these are realities. We have about a minute left before we close out this second segment. And we can talk about maybe in the third segment, if you care to share the details, about your recent harassment in Spain. But are you ever afraid for the work you're doing? I get asked that often. And sometimes I am, honestly, and sometimes I'm not. But what are your feelings on that? And just about one minute ... |
| Alexis Bugnolo: | I do everything I do for the love of Jesus Christ and, therefore, believing in eternal life, I know they can't kill me. All they can do is glorify me in heaven by making me a martyr. So no, I don't fear as long as I'm speaking the truth. The most shameful thing would to be hide the truth out of fear. |
| Jane Ruby: | Yeah. I could never face God when I see that incredible light and answer for if I didn't answer this calling. So I think that's the more compelling feature, and that's what keeps us courageous. So thank you for that. That's beautifully said. Let's break here, Brother, and we'll be back after an important message, with Brother Alexis for a final part of the discussion. Don't go anywhere.<br><br>It's hard to overstate how important magnesium is for your health and wellbeing. In fact, magnesium deficiency can increase your risk of all illnesses. And you might not know that there are seven different types of magnesium the body needs. BIOptimizers has the solution. Their supplement is specially formulated to dramatically improve your overall health from reducing stress to improving sleep and boosting your energy levels. Go to magbreakthrough.com and use the code Ruby for 10% off. Don't wait to be deficient. Just go to magbreakthrough.com, code Ruby.<br><br>Well, we're back for what is unfortunately the last segment with Brother Alexis Bugnolo. And so, Brother, thanks for staying with me for the entire show. It's really been great. I want to move back into this whole notion of the Rothschild, Skull and Bones, Freemason. A lot of people throw this stuff around. I don't know any Rothschilds, and I don't know anybody that I know of who's a Skull and Bones, but I do know some Freemason people circulating in the country that seem like pretty nice gentlemen. I don't know anything about the organization, honestly. But what's the truth around all of this, and what is the history of these organizations to each other? |

Case 3:22-cv-00063-NKM-JCH   Document 33-3   Filed 06/12/23   Page 13 of 20   Pageid#: 373

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Alexis Bugnolo: | Okay, so first we have to understand that under the name Freemasonry, there are several organizations, and sometimes they collaborate and sometimes they're rivals. So the Freemasons were founded in 1717 in London, England by a group of 12 Protestants and 12 Jews. And their objective of their organization was fraternal and to promote their own business relations. Whether that group had, as the goal, the destruction of Christendom and the destruction of monarchies and the promotion of democracy is hard to say.<br><br>But another lodge was founded later in that century in Bavaria by a Frankist, and it was the lodge of the Illuminati. And the Illuminati has, as the purpose, the destruction of Christianity because the Frankists come from the Sabbatean Jews. He was a Jew in the 17th century who proclaimed himself to be the Messiah. He was from [inaudible 00:38:24] Turkey. And then the Ottoman sultan said, "Well, I'll cut your head off unless you become a Muslim." So he became a Muslim [inaudible 00:38:31]. And all of his followers are ostracized from a Judaism. They stopped believing in the Torah. And they got this notion that to bring the true Messiah to Earth, they had to violate God's will in the most extreme way.<br><br>The Rothschild family is in that religious view. And they have taken the patronage of the Illuminati lodges under their arm. And that's how they govern through the world. So in the United States we have the Skull and Bones lodge, which is the most powerful because it controls all major banks in New York City. But that lodge is a filial lodge of the Prussian lodge in Berlin, which was the recognized by the Kaiser in the 1840s, which is an Illuminati lodge. |
| Jane Ruby: | I see. |
| Alexis Bugnolo: | So the money behind Skull and Bones, the money behind JP Morgan, Brown Brothers Harriman, Citibank, Bank of Manhattan, that's all Rothschild. And the other major [inaudible 00:39:31] power in the world is the Pilgrims Society. They're a [inaudible 00:39:35] British lodge, is out of London, Oxford. And their goal basically is to destroy Europe and make Britain rule the world and to infiltrate the US and bring the US into the British geopolitical thing.<br><br>This is why after World War I, the US foreign policy changes radically from isolationism to a certain sort of globalism. And we are the army and the police of the Pilgrims Society. We advance the agenda of that lodge. And we have been united together [inaudible 00:40:04] two world wars. But both those lodges have funded and supported both world wars. Hitler, for example, was recruited by the Pilgrims Society. He was financed by the Skull and Bone. They intended to give him everything necessary to start a second world war.<br><br>At the same time, the Rothschilds were bribing Winston Churchill to be defensive and don't make peace with Hitler. They wanted a war in Europe to destroy Europe so they can buy it up on pennies on the dollar. This is the Rothschild objective. And the scamdemic is only part of that. The scamdemic is a |

This transcript was exported on May 12, 2023 - view latest version here.

|  |  |
|---|---|
|  | small thing. Bill Gates got his money from Brown Brothers Harriman [inaudible 00:40:43] Skull and Bone bank, because the Brown Brothers Harriman fortune was given in two portions. One went to finance the Eugenics Council and Planned Parenthood, and Bill Gates is the son of the first members of the board of directors of Planned Parenthood. |
| Jane Ruby: | Wow. Such terrible history. But as you point out ... And the story's becoming more solid every day. This has been planned. And this is a rapid execution right now that we're in. And so let me bring you back to the beginning of something you said in the first segment. Let me bring out a question relative to something you said. Are these the end times, I mean, from your religious scholarly perspective? Or is this an interim situation that is definitely fueled by Satan? I mean there's no doubt. But is this what we were told about was coming in the Bible? What are your thoughts about, is it the real thing or can we overcome this and still recover the world for the Lord? |
| Alexis Bugnolo: | Well, Catholic saints through the centuries have said that as the centuries go on, evil men will begin to organize and collaborate more and more. And Augustine [inaudible 00:42:03]- |

PART 3 OF 4 ENDS [00:42:04]

|  |  |
|---|---|
| Alexis Bugnolo: | ... organize and collaborate more and more. And Augustine calls their work, "The mystical body of the antichrist." And he says, "It will exist before the antichrist comes." And some people believe that it's the Rothschild family who actually wants one of their members of their family to be [inaudible 00:42:16], and that's what they're working for. |
|  | But in Christian belief, the antichrist, although he is only human, he is someone who will not come until God permits him to come, because he will be controlled by Satan. And it's God who sets the times. So I think the Rothschilds, the globalists, they're overplaying their hands. They think he's already come or about to come. They can make that happen and it's not going to happen. They're going to be utterly defeated in this thing, and they're going to be totally exposed. And they'll become such a pariah. They'll be undefeated after. And then, when there's just a small remnant about them hiding out in some kind of desert hole, then the antichrist will come. And all of a sudden, most of humanity will follow him, and we'll be in a situation worse than now because they'll be going door-to-door and hunting Christians and killing them on site. And people will just be completely possessed. Because see, what we're in now is a completely human organized conspiracy. |
| Jane Ruby: | I see. Okay. |
| Alexis Bugnolo: | There's really nothing spiritual behind it. |
| Jane Ruby: | Okay. |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Alexis Bugnolo: | But then, it will be that the actual devils are behind it and there'll be a lot more coordination. So we can overcome this, because it's merely human. They spent a long time working on this because they needed the technology to achieve it. They actually tried this back in Spanish flu. The Spanish flu was an experiment on a meningitis vaccine... |
| Jane Ruby: | Yeah. Say more about that. Yeah. |
| Alexis Bugnolo: | ... by the Rockefeller family. |
| Jane Ruby: | I see. |
| Alexis Bugnolo: | And they were experimenting in Kansas and they purposely spread it to the U.S. troops so it would be taken to Europe. The problem with the Spanish flu, it could kill anyone and it killed 40 million people. So they didn't want to do that again. They decided that we can't have a real plague because it could kill us. Then, they decided they needed a fake plague. |
| Jane Ruby: | I see. |
| Alexis Bugnolo: | So they had to create a narrative into which you could have a fake plague. And so they invented virology, they invented government funding of sciences, government control of universities. And they bought up all the media after the second World War. They founded all the intelligence agencies, CIA is founded by Skull and Bones. And when people talk about the deep state in the U.S. government, you name it. It's the CIA, it's Skull and Bones. They're the deep state. And Skull and Bones has controlled both parties, has selected both our presidents for a hundred years. We do not select them. They decide who's going to run. And as Rockefeller is quoted saying, "I opposed it [inaudible 00:44:38] today." Once you get the sheeple to agree to accept an obligatory vaccine, you've got the whole thing. They're going to accept everything. We can genetically engineer that. We can be the masters of the world. |
| Jane Ruby: | Yes, I saw that. That was a brilliant resurrection of his comment. Kissinger is a very evil, dangerous person. |
| Alexis Bugnolo: | But Rockefeller is only a Rothschild born. Bill Gates is a Rothschild born. Soros is a Rothschild born. They don't mind if you hate their borns on the table because their hidden hand comes out and puts someone else out there. |
| Jane Ruby: | I see. |
| Alexis Bugnolo: | And you have to always look into the histories of these. Here in Italy, our previous prime minister, Mario Draghi, he was the ex vice president of Goldman Sachs, which is an investment house built by the Rockefellers. |
| Jane Ruby: | Yeah. |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Alexis Bugnolo: | And so if you run into anyone who's an ex vice president of Goldman Sachs, don't believe he's your friend like you might see on certain channel of Info Wars. There's some on the Republican side too. |
| Jane Ruby: | Oh, totally. |
| Alexis Bugnolo: | I began to mistrust Donald Trump when I found out that his father worked for Brown Brothers Harriman. That's how he got his contracts to make so much money in the Second World War and that he gave in Trump Tower for 10 years a free suite to the official historian of the Skull and Bones law. So don't think Trump is going to save you. |
| Jane Ruby: | Well, I was going there next because you are so bold and brave and you have such a great information. I think a lot of people in the U.S. back here are losing their faith in him. They're starting to see that he probably is part of it, was selected, was put in place as part of this. It's very sad. We all have lots of pieces to that. So I was going to ask you what you thought.<br><br>Obviously, he's not going to get us out of this because there's so much evidence and we just look at history in the last two years. He got us into a lot of it. He funneled us into it. Like people say, he started the lockdowns. He acted like he was resisting and trying to find.<br><br>But I think after a year of him pushing the shots, even in a very insensitive way. They're beautiful. I'm the father of them. You wouldn't have had these in three months if it wasn't for me. And we're thinking, "Are you that tone deaf?" You can't be. You can't have been that successful in business and be that tone deaf. So anyway, any thoughts beyond that that you want to share? |
| Alexis Bugnolo: | When I saw that he allowed 200 U.S. cities to burn to the ground without calling up the U.S. armed forces to stop it, I realized that this man had no heart. |
| Jane Ruby: | Yeah. |
| Alexis Bugnolo: | And he doesn't want to make America great again. Matter of fact, make America great again is actually a sonic incantation. You can read articles about that from our own. But look, he's in debt to 60 banks in New York, all controlled by Skull and Bones. Do you think a man like that would be trusted or allowed to live if he actually came on our side? |
| Jane Ruby: | Yeah. |
| Alexis Bugnolo: | Look at how much opposition he's getting now. That might all be theater and just playing a game for. |
| Jane Ruby: | Sure, sure. |

| | |
|---|---|
| Alexis Bugnolo: | But if they hate him, because he disagreed with 5% of their agenda, these people are the ones behind the assassination of Kennedy. |
| Jane Ruby: | Yeah. |
| Alexis Bugnolo: | They're both Kennedy brothers. They can take out anyone they want when they want to. They have to easily buy someone to do it. So you're not going to get money from a bank. I mean, my father told me, "Who is this, Donald Trump? He's declared bankruptcy three times and the banks keep giving him tens of millions of dollars." |
| Jane Ruby: | Yeah. Yeah. |
| Alexis Bugnolo: | The average American, if you declared a bankruptcy, you would never get another loan in your entire life. |
| Jane Ruby: | Much less billions to keep going. |
| Alexis Bugnolo: | Exactly. |
| Jane Ruby: | And rebuild your real estate empire, like you were some genius. |
| Alexis Bugnolo: | And boy, he was like this with Hillary and Obama and he never had a problem with them. Oh, put her in jail, put her in jail. He never touched her. |
| Jane Ruby: | Absolutely right. Absolutely right. And then remember when he was in office and at some of the rallies, people have put that film together with subsequent after he was elected and show him saying, "Ah, it's okay. Let's leave her alone." And I thought, "Wow, are you kidding me? You campaigned on that." |
| Alexis Bugnolo: | Yeah. |
| Jane Ruby: | And yet... |
| Alexis Bugnolo: | Now... |
| Jane Ruby: | Yeah? |
| Alexis Bugnolo: | And I'm not totally against Trump. He is a lot better than the other people on the board that he ran against. But now we have to realize that since there is an international, deeply entrenched control system, we cannot vote as leaders of our nation, people who are not opposed to this pandemic and aren't willing to bring these people to our Nuremberg too and put them to death and confiscate all their assets. And we're talking about a major realignment of humanity. Because we're talking about confiscating 90% of the assets of the world because these people control that much already. |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Jane Ruby: | Right. |
| Alexis Bugnolo: | And if you're not going to take that position and you're asking people to vote for you, then you're part of the system. |
| Jane Ruby: | Exactly right. But so why are you so optimistic then? Where do you pull from? Because they've got such a grip right now. |
| Alexis Bugnolo: | I'm optimistic because it's human, what they're doing. |
| Jane Ruby: | Okay. |
| Alexis Bugnolo: | And a million people can't win out against 7 billion people. You can't do it. Even if we only had plastic forks, we could take you down. Once the masses understand what has happened and who has done it. So sharing the information like we're doing now is empowering the people for their own liberty. |
| Jane Ruby: | I agree. |
| Alexis Bugnolo: | And when the time comes, people won't find, even a bodyguard will defend them. Matter of fact, their own bodyguards might bump them off when the bodyguard realized, "You're the one that killed my mom. You killed my wife. You killed my five-year-old." |
| Jane Ruby: | We can only hope and pray. Brother, we have just about a minute and a half, maybe a little bit more. But I don't want to end without making sure people know the website, maybe how they can support. Your work is prolific. It's just unbelievable that you're just a powerhouse. And when people go to the website, they're going to see, there's so much information there. We haven't even touched on the other 90% of what you do, but how can people support you and the website, fromrome.info? |
| Alexis Bugnolo: | Well, come to my website and more than 6,000 articles and I think there's 30,000 comments already published. So I like my readers getting engaged, asking questions, things like that. And right on the top of the page, you can see [inaudible 00:51:24]. Because I'm a monk. I live by begging. I gave all my money to the poor years ago. So I pay my bills. And I don't hit you in every article like everyone else does. And I leave you pretty for that. |
| | And I try to take the best information that's coming out and I'm following the stories on globalism, the agenda to 2030, the vaccines, and the awakening of people to what's going on. And I think my background, I'm coming out of the city of Rome, I'm looking at a lot of European sites, I have informants around the world, that I'm giving people a well-rounded balance thing. If I'm going to share with you a news story from CNN, I'll give you an evidence note to frame it right. |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Jane Ruby: | We don't have much time left to talk about it, but I did make reference to your harassment. I clearly interpreted it as that, and arrest when you tried to make a pilgrimage to a Spanish basilica. Are you doing okay? Do you need maybe financial support to fight that legally? I don't know what the fallout has been. Can we help you there? |
| Alexis Bugnolo: | I definitely need an expert on defending U.S. citizens in Spain because I was assaulted in a basilica by a security guard who didn't have authority to do that. And I made the fatal mistake of saying, "I'm going to sue you." So what he did, he falsely accused me and he's getting the whole legal system to work against me, try to put me in jail for six months. And that is serious because Spain could ask me to be extradited from almost any nation. And you end up dying in Spanish prison. |
| Jane Ruby: | Okay. |
| Alexis Bugnolo: | It's still a very fascist state. |
| Jane Ruby: | Yeah. |
| Alexis Bugnolo: | Even long after this. |
| Jane Ruby: | Yeah. I'm worried for you on that level. But if we could get the word out that you need an attorney, a U.S. attorney basically who understands... |
| Alexis Bugnolo: | That's an expert in Spanish criminal case defense. |
| Jane Ruby: | Okay. |
| Alexis Bugnolo: | So at least has colleagues there. Because the problem is now I can't even defend myself because they won't allow me to appoint a lawyer, a barrister in the court. |
| Jane Ruby: | Okay. So you'd have to have somebody from the outside come help you. |
| Alexis Bugnolo: | Yeah. |
| Jane Ruby: | Hopefully, there's a good Catholic attorney, male or female out there in the United States that'll hear this call. Stranger things have happened. Brother Alexis, thank you so much for being on the show. And as I said, I'll tell the audience even before you started, I asked you if you'd promised to come back. So you're just such a wealth of information. I learned so much from your website and everything you've done so far. So thank you again for being with us. |
| Alexis Bugnolo: | It's been a pleasure and an honor. |

This transcript was exported on May 12, 2023 - view latest version here.

| | |
|---|---|
| Jane Ruby: | Thank you. Promise you'll come back. |
| Alexis Bugnolo: | Yes, I do promise. |
| Jane Ruby: | Okay. Have a great day and stay blessed. Stay safe. |
| | Well, that's it for this edition of the Dr. Jane Ruby Show. I'm so proud to have brought Brother Alexis and his story and his great information to you. Well, that's it for this edition. And I will see you on Wednesday for another edition of the show. Take care. |

PART 4 OF 4 ENDS [00:54:38]