# EXHIBIT 4

# Robert Malone: Health Freedom Movement or Deep State Denizen - America Out Loud PULSE

📅 Aug 27, 2022    ✏️ Peter Breggin MD and Ginger Ross Breggin

## Robert Malone: Health Freedom Movement or Deep State Denizen

by Peter Breggin MD & Ginger Breggin
Originally posted on America Out Loud (https://www.americaoutloud.com/robert-malone-health-freedom-movement-or-deep-state-denizen/) Aug 26, 2022 | Global, Health, Politics

Robert Malone, campaigning around the world as a member of the health freedom movement, may be profoundly immersed in the Deep State of HHS, CDC, FDA, and Department of Defense. In the last five years, a period for which we have information, ending in 2017, Malone obtained and managed $9.5 billion in government contracts.

Now he is a member of the new NIH agency ACTIV which promotes the Great Reset by bringing together multiple powerful US agencies — from the NIH, FDA, CDC, and DoD with the Bill & Melinda Gates Foundation, and ultimately with a dozen of the top pharmaceutical companies, including Gilead, GlaxoSmithKline, Johnson & Johnson, Merck & Co., Inc., Moderna, Novartis, Novavax, Pfizer.

This has been Malone's home base for a lifetime — the pharmaceutical industry, military-industrial complex, and the health-industrial complex. The basis for this and much more information is presented in a recent column by Peter and Ginger Breggin on America Out Loud. Our first segment on Robert Malone was an unexpected discussion by me where I felt the necessity to spontaneously catch listeners up with our research.

- The Desmet/Malone Ideology of Mass Psychosis Blames the Citizens and Not the Global Predators (https://www.americaoutloud.com/the-desmet-malone-ideology-of-mass-psychosis-blames-the-citizens-and-not-the-global-predators/)

We use cookies to enhance your experience and improve our services and our website's functionality. By continuing to use our website, including remaining on the landing page, you consent to our use of cookies.    ACCEPT

← Back to News

## Share This Article

## Related Articles



War Room Pandemic with Steven K. Bannon May 10, 2022 (/article-detail/post_detail/War-Room-Pandemic-with-Steven-K-Bannon-May-10-2022)

We use cookies to enhance your experience and improve our services and our website's functionality. By continuing to use our website, including remaining on the landing page, you consent to our use of cookies.

6/12/23, 1:38 PM
Breggin.com | Robert Malone: Health Freedom Movement or Deep State Denizen
Case 3:22-cv-00063-NKM-JCH Document 33-5 Filed 06/12/23 Page 4 of 7 Pageid#: 408



The Great Pipe Dream… Citizens, Everywhere, Arise! (/article-detail/post_detail/The-Great-Pipe-Dream-Citizens-Everywhere-Arise)



Remember the Miracles (/article-detail/post_detail/Remember-the-Miracles)

We use cookies to enhance your experience and improve our services and our website's functionality. By continuing to use our website, including remaining on the landing page, you consent to our use of cookies.


Vladimir Zev Zelenko MD: The Most Courageous Man We've Ever Known (/article-detail/post_detail/Vladimir-Zev-Zelenko-MD-The-Most-Courageous-Man-We-ve-Ever-Known)


Dr. Breggin on War Room - Hope is Fuel - 3-8-23 (/article-detail/post_detail/Dr-Breggin-on-War-Room-Hope-is-Fuel-3-8-23)

We use cookies to enhance your experience and improve our services and our website's functionality. By continuing to use our website, including remaining on the landing page, you consent to our use of cookies.



Successfully Facing an International Mob of Globalists; They Are Not Like Us! (/article-detail/post_detail/Successfully-Facing-an-International-Mob-of-Globalists-They-Are-Not-Like-Us)



The Defense Department Controls COVID-19 (/article-detail/post_detail/The-Defense-Department-Controls-COVID-19)

We use cookies to enhance your experience and improve our services and our website's functionality. By continuing to use our website, including remaining on the landing page, you consent to our use of cookies.



Two Global Empires Enslaving the World; It's Now Or Never to Stop Them! (/article-detail/post_detail/Two-Global-Empires-Enslaving-the-World-Its-Now-Or-Never-to-Stop-Them)

Accessibility (/web-accessibility)    Terms & Privacy (/terms-and-privacy)    Site Map (/site-map)

(https://www.facebook.com/peter.breggin) (https://twitter.com/AmericanMD) (https://www.linkedin.com/in/peter-breggin-md-327b1818) (https://www.youtube.com/channel/UC00r445liZ6g9plbe4c-NY) (https://gab.com/peterbreggin-md)

206 N. Tioga St. Suite 2C, Ithaca, NY 14850

607-272-5328 ✆ (tel:607-272-5328)

Email Us ✉ (mailto:bregginbooks@hotmail.com)

© Breggin.com, 2023. All Rights Reserved.

We use cookies to enhance your experience and improve our services and our website's functionality. By continuing to use our website, including remaining on the landing page, you consent to our use of cookies.