UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE, <br><br> Plaintiff, <br><br> v. <br><br> PETER R. BREGGIN, MD, <br> GINGER ROSS BREGGIN, <br> AMERICA OUT LOUD, <br> DR. JANE RUBY <br><br> -and- <br><br> RED VOICE MEDIA, <br><br> Defendants. | Case No. 3:22-cv-63 |

### DR. JANE RUBY'S MOTION TO
### MODIFY PRETRIAL ORDER AND STAY DISCOVERY

Defendant, Dr. Jane Ruby, by counsel, moves for the entry of an order modifying the Pretrial Order ("PTO") entered in this civil action on June 14, 2023 (ECF No. 34) and stay discovery, to permit the Court to address at its earliest opportunity her motion pursuant to Rule 12(b)(2) to dismiss this action as to her for lack of personal jurisdiction, and to stay all other proceedings concerning Dr. Ruby until the jurisdictional motion is resolved.

This motion is submitted to the Hon. Joel C. Hoppe pursuant to Paragraph 13 of the PTO, requiring that all requested changes in the PTO be submitted to the United States Magistrate Judge for consideration.

The grounds for this motion are set forth more fully in the supporting brief filed herewith.

1

        Dr. Jane Ruby
        By Counsel

MERRITTHILL, PLLC

/s/ *R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
Craig Thomas Merritt (VSB No. 20281)
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804.916.1600
E-mail:  bhill@merrittfirm.com
E-mail:  cmerritt@merrittfirm.com

BITMAN O'BRIEN & MORAT, PLLC

/s/ Ronnie Bitman
Ronnie Bitman (admitted *pro hac vice*)
615 Crescent Executive Ct., Suite 212
Lake Mary, Florida 32746
Telephone: 407.815.3110
E-mail: rbitman@bitman-law.com

*Attorneys for Defendant Dr. Jane Ruby*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  June 26, 2023

/s/ *R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
MERRITTHILL, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804.916.1600
E-mail:  bhill@merrittfirm.com

*Attorney for Defendant Dr. Jane Ruby*