UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-63 |
| | ) |
| PETER R. BREGGIN, MD, | ) |
| GINGER ROSS BREGGIN, | ) |
| AMERICA OUT LOUD, | ) |
| DR. JANE RUBY | ) |
| | ) |
| -and- | ) |
| | ) |
| RED VOICE MEDIA, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE
RESPONSE DEADLINE TO AMENDED COMPLAINT (DKT. 37)**

Having considered the Unopposed Motion to Extend Time for Defendant, Dr. Jane Ruby, to respond to Plaintiff's Amended Complaint (DKT. 37), this Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Dr. Jane Ruby shall have until and including July 20, 2023 to respond to Plaintiff's Amended Complaint (DKT. 37).

It is SO ORDERED.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Date: _____
Charlottesville, VA