UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-63 |
| PETER R. BREGGIN, MD, GINGER ROSS BREGGIN, AMERICA OUT LOUD, DR. JANE RUBY | ) |
| -and- | ) |
| RED VOICE MEDIA, | ) |
| Defendants. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE RESPONSE DEADLINE TO AMENDED COMPLAINT**

Having considered the Unopposed Motion to Extend Time for Defendant, Dr. Jane Ruby, to respond to Plaintiff's Amended Complaint (DKT. 38), this Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Dr. Jane Ruby shall have until and including July 20, 2023 to respond to Plaintiff's Amended Complaint.

It is **SO ORDERED**.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

Date: July 11, 2023
Charlottesville, VA