UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-63 |
| PETER R. BREGGIN, MD, GINGER ROSS BREGGIN, AMERICA OUT LOUD, DR. JANE RUBY | ) |
| -and- | ) |
| RED VOICE MEDIA | ) |
| Defendants. | ) |

**DR. JANE RUBY'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), defendant DR. JANE RUBY, ("Dr. Ruby"), respectfully moves to dismiss Plaintiff's Amended Complaint [DE 37] for lack of personal jurisdiction. The grounds for the motion are set forth in the accompanying memorandum of law.

Dated: July 20, 2023

                                          Respectfully submitted,

                                        MERRITTHILL, PLLC

                                        /s/ *R. Braxton Hill, IV*
                                        R. Braxton Hill, IV (VSB No. 41539)
                                        Craig Thomas Merritt (VSB No. 20281)
                                        919 E. Main Street, Suite 1000
                                        Richmond, VA 23219
                                        Telephone: 804.916.1600
                                        E-mail: bhill@merrittfirm.com
                                        E-mail: cmerritt@merrittfirm.com

                                        BITMAN O'BRIEN & MORAT, PLLC

/s/ Ronnie Bitman
Ronnie Bitman (admitted *pro hac vice*)
615 Crescent Executive Ct., Suite 212
Lake Mary, Florida 32746
Telephone: 407.815.3110
E-mail: rbitman@bitman-law.com

*Attorneys for Defendant Dr. Jane Ruby*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  July 20, 2023

                /s/ *R. Braxton Hill, IV*
                R. Braxton Hill, IV (VSB No. 41539)
                MERRITTHILL, PLLC
                919 E. Main Street, Suite 1000
                Richmond, VA 23219
                Telephone:  804.916.1600
                E-Mail:  bhill@merrittfirm.com

                *Attorney for Defendant Dr. Jane Ruby*