UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| DR. ROBERT W. MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:22-cv-63 |
| | ) | |
| PETER R. BREGGIN, MD, | ) | |
| GINGER ROSS BREGGIN, | ) | |
| AMERICA OUT LOUD, | ) | |
| DR. JANE RUBY | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| RED VOICE MEDIA | ) | |
| | ) | |
| Defendants. | ) | |

## DR. JANE RUBY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant DR. JANE RUBY, ("Dr. Ruby"), respectfully moves to dismiss Plaintiff's Amended Complaint [DE 37] for failure to state a claim. The grounds for the motion are set forth in the accompanying memorandum of law.

Dated:  July 20, 2023

Respectfully submitted,

MERRITTHILL, PLLC

/s/ R. Braxton Hill, IV
R. Braxton Hill, IV (VSB No. 41539)
Craig Thomas Merritt (VSB No. 20281)
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804.916.1600
E-mail:  bhill@merrittfirm.com
E-mail:  cmerritt@merrittfirm.com

BITMAN O'BRIEN & MORAT, PLLC

/s/ Ronnie Bitman
Ronnie Bitman (admitted *pro hac vice*)
615 Crescent Executive Ct., Suite 212
Lake Mary, Florida 32746
Telephone: 407.815.3110
E-mail: rbitman@bitman-law.com

*Attorneys for Defendant Dr. Jane Ruby*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  July 20, 2023

/s/ *R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
MERRITTHILL, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804.916.1600
E-Mail:  bhill@merrittfirm.com

*Attorney for Defendant Dr. Jane Ruby*