# EXHIBIT 1





**Robert W Malone, MD** ✓
@RWMaloneMD

If I can win these lawsuits (and that is a big "if"- defamation lawsuits are very hard to win), then this will hopefully have a chilling effect on the corporate media + internet/ social media defamation business model that so many pursue- because it is profitable.

6:53 PM · 3/27/23 · 24.6K Views