# EXHIBIT 3

This transcript was exported on Jul 19, 2023 - view latest version [here.](#)

Jane Ruby:    00:00    On today's Dr. Jane Ruby Show, I welcome world-renowned psychiatrist and reformer, Dr. Peter Breggin, known as the conscience of psychiatry, who's been fighting pharmaceutical fraud that has perpetrated an illusion that we need drugs for every emotional expression, especially drugs forced on our children. And now, he's a champion against the COVID scam and all of the controlled opposition within, including calling out many supposed experts now trying to convince us that we are victims of a new disease called mass formation psychosis, that we are responsible for the totalitarianism in our world right now. Fact or fiction? We'll see. And the Chinese government has a new way of getting bioweapons into your body. Just take a deep breath. This is the Dr. Jane Ruby Show, and you're about to enter Truth in Medicine. Well, Dr. Peter Breggin is a physician, a world-renowned psychiatrist, a highly-published expert, and most importantly, a lifelong reformer known as quote, "The conscience of psychiatry for his criticism of biological psychiatry in the overuse of pharmaceuticals, especially in our children." He's a Harvard grad, and he served in the US Public Health Service at NIH. He taught up in my former neck of the woods, Johns Hopkins, George Mason, and the University of Maryland, as well as the Washington School of Psychiatry. And Dr. Breggin is calling for a refounding of the United States of America. And I have to say that I wholeheartedly agree with him.

    01:59    An excerpt from his website states, quote, "This is America at the breaking point, bloodied, bowed, soon to sink to her knees. The grandest, greatest most inspiring nation ever created on this earth is being taken down by a pack of blood-thirsty predators, frenzied over feasting upon the carcass of our great nation." More recently, he's been focusing on the apparent scam of mass formation psychosis, what I believe is a pseudoscience concept developed by a little known German psychoanalyst, Mathias Desmet, author of The Psychology of Totalitarianism, which Dr. Breggin and many other experts believe is actually running interference possibly for this mass genocide operation of vaccine mania. Dr. Breggin has a warning for all of us on the hoax of mass formation psychosis, and he joins me now to discuss it. Dr. Breggin, it's my pleasure and honor to have you on the show today.

Peter Breggin:    03:04    Jane, it's wonderful to be with you. And you know what? I didn't mention this earlier, but call me Peter. It feels a little awkward my calling you Jane, and you're calling me Dr. Breggin.

Jane Ruby:    03:13    All due resect. Whatever makes you happy.

This transcript was exported on Jul 19, 2023 - view latest version here.

| Peter Breggin: | 03:16 | But I appreciate the respect. |
|---|---|---|

| Jane Ruby: | 03:18 | Thank you so much. Well, thanks for being here. Yeah, I know you wanted to talk about a couple of issues at the top, and let's start there, and then, we'll get into more of this issue of mass psychosis, but whatever this is, we'll talk about it. |
|---|---|---|

| Peter Breggin: | 03:34 | Well, it's not just Desmet, as you well know, it's Malone. It's Robert W. Malone, MD, who is made Desmet the household word among the health freedom people, like yourself and me. And he originally got him to be well-known everywhere. He's had him on major TV. He's discussed mass formation, which is this concept. And he himself, Malone, is emphasizing mass psychosis. And I'll get into all of that as we go along. But let me start out with, some people have been concerned that by Peter Breggin and Ginger Breggin, my partner, criticizing Malone and criticizing Desmet, we are somehow stirring up trouble in an otherwise peaceful and generally has been peaceful and wonderfully coordinated health freedom movement. I want to emphasize that we are not trying to cause trouble. We're actually trying to save the health freedom movement. |
|---|---|---|

| Jane Ruby: | 04:46 | Yes. |
|---|---|---|

| Peter Breggin: | 04:47 | Desmet and Malone are very much outsiders to this movement, and I don't think that most people understand the way Ginger and I would, after all our years of being reformers really since childhood, that progressives are forever inserting themselves into movements, into organizations, into personal lives, in order to destroy anti-progressive, and in this case, anti-globalist activities. And you can put progressivism and globalism together as one feature right now. You can't pull the capitalism out of it either. There's predatory capitalism, there's predatory progressivism, and they all join together in predatory globalism, taking advantage of the world today as it is and trying to rule the world. |
|---|---|---|
| | 05:46 | Let me explain what the theories are to begin with. And you have to understand that Desmet talks in circles, and you can find almost anything you want in him in what he says. So, what you have to look at is what is the basic agenda that seems to unfold as he speaks? And the agenda has several parts. First, he is blaming the development of totalitarianism on crowds of people. And he's going back to some very old research. It was very good at the time by Le Bon on the madness of crowds and how crowds can reduce each other to a terrible lack of ethics and morality, and how the crowd can then rampage and turn on |

This transcript was exported on Jul 19, 2023 - view latest version here.

|  |  | other people the way an individual never would. But this was a pitiful analogy because the crowds were illegal during the height of COVID-19. |
|---|---|---|
| Jane Ruby: | 06:50 | That's right. There were no crowds. |
| Peter Breggin: | 06:52 | There were no crowds. So, then, he has to go. And when I challenge him, because there's very little in the book about it, when I challenged him about it, he has to go and say, "Well, it's well-known now that it's a new phenomena of withdrawing into oneself, and then, being affected by the media." And it's not in the book. So, he's very little in the book. He constantly is bringing up things with one end. And that masic end is that dictators, global predators, even a Hitler is not really responsible in modern times for totalitarianism because totalitarianism, and this is quite bizarre, is not spread by fear, engendered by the leadership, but by fear coming from the people and their own mad- |
| Jane Ruby: | 07:48 | It's putting it back on the people. And Peter, let me stop you to support you, if I could. This is a perfect place when you say that this is a new concept that he makes up, let me just say that you're not the only one saying something like that. Dr. John Drury at the University of Sussex said, "I've never heard of this concept." |
| Peter Breggin: | 08:09 | Yes. |
| Jane Ruby: | 08:09 | Dr. Jay Van Bavel, professor of psychiatry and psychology at New York University said he's never heard of it. And so, Dr. Van Bavel says, "Telling people who disagree with you that they are diluted and in a state of psychosis is a device to silence them and a form of dismissive disrespect, and it undermines dialogue." So, listen, these are just two of the experts in your field, by the way, your field of psychiatry and psychology of the mind, that there were literally countless ones that I found online that have come out since this Desmet declaration to join you as a chorus saying, "We're experts in this. And they're not. We're telling you this doesn't exist." And in fact, it is not part of the American Psychological Association's definition. Am I right? |
| Peter Breggin: | 09:05 | No. No. It's not a part of anything except his imagination. It's quite extraordinary. |
| Jane Ruby: | 09:13 | Wow. Wow. Why do you think someone like Dr. Malone would jump to defend and propagate this concept of mass formation psychosis? |

This transcript was exported on Jul 19, 2023 - view latest version here.

| Peter Breggin: | 09:26 | Well, I think that both Malone and Desmet have a purpose. Malone right now is extremely upset about my attacking and your attacking his concepts. And he's just put out one of his blogs, what do we call them now? Not blogs. |
|---|---|---|
| Jane Ruby: | 09:52 | Substack. |
| Peter Breggin: | 09:52 | Substacks. |
| Jane Ruby: | 09:52 | That's the new word. |
| Peter Breggin: | 09:53 | The Substacks. And without naming you or me, he criticizes us, but not substantially. He never even defends his own concepts because they're indefensible. So, he's got a real problem there. And I believe that what is going on here is a collaboration between Malone and Desmet. Desmet was nobody until Malone. Malone is obviously very, very upset about criticism, but he won't let go of something that he has no knowledge about. All he knows is what Desmet's told him. He doesn't know psychology. He doesn't know about democracy and freedom. He's never talked about, he's never written about it. He's never been involved in politics. He voted for, he says, for Obama and for Hillary. He comes from a very undeveloped progressive background working in the deep state, very deep state. He's probably the deepest state person I ever heard of. Between 2000, well, up to 2017, over a five-year period, Malone got $10 billion in grants out of the deep state, 10 billion with a B. |
| Jane Ruby: | 11:18 | Is this on record, Peter? |
| Peter Breggin: | 11:18 | Oh, God, yes. |
| Jane Ruby: | 11:18 | This is in the public domain? |
| Peter Breggin: | 11:19 | It's fully documented. Yeah. Yes, it's in his own resume. 9.5 billion. I have a business article, 10 billion. In a five-year period. He also says in his resume, which is offline, but we found it, basically, didn't want it be seen, where he talks about what good friends he is with people in the CIA, and the CDC, and BARDA, and HHS, and so on. So, I think Malone has two agendas. One is he must have been told and instructed in some way because this is not his bailiwick. The man doesn't have a degree in sociology, or psychology, or an interest, or a single publication in the arena. He's a billion-dollar rainmaker out of the deep state, multi-billion dollar rainmaker. |

This transcript was exported on Jul 19, 2023 - view latest version here.

| | 12:17 | So, what is he doing even promoting this? Well, we look at what does it accomplish to promote it? The first thing that we've mentioned is that he is literally blinding the public to looking at the global predators, the evil people. And he's using Desmet entirely. He didn't develop any of this thinking. And what Desmet does is he says that the, even I think page two of his book, "The only solution, once we understand what's going on, is to improve ourselves, not to attack any enemy. There are no enemies." |
|---|---|---|
| Jane Ruby: | 12:59 | That's kind of scary. |
| Peter Breggin: | 13:01 | When I confronted him at our, not him personally, but when I wrote my first analysis, me and Ginger, I do the writing on these things. She does the writing on other things. He wrote in Dutch, a response on his Belgian Facebook, which we got translated, crosscheck the translations. And in addition to inviting me to tea, which is this kind of BS that he puts. "Oh, why don't we just have tea together? We'll work it all out." He says something threatening, and he says that to do not try to remove any of the elite. And he uses that word. He makes fun of the word in his book, but he uses it, which is he does that a lot. He says, "Do not try to remove any of the elite. It will be self-defeating." It's like a threat, but it states so clearly, and this is all documented. By the way, you can get to all this on my website. You can go to Breggin.com. |
| Jane Ruby: | 14:04 | Yes. Yes. |
| Peter Breggin: | 14:06 | But if you want to get right to the right place on the website, you can go to www.123masspsychosis.com. |
| Jane Ruby: | 14:17 | Mass formation psychosis? |
| Peter Breggin: | 14:19 | No, no, no. Mass psychosis. |
| Jane Ruby: | 14:23 | Sorry. Sorry, sorry. |
| Peter Breggin: | 14:23 | 123masspsychosis.com. |
| Jane Ruby: | 14:24 | Okay. Thank you for the correction because I wanted to ask you, yes, you have a special place in your website, which is breggin.com. We're going to put that on the screen. And then, your specific focus on debunking this whole thing is www.123masspsychosis.com, that website. And I want to add one other thing. Dr. Breggin's book is called, and I highly recommend it. I haven't finished it yet, full disclosure. I didn't |

This transcript was exported on Jul 19, 2023 - view latest version here.

have time, but I can't put it down. COVID-19 and the Global Predators, subtitle, We are the Prey. Just we are going to get back to this in a moment, Desmet, and your thoughts on Malone and Desmet. But let me ask you, who are the global predators? Are they groups of groups? Are they people? Dr. David Martin's done a great job of outlining what he calls the privateers, the criminal cabal. Who do you see as these predators? Who's after us?

| Peter Breggin: | 15:25 | By the way, I'd love to see David Martin's analysis. If you'd send it to me, that would be very helpful. |

| Jane Ruby: | 15:31 | Absolutely. |

| Peter Breggin: | 15:32 | Yeah, I haven't seen it. Well, we didn't know at all in the beginning, but we knew right away that Fauci was a fraud because he was calling himself science, and no scientists calls himself science. Not even Einstein ever did suggest he was physics, or astrophysics, or science. |

| Jane Ruby: | 15:50 | Interesting. |

| Peter Breggin: | 15:51 | It's a bizarre, grandiose thing, which I think is part of what we're looking at with Malone. And Desmet is a kind of the grandiosity of taking over the... |

| Peter Breggin: | 16:03 | ... is a kind of grandiosity of taking over the movement, two progressives taking over the movement. It's really very threatening, that folks is what this is about. And of course, what they're saying is the exact opposite of all the work that people have done looking at who's doing what to whom including Bobby Kennedy, Robert F. Kennedy, who does an amazing job in his book, the Real Anthony Fauci. And by the way, Bobby, while our books came out at the same time, endorsed our book, COVID-19 and the Global Predators is the discussion of the criminal conspiracy. So we start with Anthony Fauci, and then we start looking into Anthony Fauci and we discover that 10 years before the COVID-19, and I'll cover this maybe in three minutes. 10 years before, bill Gates announces the decade of the vaccine. |

| | 17:02 | Now, Bill Gates at the time was the wealthiest man in the world and had been for many, many years. He's working with Warren Buffett, who is his partner at the Melissa and Bill Gates Foundation now Bill Gates Foundation. So people are looking at the two most wealthy, powerful men in the world. They're announcing it's the decade of the vaccine. So naturally the |

This transcript was exported on Jul 19, 2023 - view latest version here.

financial papers start telling you, " Well, his favorite is Pfizer and they're creating Moderna. Go ahead and invest everybody." So it just brings in all kinds of money to start with.

17:39    Now, he appoints Fauci 10 years ago to his official international vaccine board with, he's got about only six people on it. Two of them from the UN, they're very global people. And so the idea that they're not close, Fauci actually in one place describes them as partners. I don't think he means money partners but as partners in crime from all [inaudible 00:18:10] nearly.

18:11    And he announces, all of his big announcements, Bill Gates, are made on the World Economic Forum by Klaus Schwab. So right away you're beginning to get into the biggest organizer and publicist for globalism under capitalism. At that point in time, Schwab is not putting on the veneer of where, "We are like almost progressive, we're so utopian." He doesn't do that until his World Economic Forum has mobs at their doors protesting.

PART 1 OF 3 ENDS [00:16:04]

Jane Ruby:    19:00    So let's go back down to-

Peter Breggin:    19:02    But that's the start of our tracking.

Jane Ruby:    19:04    You're right. You're right. And those are the global predators for sure and they have systems under them.

Peter Breggin:    19:06    And that's where we start. One last word on it.

Jane Ruby:    19:06    Sure.

Peter Breggin:    19:10    He has a special partnership, Schwab does, with 100 of the world's wealthiest corporations which support him and work toward a global governance. He has an agreement with the UN. He is thick with the World Health Organization.

Jane Ruby:    19:30    All the worst players.

Peter Breggin:    19:33    They all love Xi Jinping comments.

Jane Ruby:    19:34    That's right, because what they want to do with the prey, which is us, is bleed our government, bleed our treasuries, bleed our people dry of everything, freedom, money, whatever, assets. So I get that. We are going to do this-

This transcript was exported on Jul 19, 2023 - view latest version here.

| | | |
|---|---|---|
| Peter Breggin: | 19:51 | One last thing, Jane, let me finish it. Let me get it so people really know what I'm saying. So they are closely connected with Communist China and Xi Jinping because they can work through authoritarian states. Corruption is rife, there's no rules and regulations you just go in and make as much money as you can and the communists flood our, what I call our Western empire, which I just described. Chinese, I see as the Eastern Empire of the Communists. |
| | 20:19 | And their main goal, and you'll appreciate this deeply, their main goal is to destroy America as a patriotic, God-fearing freedom loving place because we are the only power as that, as that America first country. As long as we're America first, we are the only danger to globalism. That's why they had to destroy Trump and that folks explains to you what Joe Biden's doing. He's not making any mistakes. He's destroyed America on behalf of the globalists. |
| Jane Ruby: | 20:52 | But it's not his plan, he's executing it. Just like the pharmaceutical companies are really, they're making tons of money so they're highly incentivized, but also, they're an arm of these larger groups. So I don't want to get too far into that global stuff. I think people get it, that they know, but I want to keep it more local for them. I want them to be aware of what's going on. |
| | 21:14 | We've only got about a minute left in this segment and I'm so grateful that you are going to stay into the next segment because I want to get into, in the next segment, we can't start now, but I want to get into something else you raised that's very important and that is the development of, and Dr. Malone's association apparently, with something in the NIH that developed after the COVID scam hit called the NIH Active. |
| | 21:41 | And I'm going to explain to people what this is when we come back, but for now, I just want to give you maybe the last word in this remaining one minute on this mass form-, we can continue to talk about mass psychosis. |
| Peter Breggin: | 21:55 | I want to leave you with this. The second part of mass formation is that people like Jane and Peter and Bobby, we are all mentally disturbed. We have over anxiety, extreme distress. We look stressed out of our minds. It's poor Malone looks stressed right now. We look stressed out of our minds and that's why we make up conspiracy theories like I just told you, because what I just told you is what Malone and Desmond are collaborating on, |

This transcript was exported on Jul 19, 2023 - view latest version here.

a private conspiracy with a lot of money behind it, on what they want to stop which is conspiracy thinking.

Jane Ruby:  22:39  Sure, ye shall know them by their fruits. And listen, in my social media, we have lots of intelligent people. We have lots of good discussion about the fact that people try, they're trying to figure out what is controlled opposition. So when we're trying to discern within our own movement, or even outside, newcomers, the whole point is that a controlled opposition will give you a lot of the good stuff and then they'll slip in the propaganda. People don't understand that. If they see the good stuff, they're saying, 'Well, Dr. So-and-so, didn't she say all the good things and tell people not to take the shot?"

Peter Breggin:  23:12  Exactly.

Jane Ruby:  23:13  But you have to really look at the whole package and all that. So when we return, the amazing Dr. Peter Breggin joining me today, I am so excited, and we'll get into this nefarious organization that just developed in the NIH. Don't go anywhere, We'll be right back. It's hard to overstate how important magnesium is for your health and wellbeing. In fact, magnesium deficiency can increase your risk of all illnesses and you might not know that there are seven different types of magnesium the body needs. BiOptimizers has the solution. Their supplement is specially formulated to dramatically improve your overall health from reducing stress to improving sleep and boosting your energy levels. Go to magbreakthrough.com and use the code RUBY for 10% off. Don't wait to be deficient. Just go to magbreakthrough. com, code RUBY.

24:05  Well welcome back to this second segment of the Dr. Jane Ruby Show. Today, I'm really excited to have Dr. Peter Breggin, who is here. In the first segment, we talked about mass formation psychosis and how he and many other psychiatric and psychologic experts have debunked it. They're concerned about it. We're going to talk more about that in a minute. But I want to welcome Dr. Breggin back. Peter, thank you for staying over. I want to introduce people to something that you've also been talking about and warning people about. The NIH, our National Institutes for Health, developed this group called ACTIVE, which stands for Accelerating COVID-19 Therapeutic Interventions in Vaccines. It started in April of 2020, suspiciously. It's coordinated, I understand, and founded by all the usual suspects. HHS, DHS, FDA, BARTA, DOD. But here's an interesting thing, Peter. They say on the website for ACTIVE, that this is a group that formed called Countermeasures Acceleration Group.

This transcript was exported on Jul 19, 2023 - view latest version here.

|                 |       |                                                                                                                                                                                                                                                                                                                                          |
|-----------------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                 |       | Now watch this, everybody. Formerly known, this is on their website, as Operation Warp Speed. What more do we need to accelerate about warp speed? Tell us about this. NIH ACTIVEV and who's in it and what's going on, Peter?                                                                                                               |
| Peter Breggin:  | 25:29 | Well, Warp Speed, by the way, was the creation of Bill Gates. He started working on it by 2010 with the drug companies and he even picked the two drug companies that would eventually get all the money in the US. He picked Moderna. Helped create Moderna who had no products, didn't exist, and Pfizer.                                   |
|                 | 25:47 | So this is the folks, the degree of control, and this is what Desmond and Malone don't want us talking about. They don't want us getting to the heart of this control system, which literally planned out every atrocity in COVID-19. None of it is accidental, including the deaths. We document that very much in our book, COVID-19 and the Global Predators. They knew what was going to happen. We cite the research and so on. Now, Malone has claimed that- |
| Jane Ruby:      | 26:19 | Who's in this? Is Dr. Malone a member of ACTIVE?                                                                                                                                                                                                                                                                                          |
| Peter Breggin:  | 26:24 | No, not that I know.                                                                                                                                                                                                                                                                                                                      |
| Jane Ruby:      | 26:25 | Okay.                                                                                                                                                                                                                                                                                                                                     |
| Peter Breggin:  | 26:27 | No, I'm sorry. I'm sorry, let me go back to what we found. We found this bit of data. We're going through various biographies and so on, of Malone.                                                                                                                                                                                        |
| Jane Ruby:      | 26:37 | Okay.                                                                                                                                                                                                                                                                                                                                     |
| Peter Breggin:  | 26:38 | And he was in a recent, couple of recent legal cases where he had to do disclaimers. He's been claiming on Mercola's show and other places that he's been abandoned by the establishment because she's been so brave and standing up for things. Well, nothing is deeper in the heart of the establishment than this NIH ACTIVE. It is literally, it's Klaus Schwab right in NIH, basically. It's the entire concepts of, they say the public-private partnership, which is basically business runs government and government gets along and it gets wealthier. |
|                 | 27:26 | So it's fascism. It's exactly fascism with a little socialism thrown in for veneer and it is made up of the top pharmaceutical companies. This is inside NIH, inside HHS and NIH is inside HHS.                                                                                                                                             |

This transcript was exported on Jul 19, 2023 - view latest version here.

| Jane Ruby: | 27:46 | These agencies are so, these agencies are all gone. They're corrupted. They're all nothing what we used to know. |
|---|---|---|
| Peter Breggin: | 27:52 | They are. |
| Jane Ruby: | 27:53 | Sorry, go ahead. |
| Peter Breggin: | 27:55 | Yeah, and it also, because it is this whole great reset. It's a great reset inside NIH. They also have involved the private foundations and there are three of them. One of them is Bill Gates's Foundation. So we got Bill Gates and we got all the top pharmaceutical companies working with NIH and then we've got the top agencies, and you listed them. The most stunning one is the Department of Defense, where Malone has deep, deep connections. |
| | 28:29 | The Department of Defense, he claims he is recently separated after he is been found out. His private consulting firm was mainly supported by the Department of Defense. |
| Jane Ruby: | 28:42 | Oh, wow. |
| Peter Breggin: | 28:44 | This is a very complicated deep stater. So Malone had had to put down, I mean, because these are affidavits and you signed them, and you're basically under oath. He's been on this now for over a year, going back almost to the beginning he has been a member of this group and this is the group that has done all the horror show, the rushing of vaccines, the rushing of medications like Remdesivir, which kill people, just like the vaccine, and the suppressing of hydroxychloroquine and Ivermectin. |
| | 29:25 | So I looked a little further into what he was doing and he actually, Malone, was the chief investigator. I can't tell if these things ever got published, but he says he's really the head of these studies on Hydroxychloroquine. |
| Jane Ruby: | 29:44 | Oh my gosh. |
| Peter Breggin: | 29:46 | So he's part of the close down on Hydroxychloroquine. |
| Jane Ruby: | 29:48 | Oh my gosh. |
| Peter Breggin: | 29:50 | He says he's checking Hydroxychloroquine with that pepcin, what is it called now? But there's a use that some people trying to combine. |

This transcript was exported on Jul 19, 2023 - view latest version here.

| | | |
|---|---|---|
| Jane Ruby: | 29:57 | Famotidine. |
| Peter Breggin: | 29:57 | Yeah, you're a great doctor, a great doctor. Famotidine. Only a great doctor would remember that. I couldn't remember that. Famotidine. But not Vitamin D. And guess who he's doing the studies on? Hospitalized patients. |
| Jane Ruby: | 30:15 | Oh my gosh. |
| Peter Breggin: | 30:15 | So he's part of the cabal to suppress the basic treatments. |
| Jane Ruby: | 30:22 | The lifesaving treatments. |
| Peter Breggin: | 30:24 | This is stunning. People need to know it. People need to know it. One of my dear friends said, "When you have somebody hijacking an airplane, you don't want to make nice with him. You want him to get off the airplane." |
| Jane Ruby: | 30:47 | Absolutely logical. |
| Peter Breggin: | 30:48 | And I don't want to hurt Malone. I don't want to hurt these guys, I want to stop them and Ginger and I have done this before. We have stopped major, massive, atrocious programs out of NIH. In one case, the most powerful psychiatrist in the world, who was the head of all mental health in the government and Goodwin got fired. |
| | 31:13 | But that wasn't our goal. Our goal was to stop eugenical program that was going to study black children to find out why they're biologically violent. We thought that was racist, eugenical, and had to be stopped. So we believe that this has to be stopped. You cannot set up, and this is Malone's... I'm sorry? |
| Jane Ruby: | 31:38 | Let me add this in because you're a psychiatrist, an MD psychiatrist in the human mind, and when you think about shutting people down, when I think about how some of these people get upset, they threaten those of us to try to shut down decent dialogue. I'm sure you've experienced that. This is like, to me, it's an analogous- |
| Jane Ruby: | 32:03 | You've experienced that. This is like, to me, it's an analogous to the abusive spouse who tells the other spouse, "Well, you're just imagining this. This is not really happening. You are actually a conspiracy theorist." And you've been accused of that. So I think it's important that people understand your credentials, the background, all this reform work that you've been able to do to protect people in general, but children in the psychiatric |

This transcript was exported on Jul 19, 2023 - view latest version here.

world from these pharmaceutical predators. But I wanted to also take you back to Desmet and the work he's doing, and how you see that fitting in. What is the purpose of this introducing this pseudo thing that apparently many of your as co-esteemed colleagues agree with you is junk, it doesn't exist? Let's get back to that a little bit and your thoughts on that.

PART 2 OF 3 ENDS [00:32:04]

| | | |
|---|---|---|
| Peter Breggin: | 32:49 | Well, if people in our group can start to blame themselves instead of the global predators, then they have succeeded in blunting, if not destroying the health freedom movement. In addition, because they have made such a stir and had such a positive initial reception into our movement, even moving out into the whole liberty movement... Malone's going to... |
| Jane Ruby: | 33:16 | Right. |
| Peter Breggin: | 33:16 | ... big liberty conferences, and he's a progressive, and he's not even a nice one. He's a deep state, the most deepest state progressive I've ever met and had contact with. Now there's one final thing I want to get into, and then we can... |
| Jane Ruby: | 33:34 | Sure. |
| Peter Breggin: | 33:34 | ... come back to anything else. We have now discovered, and we published about a day or two ago, and you have seen it, we made sure you got a copy... |
| Jane Ruby: | 33:43 | Yep. |
| Peter Breggin: | 33:44 | ... there's something deeply the matter with Desmond. I don't mean psychiatrically. I would never do that to anybody. I mean morally. I'll call him for what he is. Desmet, this is hard to believe folks, but we've documented it you can find it on www. 123masspsychosis.com... |
| Jane Ruby: | 34:04 | Breaking news. Breaking news. Not exclusive, you've already put it out, but for a lot of people, this is going to be big breaking news. |
| Peter Breggin: | 34:10 | This is going to be breaking news for just about everybody. Sometime before 2013, 14, Desmet had a man come into his practice and tell him that he was a mass murderer, who confessed to him. It turns out that this man would be recognized later as the worst mass murderer in the history of Belgium, somewhere between 40 and 50 people. He had access |

This transcript was exported on Jul 19, 2023 - view latest version here.

|  |  | as a deacon to people in hospitals, and he would kill them, not nicely, sometimes smothering some early guy injecting bolts of oxygen, of air, and other not very pleasant means. He began at the age of 22 doing this when he killed his great uncle. And sometime... Well, we know the date. On January 27th, 2011, he killed his last known person, his mother. He also killed a couple of other family members. Desmet saw this man for at least 15 sessions. |
|---|---|---|
|  | 35:28 | Now, how do we know this? Desmet decided that he had cured the man in 15 sessions, that's all we know he had, of his lifelong violence, and decided that he wouldn't report him because this man had excessive empathy, and by talking, he had recovered. This is so bizarre. |
| Jane Ruby: | 35:53 | Let me... |
| Peter Breggin: | 35:53 | It is so [inaudible 00:35:55] |
| Jane Ruby: | 35:55 | Let me get this straight. So, because there is doctor-client privilege, I was going to ask you, how do you know that Desmet let this murderer walk? But you're saying that Desmet actually came out and said, "Look, I have this mass murder, but I think I've cured him." So he actually revealed that he let a murderer walk? |
| Peter Breggin: | 36:14 | Yes. What happened is he was called to testify, because a year or so later, and the dates are not entirely clear, this man went to see a psychiatrist for one session, didn't tell him anything. Came back a few months later for a second session, and again, confessed, and the psychiatrist reported him. And in 2014, he was arrested and put on trial and convicted. Now, the other interesting thing is we have only... Thus far, we've had the struggle to find this data. It's all up on the website. It's from the coverage of Desmet's testimony. So here's Desmet testifying before a not very happy, I think it's the magistrate, not sure, not very happy. He's testifying how he knew he cured this man and didn't have to report him, and of course, how important secrecy was. Secrecy in therapy is not more important than stopping a mass murderer. In fact, laws generally require a therapist or psychiatrist to report somebody who is endangering... |
| Jane Ruby: | 37:29 | Sure. |
| Peter Breggin: | 37:29 | ... other people. You just can't do that. And he does the same swarmy kind of discussion where you can't really follow what he is saying when he is testifying under oath. He says, "Well, the |

This transcript was exported on Jul 19, 2023 - view latest version here.

|  |  | power motive would be wrong." He doesn't say he didn't have a power motive. He said it would be wrong. This man, but he was motivated by excessive empathy. No, empathy is what gives us all our highest ideals. This man was motivated clearly by a miserable childhood, among other things, although many people have miserable childhoods and don't kill anybody. |
|---|---|---|
| Jane Ruby: | 38:06 | Of course. |
| Peter Breggin: | 38:07 | In fact, most people have really hard childhoods. |
| Jane Ruby: | 38:08 | Right. |
| Peter Breggin: | 38:10 | And this man killed his uncle at the age of 22. So he's claiming... He's seeing a middle-aged man who started murdering at 22, and he's claiming that he cured him. And the magistrate, whoever it is, now, I apologize for that, but it's all on my website... |
| Jane Ruby: | 38:25 | Sure. |
| Peter Breggin: | 38:25 | ... says to him, "And what was your next plan, doctor? This man was still seeing patients in the hospital when you... |
| Jane Ruby: | 38:35 | Oh my gosh. |
| Peter Breggin: | 38:36 | ... cured him." And he says, "Oh, my next plan was to have him tell his wife." |
| Jane Ruby: | 38:42 | Oh my gosh. |
| Peter Breggin: | 38:43 | The magistrate says, "What? Tell his wife? You think that's the next good move?" |
| Jane Ruby: | 38:48 | Dr. Peter, yeah, let me ask you this. Is he at risk then to be arrested now that all that truth is out, or is he... What's the story with his situation? |
| Peter Breggin: | 38:59 | Well, the truth came out in 2018, and then was almost entirely scrubbed. |
| Jane Ruby: | 39:05 | Oh my gosh. By who? |
| Peter Breggin: | 39:08 | It is amazing. |
| Jane Ruby: | 39:09 | By what? By who? Who would scrub? |

This transcript was exported on Jul 19, 2023 - view latest version here.

| Peter Breggin: | 39:10 | That's the question. Who would scrub? I'm not going to conjecture. Who would scrub? |
|---|---|---|
| Jane Ruby: | 39:14 | No. |
| Peter Breggin: | 39:14 | So he doesn't have the power by himself to do that. So that the interviews with him, none of them reach... None of them are in English language at all. The interviews we found so farm we have now found two, I mean the reports, maybe three reports on that... |
| Jane Ruby: | 39:33 | In Dutch. |
| Peter Breggin: | 39:34 | ... a day of him in court, in Dutch. And we haven't studied them all as carefully once some came in last night. |
| Jane Ruby: | 39:41 | Sure. |
| Peter Breggin: | 39:43 | But that's a lot of non-coverage for something amazing. Now, I'm going to raise this question. I don't know the answer. But if the mother was killed on in late January of 2011, was Desmet not yet seen the patient? It doesn't look like it's possible. It looks like that Desmet saw the patient before the mother was murdered. |
| Jane Ruby: | 40:13 | So you're saying that if he had done the right thing, the mother would not have been murdered by this serial killer man, son? |
| Peter Breggin: | 40:21 | Well, that's the issue I'm raising, because there is a statement by one of the psychiatrists that Desmet had had 15 sessions with the mother. |
| Jane Ruby: | 40:35 | Over a time period? Yeah. |
| Peter Breggin: | 40:37 | And that date is... Yeah. It looks like it's before. |
| Jane Ruby: | 40:39 | Okay. |
| Peter Breggin: | 40:40 | But I'm not certain. I want research on it. I think it's a critical issue. But even if what he did not end up murdering anyone, it is a display of bizarre self-confidence... |
| Jane Ruby: | 40:56 | Yeah. |
| Peter Breggin: | 40:56 | ... of a grandiose nature to think... I've been involved with many mass murder cases. Do I have a minute or two to contrast that? |

This transcript was exported on Jul 19, 2023 - view latest version here.

| Jane Ruby: | 41:07 | Sure. |
| Peter Breggin: | 41:08 | Well... |
| Jane Ruby: | 41:08 | Of course, sure. |
| Peter Breggin: | 41:09 | ... when I'm involved in a mass murder case, I might suggest something or rather, but I don't get a say about it. I might suggest that the man not get the death penalty and say why I think you shouldn't give the death penalty. But first of all, to say that I'm not the therapist. I'm an outsider. It's presumably objective, more than the therapist would be. |
| Jane Ruby: | 41:37 | Sure. |
| Peter Breggin: | 41:38 | I've looked at all the man's medical records, all the man's hospital records, all the man's educational records, all the man's work records. I've interviewed family members, I've interviewed the man for many hours, and then other doctors have interviewed the man, other psychiatrists, other psychologists. I read their reports. |
| Jane Ruby: | 42:03 | Sure. |
| Peter Breggin: | 42:03 | And then none of us play Desmet's role, even though we are... |
| Jane Ruby: | 42:07 | Right. |
| Peter Breggin: | 42:08 | ... tremendously better informed. It's decided by a judge or jury. |
| Jane Ruby: | 42:12 | Of course. |
| Peter Breggin: | 42:12 | This is what he wants. He was everything. |
| Jane Ruby: | 42:14 | I want to take you back ahead to that issue of who scrubbed it, because oftentimes you'll see someone do things with such confidence, like what you're describing Desmet doing, and bragging and feeling like he's invincible, maybe because he is. Maybe whoever scrubbed it has the authority and that's a trade off. Could that be a quid pro quo? "We'll scrub your record. You won't have to face that. But in the meantime, you are going to do this due diligence and you're possibly going to..." And let's go back to mass formation psychosis theory, that no experts seem to want to stand up and say, "Yes, Desmet has a point. We have a new diagnosis of mass formation psychosis." Could that be part of what's happening here? |

This transcript was exported on Jul 19, 2023 - view latest version here.

| Peter Breggin: | 43:05 | Well, I think those are the questions to ask. I'm going to be very cautious because I'm the one who exposed him on this. |
| Jane Ruby: | 43:11 | Sure. |
| Peter Breggin: | 43:12 | So I'm going to be very cautious about the reaching deductions, other than I can tell you that, because I'm a psychiatrist and a therapist, and I work in ethics, medical ethics all the time, and I've been in court... |
| Jane Ruby: | 43:25 | Sure. |
| Peter Breggin: | 43:25 | ... over a hundred times, approved in courts in Canada and the US over a hundred times, that it is inconceivable that you think you've cured somebody, and therefore you don't have to report him after 15 sessions of psychotherapy when the man is still working in the stimulus zone that makes him crazy and violent, which is in the hospital... |
| Jane Ruby: | 43:49 | Right, right, right. |
| Peter Breggin: | 43:49 | ... is out of reach of human discussion. |
| Jane Ruby: | 43:54 | Believe it or not, Peter, we only have about a minute and a half left, again. What do you want... In addition to your book, I want people to seriously consider this book, COVID-19 and the Global Predators: We Are the Prey, accolades by Bobby Kennedy, Dr. Zelenko, Dr. McCullough, giants in the field. And your website... |
| Peter Breggin: | 44:18 | Lee Vliet |
| Jane Ruby: | 44:18 | Dr. Lee Vliet. And your website, breggin.com, which also has www.123masspsychosis.com. What do you want people to know? What should they be looking for? How should they be reading this material from Desmet and... |
| Peter Breggin: | 44:36 | Yeah. Well, first, join. We have tens of thousands of people that get our free Breggin alerts. |
| Jane Ruby: | 44:42 | Okay. |
| Peter Breggin: | 44:42 | So go on breen.com and get the Breggin alerts, and then we push things out to you. |
| Jane Ruby: | 44:47 | Okay. |

This transcript was exported on Jul 19, 2023 - view latest version here.

| Peter Breggin: | 44:48 | Right now, we're pushing out all the stuff in one package to our people that we have developed that will be out today if you go get them. |
|---|---|---|
| Jane Ruby: | 44:58 | So if Desmet is... |
| Peter Breggin: | 44:58 | We have to fight the freedom. |
| Jane Ruby: | 44:59 | Yeah. Tell me. |
| Peter Breggin: | 45:02 | These guys are not freedom fighters. They want to stop us from fighting for freedom. They want us not to have any enemies, for God's sakes, and they want us... Oh, and Malone has now come out and said that there are the good conservatives who are red pilled, but then there are the people, presumably like me... He never mentions my name, by the way. No one has publicly accused me of being a conspiracy theorist. It would be laughable, given my background. No one has actually done that. |
| Jane Ruby: | 45:29 | For sure. |
| Peter Breggin: | 45:30 | So Desmet now has said, "But then there are the people in our movement who are black pilled, and they're the people who are making up conspiracy theorists." So now Desmet and Malone are on exactly the same page in everything. They are saying that exonerate the people, but blame anybody who looks at enemies, and there are no enemies. |
| Jane Ruby: | 45:58 | Right. It's a sedation technique. It's a mental... |
| Peter Breggin: | 46:01 | Oh, that's a good word for it. |
| Jane Ruby: | 46:01 | ... sedation. Do you like that? |
| Peter Breggin: | 46:02 | Yeah, it is. |
| Jane Ruby: | 46:03 | It's to sedate the masses so that they don't protect themselves from the predators. Dr. Peter Breggin, you are absolutely wonderful. I hope you will come back because this is a developing story that you... |
| Peter Breggin: | 46:16 | I have to. We haven't gotten anywhere near enough talked about. |
| Jane Ruby: | 46:19 | Well, if you're willing to stay, we can do a third segment, which we will air on Friday. So we'll talk about that, if you're okay with that. How's that? |

This transcript was exported on Jul 19, 2023 - view latest version here.

| Peter Breggin: | 46:28 | I can do a third segment. Sure. |
|---|---|---|
| Jane Ruby: | 46:30 | Okay. Then I'm going to tell the audience, look for the Dr. Jane Ruby show with part three of the amazing Dr. Peter Breggin on Friday. Thanks for being with us on this edition of the Dr. Jane Ruby Show. Thanks to all the supporters, Triad Aer. Don't forget to go to filterssuck.com and use the promo code Ruby for 10% off in free shipping. We'll see you next time. Have a great night. |
| | 46:53 | Well, the show is brought to you by Danette May and Mindful Health, LLC, featuring Danette May's top super food product from her earth. Echo food line, Cacao Bliss. Nothing feels better than being able to enjoy rich, smooth, creamy chocolate and knowing you're doing something good for your body. They start with 100% organic cocoa beans that are naturally kissed by the sun, maintaining its miraculous health benefits. Then they blend it with turmeric, MCT oil, coconut, Himalayan sea salt, cinnamon, and black pepper for the perfect blend to make you feel the best you have ever felt. Fall in love with a truly decadent, healthy guilt-free chocolate, removing your cravings, facilitating weight loss, boosting your energy, and reducing inflammation with one simple drink. It's friendly to paleo, gluten-free, keto, vegan, and vegetarian diets. They're offering up to 15% off when you use the promo code Ruby. Go to earthechofoods.com and use the discount code Ruby for your 15% off. |
| | 47:57 | Welcome back to segment three of the Dr. Jane Ruby Show. Well, just a few days ago, a Chinese... |
| Jane Ruby: | 48:03 | ... Jane Ruby Show. Well, just a few days ago, a Chinese company called CanSino Biologics, a stockholder-driven company listed on the Chinese stock exchange, announced that the Chinese equivalent of the FDA granted that company approval for its recombinant COVID-19 vaccine, what they call an adenovirus type 5 vector for inhalation under the trade name Convidecia Air to be used as a booster dose. They state that this new product utilizes the same adenovirus vector technological platform as the intramuscular version that they have by the same name. They claim that it provides a non-invasive option that uses a nebulizer to change liquid into an aerosol for inhalation through the mouth. They further say that it's needle- free and can, "effectively induce comprehensive immune protection in response to SARS-CoV-2." Sound familiar? SARS-CoV-2, a virus that's never been demonstrated to exist in its whole and pure form. They say that they accomplished this medical miracle after just one breath. |

This transcript was exported on Jul 19, 2023 - view latest version here.

49:27     Can you now see that they are not going to stop this nonsense until we stop it? Can any of you out there that have found your way to the Dr. Jane Ruby Show, even though you may have taken multiple shots, you previously may have believed and maybe you still partly believe that you're doing something good for yourself by taking shot after shot after shot, can you now begin to see that this is going to be an ongoing psychological operation to get you to take more and more of whatever they're putting in these shots or nebulizers or skin patches or whatever their delivery route du jour is? Aren't you sick yet of the near 100% effectiveness, "Safe and effective," only to find several months later that, "Oops, we made a mistake. You need more." Just take a look at the CanSino website. To me, it's a chilling experience. I've got some visuals here to show you from their website. They list their technology platforms as follows: One of them ... It's scary that they have multiple platforms. You're not just going to get poisoned with mRNA that hasn't been tested in humans or adequately in animals or anywhere else preclinically. They've got multiple new platforms.

51:06     You see, this is an ongoing operation. This is a long game of mass genocide. They talk about, for example, their synthetic vaccine technology, using carrier proteins that transport bacteria. Nothing could go wrong there, just tons of multiple bacteria going in and out with a mission in your body. They don't really say what that is specifically to their product.

51:43     Then there is protein structure design and recombinant technology, and within that they're producing a new generation pertussis vaccine. Oh, pertussis, diptheria, tetanus, pertussis, DTP. Sound familiar? If you don't think that they aren't, right as we speak, putting this into children's milestone vaccine schedule, you're nuts.

52:15     Then they say they have their own mRNA technology as one of their other platforms, and they're going to develop thousands of vaccines and make billions of money, billions of dollars for their stakeholders. They're going to do it in record time as these offending viruses pop up, these scary viruses pop up.

52:44     Then they finish up with something called formulation and delivery technology. Oh yeah, they're trying to get you to believe that their delivery systems, like the lipid nanoparticle ... That's just one delivery system. But they're trying to get you to believe that they've got these new, innovative delivery systems and that they're safe and that they don't use what they call undesired preservatives. They're trying to relax you. They're

This transcript was exported on Jul 19, 2023 - view latest version here.

trying to sedate you into being discerning, into being careful, because make no mistake, this may have just been approved in China, but these technologies ... It's the nature of pharmaceutical companies and the industry to be competitive, to look over the fence and say, "Ooh, look what they're doing. I want to do that. We're going to do that. We're going to make billions and do that."

53:44        So you will start to see, and we already know it's happening in the United States among our killer companies, but you're going to see more and more of it. They're going to be more blatant. They're going to come out more and talk about it proudly. They're so proud of how they're going to kill you. They'll tell you, "Yeah, we're using these new delivery technologies, and we're not going to use those dangerous preservatives you heard about before." But they don't tell you specifically what they are using.

54:20        Take a look at their supposed pivotal trial. At least they tested it on human beings. But when you scroll through this publication, and this is my wheelhouse, part of my wheelhouse, their design is all over the place. Of the four groups that were "treated," there was no placebo control group. In fact, there was no control group at all.

54:48        We are in a very dark age of pharmaceutical companies running the world. The question is, are they doing that purely for their own economic enhancement, or is it also being done by the pharmaceutical companies at the behest of something or someone else? It's hard to know.

55:16        Wanted to, before we close out, share with you a picture, just a snapshot of their pipeline. You can go to their website. It's CanSino, C-A-N-S-I-N-O, Biologics. They proudly display here, you can see in their pipeline ... This is just their beginning, by the way, let me just share with you. There are different segments, so you're looking at their adeno vector. They've got the inhalation, and you can see where it's on the temporal line. The horizontal line is always temporal. You can see what stage they're in. They've gotten their approval, so this needs to be updated. They've got it for infants, God forbid. They've got it for adolescents and adults. This is just a free for all. They're going to pretend that they did adequate testing in humans. They're going to pretend that they have decent and robust data that you can be assured that it's safe and it's definitely effective.

56:44          This is just the beginning. When you look at this pipeline, this is just the beginning. This company says on their website, they're going to use each of those technologies that I showed you, little corresponding cartoon that they put on their website. They're going to use each of those technologies to build and develop what they claim will be just thousands of vaccines. They're going to grow. They're going to be there for the world because they want to be in the fight against COVID-19, a gain of function illness that appears right now to be quiet. Maybe they're working on something else. Maybe they're working on something for the next plan-demic. Be alert, be aware, be discerning.

57:50          Check out this CanSino and their website. Be aware of how shoddy, how limited their science is because it's coming to many companies here. It's already in a lot of companies. We know Stéphane Bancel, the CEO of Moderna, has said publicly and very clearly that you're going to have a yearly flu shot, whether you like it or not. It's going to be for everything, the world's worst 10 viruses, including COVID, which just keeps getting bigger and more mutated because it's more mutated than any other virus. It's just got this superpower of mutating, defying all the laws of physics as we knew it about behaviors of viral material and other infection-causing organisms.

58:55          Well, that's it for this edition of the Dr. Jane Ruby Show. I want to thank you for supporting the show, for staying with me, for supporting my work, for believing in me. We've come under a lot of attack from within the movement and, of course, from outside of the movement. Then we have fact-checkers who've tried to besmirch my reputation, my credentials, mocking me, and all those kinds of things, only to come back months later and reverse their positions. No apologies. No apologies. No acknowledgement of the vindication. But that's okay, you're watching, and that's the most important thing. This is the only place where you will get 100% truth in medicine, always, and in always. God bless you. I'll see you on Friday.

PART 3 OF 3 ENDS [00:48:04]