# EXHIBIT 4b

# Robert Malone: Health Freedom Movement or Deep State Denizen

americaoutloud.news/robert-malone-health-freedom-movement-or-deep-state-denizen/

Peter Breggin MD & Ginger Breggin



Podcast: Play in new window | Download | Embed

Subscribe: Apple Podcasts | Email | RSS

Robert Malone, campaigning around the world as a member of the health freedom movement, may be profoundly immersed in the Deep State of HHS, CDC, FDA, and Department of Defense. In the last five years, a period for which we have information, ending in 2017, Malone obtained and managed $9.5 billion in government contracts.

Now he is a member of the new NIH agency ACTIV which promotes the Great Reset by bringing together multiple powerful US agencies — from the NIH, FDA, CDC, and DoD with the Bill & Melinda Gates Foundation, and ultimately with a dozen of the top pharmaceutical

companies, including Gilead, GlaxoSmithKline, Johnson & Johnson, Merck & Co., Inc., Moderna, Novartis, Novavax, Pfizer.

This has been Malone's home base for a lifetime — the pharmaceutical industry, military-industrial complex, and the health-industrial complex. The basis for this and much more information is presented in a recent column by Peter and Ginger Breggin on *America Out Loud*. Our first segment on Robert Malone was an unexpected discussion by me where I felt the necessity to spontaneously catch listeners up with our research.

> **The Desmet/Malone Ideology of Mass Psychosis Blames the Citizens and Not the Global Predators**

Our guest, a Senior Lecturer at Israel's Hebrew University, **Josh Guetzkow**, joins in during the second segment to raise good questions. He educates us about the struggle between democracy and totalitarianism in Israel.

---

Join us weekdays at 5 pm ET and the encore at 10 pm ET on *America Out Loud Talk Radio*. Listen on **iHeart Radio**, our world-class **media player**, or our free apps on **Apple**, **Android**, or **Alexa**. Discover all the episodes on podcast networks, i.e., Apple Podcasts, Spotify, Pandora, Tunein, Stitcher, and iHeart. You'll find them the day after they air on talk radio, available on podcast. Extraordinary voices for extraordinary times.