# **EXHIBIT 6**

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Jane Ruby: | What's the Malone Doctrine? It's a declaration to protect people from censorship and ensure free and open exchange of information and to foster open debate and scrutiny. The question is it's named after and signed by the very person suing people like myself who are trying to do just that. And later, a young, triple jab news reporter suffers a stroke on camera. Will they hide her disability and possible death too like they're obviously hiding Buffalo Bills player Damar Hamlin's illnesses? And back by popular demand, Ask Dr. Jane, this is The Dr. Jane Ruby Show, and you're about to enter truth in medicine. |
| | Welcome to The Dr. Jane Ruby Show on this Monday, January 9, 2023. I'm very pleased you're with me tonight. On Friday night's show, I interviewed BlackRock analyst, Edward Dowd. Uh, he had some incredible information. As you know, he's got all the actuarial. Great interest. If you didn't catch it, go back to my Rumble channel, Dr. Jane Ruby, and catch it there. |
| | But I also interviewed him because he has a new book out that's fascinating called Cause Unknown. And in the course of doing my due diligence, I read the book to prepare for the interview, I found something at the end of the book that caught my eye because he had posted a document called The Doctrine. And when I looked a little further, I saw that it had been signed and, by Dr. Malone and his wife, Jill, and Edward confirmed that. |
| | So I was a bit confused because a couple of months ago, Dr. Malone initiated a lawsuit, uh, that he filed in federal court in Virginia against me for what he called defamation. Inside his complaint that he publicly posted on his Substack under a title, Just the Facts, he included comments from the complaint like insulting words and things like that. And you can read it for yourself. I'm not here to, to, to, to review that or litigate it. |
| | But this document just didn't sound right to me. So I didn't know if somebody had hijacked Edward's website, uh, but, or his book, but he confirmed, I asked him about it, and he advised that when Malone visited Hawaii months ago, uh, Edward and some of his colleagues had prepared this document and entitled it, uh, under Dr. Malone's name, and that Dr. Malone and his wife readily signed it. It was astounding to me, and I'll show you why. Let's take a closer look at this document, the tenets of which, by the way, I highly agree. So let me, let me bring this up now. |
| | The Malone document states, and I'm not gonna read it verbatim. You can ... We're gonna slowly scroll through this. You can find it at the end of Edward Dowd's book. You can also find it on Dr. Malone's website called The Malone Institute, where you can download it. So just some of the ... "We The Undersigned: demand that all underlying data that contributes to a body of work under consideration be made available and must remain accessible for analysis. We proclaim that the value of knowledge to society is not determined by any given creator of information, instead that it is the beneficiaries of |

This transcript was exported on Jul 17, 2023 - view latest version here.

knowledge who assign value to a proposition only through critique and relentless scrutiny."

I want you to pay particularly close attention to the next bullet point. "Establish the free and open exchange of information and establish as a duty the authority to serve as the custodians of all data forming the basis of our decisions. Require the full disclosure of all sources of funding. Commit to impartiality. Foster rigorous, open debate and scrutiny in consideration of and for any matter of concern." Let me repeat that. "Foster rigorous, open debate and scrutiny in consideration of and for any matter of concern. Shall properly make the discovery of intellectual, uh, dishonesty or professional irresponsibility known to all. Ensure the wealth, healthfare, and safety of any whistleblower."

And the last two are particularly important, "Ensure the health, welfare, and safety ..." Oops, sorry. Last two. "Stand in opposition to censorship, and will not accept representation of parties holding within themselves values that conflict with principles of free expression." And the last point, "Deny no person the right to challenge, debate, petition, redress, reexamine, examine or protest with facts and evidence any decision of this body." Deny no person the right to challenge, debate, petition, redress, examine or protest.

This document, as I said, can also be found on a website, on the website for Malone's organization called The Malone Institute, which Edward Dowd also confirmed is real, it exists, and his picture that's posted there in black and white indicating that he is a board member is all real. I'm gonna leave the rest of that conversation with Edward Dowd for you to watch it on The Dr. Jane Ruby Show. You can fi- find it on my Rumble channel, DrJaneRuby.

Now, the lawsuit that Dr. Malone posted on his Substack to the public domain, you can also see that he is suing Dr. Peter Breggin and his wife, Virginia. They're also named along with a couple of media entities. Speaking for myself, I will only say at the limited, in a limited way at the direction of my attorney that I've always stood for open and honest scientific debate, critique. As many of us have sat on peer review, peer journal review boards, it's all about critiquing each other, keeping each other up to par so that only excellence is released to the public, and nobody, no single person has the, the license, uh, to di- to disseminate information.

But we should always be able to publicly and openly debate. And it would be better to just contact each other, work together, talk it through, uh, say, "Look, I've got an issue with you saying this or that. How do you substantiate that?" or, "Can we come to some agreement if we're, if we're on the same side?" I don't know of many other people, if any, are suing people on their own side. But I'll leave it there.

I also wanna talk about a recent statement that Dr. Ma- Malone made representing 17,000 doctors and scientists. So I wanna take a moment and I

This transcript was exported on Jul 17, 2023 - view latest version here.

|   |   |
|---|---|
|   | wanna roll the tape. Uh, this is an all call to stop the shots, to declare that the shots don't prevent any illnesses, to declare that they actually make people sick. Yeah, because they're poisonous bioweapons. You think? I'm mad. I'm mad because where the hell were these 17,000 scientists and doctors in 2021? But lets take a look at this tape so you know exactly what I'm talking about. Please roll. |
| Dr. Robert Malo...: | Thank you for taking the time to listen to myself and my colleagues today speaking to you from the heart about what we've observed and what we're recommending as the global COVID summit team of over 17,000 physicians and scientists from all over the world. |
|   | We declare and the data confirm that the COVID-19 experimental genetic therapy injections must end. We must acknowledge that the genetic COVID-19 genetic injections cause far more harm than good and provides zero benefit relative to risk for the young and healthy. They do not reduce COVID-19 infection, which is treatable and not terminal. Furthermore, the most recent data demonstrates that you are more likely to become infected or have disease or even death if you've been vaccinated compared to the unvaccinated people. This is shocking to hear, but it is what the data are showing us. The data now show that these experimental gene therapy treatments can damage your children, as well as yourself. They can damage your heart, your brain, your reproductive tissue, and your lungs. This can include permanent damage and disablement of your immune system. |
|   | We strongly recommend that these products now and in the future be regulated as the gene therapy products that they are and require public involvement of the FDA's gene therapy scientists and committees in reviewing and approving these drugs. We believe that it's necessary to reestablish the five-year minimum FDA testing period and decease the emergency use authorization and require a full FDA licensure of all novel medical products used for COVID-19. We also strongly recommend that there be investigations of the actual causes of death and damage to millions who have been subjected to these mandatory mRNA and adenoviral vector gene therapy injections. |
| Dr. Jane Ruby: | My question stands. Where were these 17,000 doctors and scientists for the last two years since mid 2021 when Dr. Jane Ruby started calling for the end of the shots, calling attention to the death and destruction, predicting that the numbers would only increase, spreading the word about how underreported theirs is? I taught you about the Harvard Pilgrim study that was sponsored by the NIH. I taught you about how their findings found that, that the, theirs was underreported. Less than 1% of all vaccine adverse events were reported to it, right? |
|   | So that means a hundred times what you're seeing in theirs. You multiply theirs by a hundred. Millions of people are maimed and dead, right? I also talked about in 2021 what was in the Pfizer documents and, and the protocol, which |

This transcript was exported on Jul 17, 2023 - view latest version here.

has always been there. You didn't need a leak or a FOIA for the protocol of, of study C1591001. You can put that number into clinicaltrials.gov in the internet and it'll take you to the US government's repository for trials from pharmaceutical companies. You didn't need a FOIA for that or a leak or a thousand lawyers, right, to know that there was gonna be more death and destruction coming. I told you from that protocol alone, higher potency, more dangerous materials, that they were on their way.

Where were those doctors? It's not about being first. It's about being early, as early as possible to warn people, to prevent, to save another thousand babies. Nobody can say that that information wasn't out there. The data, the data. The data? The data tells you? The data's been telling you for over two years. Stew Peters has a multimillion viewership around the world, and on his show before I had my own, we were breaking this information. Yes, as early as July 2021. We told you. We broke the story about La Quinta Columna and the graphene, that now is a household word, right?

These 17,000 doctors along with Dr. Malone earlier called these vaccines. Dr. Mercola c- still calls them vaccines. We educated you and told you and showed you the proof as to why they're not vaccines, right? But now, so many more and in this presentation, he's calling them, if you noticed, gene therapy injections. I referred to gene therapy injections as early as 20- early 2022, maybe very late 2021. All he had to do was look at the FDA guidance documents for industry.

So why all of a sudden have they shifted after all the damages done from vaccines to gene therapy injections? Are they all getting ready to, you know, for new vaccines so they can still call them that and stay under that protection for the pharmaceutical companies, and they're now admitting through this public statement that the shots do not prevent any flu or illness, that they actually make people sicker? That's why I wanted you to see the clip. That's why I wanted you to see the clip.

Who was talking about all of this in 2021? I was on Alex Jones. I was on Owen Shroyer. Guest hosting for hours and hours and hours getting this information out. Isn't it convenient now for these 17,000 doctors to come forward now that almost two-thirds of the world is apparently shot up with these poisons? But I dare to say the data, the data, the data's been out there for almost two years. And it's not about being first, it's about being early enough to ward the public. I'll be right back.

Hey, guys. I wanted to take a quick break from the show to talk to you about the craziness of this Ukraine war, the forced inflation and our multi-trillion dollar debt. We talk about 2008 a lot because everything crashed and a lot of people's retirement savings disappeared, but the interesting thing about it was that those folks who had an investment in physical gold and silver were actually protected. So I want you to know that if you have $50,000 or more in your IRA, 401(k) or other retirement savings, you could be at risk again. But right now,

Case 3:22-cv-00063-NKM-JCH   Document 48-8   Filed 07/20/23   Page 6 of 17   Pageid#: 736

This transcript was exported on Jul 17, 2023 - view latest version here.

thousands of Americans are using an IRS loophole to add physical gold and silver to protect their retirement savings.

Call Goldco today to get a free IRA kit and learn just how people are protecting their retirement savings. You could get $10,000 in free silver to do it. Call 855-2619 because these guys have an A plus rating from the Better Business Bureau, great customer reviews, and they're experts at it because they've placed more than a billion dollars in precious metals. Don't wait. Call Goldco today at 855-791-2619. Stay with me. You're gonna need to know exactly what a mechanical ventilator is later in the show and how it works.

Well, who doesn't wanna breathe better and protect the air that your babies and children take in? Who doesn't wanna protect the entire family from chemtrails, shedding symptoms, and allergy problems? Well, take a look at the Triad Aer filtration products. They have something for everyone. There's a home unit that covers up to 3,000 square feet, the GO that sits in the cup in your car. Don't forget the Mini. This is one of my personal favorites for your single room, a dorm room, hotel room or any individual room like those that massage therapists use for their clients. There's no cord to worry about. You just plug it in and it takes care of the room for about 2,000 or 200 to 250 square feet.

With electrostatic filtration, these air purifiers cover every corner of your, of your home and your life. The advanced photocatalytic oxidation and the pulse ionization collect all the harmful matters in your environment and provide you with pure air. You'll never need to change a filter. So no expensive cycle of buying filters over and over again because the needlepoint ionization technology of these air purifiers means the air is clear electrically by charging the molecules in your home. And the large home unit is energy efficient, which means it uses very little electricity and won't blow up your monthly energy bill.

And don't forget the personal Triad AER Shield. This gives you a four-foot perimeter around you. You can wear it on a lanyard, on your shirt, on your belt, your purse, backpack. It's always there to protect you. Go to filterssuck.com, that's filters with an S, suck.com, and don't forget to use the promo code RUBY for 10% off your entire order and free shipping.

Well, this show is brought to you by Danette May and Mindful Health, LLC, featuring Danette May's top superfood product from her Earth Echo food line Cacao Bliss. Nothing feels better than being able to enjoy a rich, smooth, creamy chocolate and knowing you're doing something good for your body. They start with 100% organic cacao beans that are naturally kissed by the sun, maintaining its miraculous health benefits. Then they blend it with turmeric, MCT oil, coconut, Himalayan sea salt, cinnamon, and black pepper for the perfect blend to make you feel the best you have ever felt. Fall in love with a truly decadent, healthy, guilt-free chocolate, removing your cravings, facilitating weight loss, boosting your energy, and reducing inflammation with one simple drink. It's friendly to Paleo, gluten-free, keto, vegan, and vegetarian diets. They're offering

This transcript was exported on Jul 17, 2023 - view latest version here.

up to 15% off when you use the promo code RUBY. Go to earthechofoods.com and use the discount code RUBY for your 15% off.

Welcome back. In this portion of the show, I'd like to share some information with you on mechanical ventilators that you've heard so much about first in 2020 when the authorities told this magical story about this magical machine that was gonna keep people alive, when in fact, they were actually intentionally using them to murder people like hundreds of thousands of people across the United States. And, and then more recently, we hear of situations like the Damar Hamlin collapse, where he's on a ventilator at a hospital in Cincinnati.

Uh, and so they're still being used at least, you know, for those who get stuck in the hospitals with a fake COVID test, they're still being used to rush people onto these machines, I believe, to finish off their lives, uh, when they get stuck, uh, in a hospital that forces them into the CDC protocol of fake positive COVID test, forced remdesivir, uh, IV infusions, and then, of course, when the organs begin to fail, the much needed ventilator.

I want people to understand how serious this is because a mechanical ventilator is not anything like you may have seen in terms of oxygen therapy. It's not a mask. It's, it's not just a tube blowing air at you. It's an incredibly invasive machine and procedure, and while I would hope that nurses would keep someone highly sedated, ethically speaking, uh, because the person's not conscious and they can be aware of this, they can suffer greatly both mentally and physically with discomfort and a lot of anxiety, and they are not able to communicate.

Let's take a closer look at what this is. Okay. First of all, the basics. Mechanical ventilation is a form of life support, technically. It's a machine that takes over the work of breathing when someone is unable to breathe enough or at all on their own. It, it can be called a ventilator. You've heard it called respirator or breathing machine, but, but what this essentially is is mechanical ventilation is a, is something that does take over your breathing. Uh, it is ... We've seen it ... We can see a depiction, rather, in picture, my picture here. I think it's the only picture so I didn't number it.

Uh, this is a picture, a depiction, rather, like a cartoon of someone on a ventilator. And some of you may have seen this, uh, when your, with your loved ones in the hospital. Uh, you may have the machine and all the tubes and wires. It's primarily there to conduct gas exchange, meaning to bring you oxygen and to remove your respiratory waste product of carbon dioxide.

Now, first, an endotracheal tube is inserted through your mouth down into your airway. It also involves, you know, modulating pressures to keep the airsacs in your lungs from collapsing while at the same time balancing so that you don't blow them out. And the tube allows for the removal of mucus from your windpipe because you cannot clear your own throat for obvious reasons.

LIVE @7PM THE MALONE DOCTRINE  
Transcript by Rev.com

Page 6 of 16

This transcript was exported on Jul 17, 2023 - view latest version here.

Some of the risks of a mechanical ventilator are infections, a collapsed lung, permanent lung damage, including the side effects of the medications, the, the sedation required. And then there's the inability to get someone off of a ventilator. You can't just turn it off. You ... The ... They have to take you through a process of weaning, which is to decrease the degree of ventilator support little by little while your own body assumes a greater a- and growing proportion of your own, uh, breathing.

Now, the average time to wean off of a ventilator, you may be surprised to learn, varies, of course, first of all, with the reason you're on it, whether it was injury-related, you have other things that need to heal, but in general, it is anywhere from seven to 30 days. Here's a brief video that'll give you a better idea. Please roll the clip.

Well, that gives you a little bit more detail on what's involved, and I hope that this gives you a better, uh, idea and information and education of what patients endure and how serious this treatment is. I think it's important because with the Damar Hamlin's situation, the public was told he's on a ventilator, and then a day or two later, "Oh, he's coming out of it," and he's starting to ask questions or he's starting to write. Um, look, people can, if they're lucid enough through the sedation, because you don't wanna not be sedated, trust me, if you're on a vent, if you're intubated and on this vent that is forcing air, you know, up and down, in and out of your body. It's incredibly uncomfortable.

Patients that have been on it tell ... I mean, we've all been on it if you've had general anesthesia and you've been put under, okay? You just don't remember it. You weren't awake for it. You were put so far down in order for the surgery to, to happen. So if you say, "Well, I've never been on a ventilator," if you've had major surgery and you've been un- under general anesthesia, you very well have been on a ventilator, intubated and on a ventilator.

So thinking about people, patients that get injured, patients that passed out, that dropped suddenly like Jessica Robb, if she wasn't breathing sufficiently on her own, you know, it depends on what the brain damage is that caused that neurological event, she may be on a ventilator. I don't know. I haven't seen the latest reports. I'm not sure they'll tell us, um, but it's important for you to, to be aware of what this is so that when they say to you, "Oh, yeah, they came off of it the next day. You don't wean ... You have to wean someone down. What does that mean? They take the machine essentially, I'm gonna oversimplify for a moment, and they reduce the amount of ventilation that the machine is, is, is conducting with you, and they wait to see if your body starts to breathe on its own, right? When you take that away and your body breathes on its own.

I've seen situations where they reduced the ventilator, the pressures, and the activity, and the person didn't change, didn't budge. Maybe they had a brainstem injury that controls that. It did not kick back in. Then I've seen other situations, hundreds of them. I've taken care of many, countless patients in

This transcript was exported on Jul 17, 2023 - view latest version here.

ICUs. I've written their orders. I've evaluated them. I've treated them. And you've seen situations where challenging them, we call it challenging them on the vent, uh, results in very, very tiny, incremental improvements or resumption naturally of the patient's own breathing by, by their own steam.

And then you've seen situations where they wean beautifully, classically, and fairly quickly, but this usually takes a few days to a week. Remember, they're on it for a day or two at least, and, and to, to, to resume breathing, uh, to resume the breathing, the requirements of gas exchange, but then you need another few days at least to a week to, to, to conduct the challenge and the weaning.

Anyway, uh, just to wrap this up, I hope this has been helpful. Um, to me, I take it very seriously. It's not a time to joke about it, and no, people do not wake up from all that heavy sedation all at once. As I've shown you, it can take at least days, reasonably, and they don't wake up. They certainly don't wake up and ask you who won a football game. It's really an insult to the public. It's an insult to all of our intelligence. They don't even lie well, okay? It's a total insult to be told that Damar Hamlin sat up, uh, you know, either wrote a note or said, you know, "Oh, who won the game?" I don't believe it for a minute. You just, you know, Occam's razor, I've seen this thousands of times. It's not the way it happens.

And as I've said in my social media, to be honest with you, the, the, the, the majority of people as they start to clear, and you gotta remember they're under heavy, heavy sedation, and you wanna be as I said before, they start to come out of it and, and they're like, all of a sudden they realize, "I've got this tube down in my throat, and I, I've got all these lights, and I've got the wires, and, and I've got big tubing coming over plastic, and I'm, and I'm, and I'm hearing beep, beep, boop, beep, beep, and I'm seeing monitors." The first thing you're gonna mouth is, "What happened? What happened to me? How did I get here? What happened?" That's what you're gonna hear, not, "Um, who won the game?" It's a joke. It's a joke. They don't even lie well. Okay.

Everybody, when I return, uh, I'm gonna, we're gonna talk about Canadian TV reporter Jessica Robb, looks like a 20 something to me, who had a stroke right on camera, and we'll end the show with a very important Ask Dr. Jane. Don't go away. I'll be right back.

Mike Lindell: Hello, I'm Mike Lindell, and my employees and I wanna thank you for your continued support by bringing you the biggest bath sale ever. Get my six-piece towel sets for the lowest price ever only 39.96, his and her bathrobes 50%, bath mats for as low as 17.49. And I'm also excited to announce the original MySlippers are back in stock, and now they come in even more colors and wide sizes. They're made with the same great patented technology and, yes, you'll still save $90 a pair. So get the biggest saving ever on bath sheets, bath mats, wash cloths, hand towels, bathrobes, slippers, and so much more. So go to mypillow.com or call the number on your screen. Use your promo code and get deep discounts on all MyPillow bath products, including our six-piece towel sets,

|  |  |
|---|---|
|  | regular 89.98, now only 39.96. Get all your shopping ammo while quantities last. So please order now. |
| Dr. Jane Ruby: | According to Mark Rosenberg, physician and Army vet, the immune system doesn't just keep us healthy and safe, it's literally the master switch for our energy, our clarity, and mobility. So if you're feeling tired, achy or worn down, there's a good chance that your immune system needs support. Immunity has been the perfect backdoor for trying to take away our freedoms, but now, Dr. Rosenberg's number one suggestion for supporting your immunity this winter and all the time is BioShield MD with seven potent flavonoids to deliver targeted immune support by boosting your natural energy levels, improving your mental clarity and mood, and help you experience real joint comfort. Click on the link or go to biomd.info/jane to check it out now.<br><br>Well, before we begin our Ask Dr. Jane segment in the show tonight, I wanna make you aware of, of a very, uh, serious tragedy that just occurred, a young Canadian reported by the name of Jessica Robb, who suffered a serious neurological event resembling a stroke right on camera. And I want you to pay close attention 'cause I'm gonna show you this film. Pay close attention to a couple of things. At about the 20-second mark, she begins to lose her word finding ability. She looks like she's trying to compensate mentally. Then she literally begins to speak unintelligibly, and she hears herself not making sense, then lets the anchor know she's not well. Luckily for truth and the public, the tape rolled another few seconds and you see her staggering about to go out and down. The lights go out in her head.<br><br>And secondly, I want you to pay close attention to how quickly and how smoothly this disgusting anchor jumps right to, "Nothing to see here. Everything's fine." It's amazing. Please roll the clip. |
| Speaker 4: | ... has come just a week before the third anniversary. |
| Jessica Robb: | Well, people, we spoke with Sadie. We're happy that something is being done, but this is something that they've been asking for since day one. So for them, this is about a thousand days to late. Now, everyone, I, I'm looking at a- after the, the day families are pushing feds to, pushing the feds to ... Sorry, everyone, I'm (laughing) I'm, I'm not feeling very well right now and I'm about to ... |
| Speaker 4: | Okay. We'll come back to you right now and we'll make sure that, Jessica, you are doing okay. Thank-<br><br>... make sure that, Jessica, you are doing okay. Thank-<br><br>... make sure that, Jessica, you are doing okay. Thank you. We will make sure that Jessica is okay so ... And we will give you guys an update a little bit later to make that she is doing all right. She is not alone. She is with, uh- |

This transcript was exported on Jul 17, 2023 - view latest version here.

Dr. Jane Ruby: You know, what's really disgusting to me to see how readily and how well-trained the mainstream media is. I mean, they're like performing monkeys, actually, to, to rush, to hide this. They know exactly what this is. And I think it's just so hard for the rest of us, you know, who have such ... We have common decency. We're loving human beings, and it's hard for us to imagine that someone could be so controlled to, to just, just on cue hide this level of danger and evil from the world, but these scumbags do exist.

I hope that Jessica Robb recovers, and maybe, just maybe she won't be so quick to defend the three jabs that she got next time around. When she got COVID in April, she put out a tweet and I wanted to show this, this tweet to you because she says basically in it, "Boy, I'm glad I got my three COVID shots," because she was testing positive for COVID and had symptoms. It's just unbelievable to me.

Since this happened, by the way, in the last, I think it's about 48 hours or so, her Twitter account now has protected tweets only. And I'm gonna venture to guess that it won't be long before her entire account is just shut down, especially if she dies.

Well, let's go on to start the Ask Dr. Jane segment, always sponsored by Mike Lindell at mypillow.com for all your household needs, especially towels, sheets, pillows, slippers, super soft children's blankets, especially the Noah's Ark blanket is my favorite, all made in America. Make sure that you use the promo code RUBY to get your huge discounts and free shipping.

Well, the first question in the Ask Dr. Jane segment comes to me ... Let's bring that up here from Stacey Harris, who asks me, "Dr. Jane, what is the difference between the first jab or the second jab and the so-called boosters? Is it the same unknown bioweapons as the first two or does the v- do the vials actually say booster one or two or even three or four?"

The reason this is an important question, and I thank you for it, Stacey, is because I'm gonna repeat that we don't know from all the evidence we have, we learn what we don't know, and one of the major things we do not know, especially based on the incredible work of Sasha Latypova at Team Enigma, is we don't know what's in these shots at any given day. In fact, the sham of the review and the data that was given to the FDA supposedly that the FDA sham review came out, you know, a review after review, "Oh, oh, it's approved, it's approved. It's an EUA. You can go ahead," really had no change at all. There was no evidence of any formulation changes. In fact, we don't have any evidence of exactly what is in there beyond what the companies have told us. And of course, it doesn't make any sense to believe anything coming from these companies.

Uh, they could do anything they want. There are ... We do know from Team Enigma's work that there are, there can be and that there likely are different materials and different concentrations of materials, uh, on any given day even within the same lot number. The only other clue I can think of is if you go to the

This transcript was exported on Jul 17, 2023 - view latest version here.

protocol, C1591001 in, in clinicaltrials.gov, the US government's repository for registered trials, in that Pfizer protocol, if you really dig and know how to look for it because it's a very complex document, uh, I was able to spot it right away.

20 years in pharma on the medical research side interfacing with the FDA and other internal and external regulatory, uh, functions, I can tell you that you look in there, they actually say that the, the boosters, the fourth, fifth, they go to eight boosters, by the way, in this particular protocol, which never was tested, but they, they talk about up to eight what I call boosters or additional shots, and talk about the concentration or the dosing to be as much as 100 times. And especially when they're talking about the children's doses, they actually refer to 10, 30, a hundred times more potent. God help us all. Good question. You really don't know, Stacey. Just stay away from multiple shots. I hope this convinces people to stay away. Okay.

Question number two is from Dona or Dona. Dona asks, "Hi, Dr. Jane. So my question is if all the jabbed people had their DNA altered, are all the DNAs the same now?" Again, you know, an important and a similar one to the previous one by Stacey. First of all, we don't know if all the people got a, a, a gene-modifying shot. We don't know if the material they got changed in any way from the temperature increasing, from them not storing or handling them according to Pfizer or Moderna instructions. So it's not all people, all the jabbed people. All the jabbed people are really a collection of huge question marks and they can be very different from each other. There could be collections and pools of them that got the same thing, uh, anywhere in the world. We don't know.

So are all the DNAs the same now? I'm not sure what you mean by that, but I can tell you that those who took gene-modifying material in their shots that got that definitely have changes, they're permanent, they're irreversible. Let's hope that the human body in the incredible design that, that, that God made, uh, will be able to at least maybe wall off, protect, stop somehow. Genetics are very complex processes. Uh, so, so let's just hope that. But your question raises a lot of other important questions, and it gives me a chance to explain to people that these shots are not all the same, but they are all one particular thing, and that's incredibly dangerous.

Question number three comes from Lynn Zinsky, and Lynn asks me, "How long from vaccination or boosting will a person continue to shed?" Now, this question comes up over and over again I think because it's so hard to get out information all in one swoop. People come in and out of my social media, other people's social media at different times. They may have missed a previous discussion. So I like to continue to answer these same questions over and over again so that we can capture the understanding of more people.

What I would say, Lynn, the best way to answer your question is nobody knows, and that may be frustrating to you, but it is the truth. And it'll keep you from becoming duped, if you will, by any frontline doctor who may, might have

Case 3:22-cv-00063-NKM-JCH   Document 48-8   Filed 07/20/23   Page 13 of 17   Pageid#: 743

This transcript was exported on Jul 17, 2023 - view latest version here.

gotten compromised with money or fame or other opportunities of inducement to keep certain narratives going. Uh, there is no study that is well scientifically designed that has shown me to my satisfaction that somebody has studied the right thing to answer this question, and that they have been able to successfully established a duration of shedding.

Let me explain a little further. Um, I believe it was Dr. Mercola who came out based on a study that said they measured, uh, the, the presence of, or shedding of spike protein in an unjabbed person. They measured it for 60 days. They said it was still going on and then they stopped measuring. You can't say that it's not still going on if you only measured up to a certain point. His statement was, "Oh, it only goes for 60 days." No. They only measured it till 60 days. So we know it's at least that long. It could go much longer.

And if you look at the documents on the FDA website, they're called Guidance for Industry, those documents under gene therapy, they warned, the FDA itself, these approved documents and they've been out there for 10, 12, 15 years, they warned pharmaceutical companies who are using this to test in animals to be very careful with human beings for a variety of reasons, one of which jumped out at me is because they, they say you don't know how long the activity initiated by the gene therapy is going to go on. You don't know if it will go out of control, and you don't have a way to stop it.

So we don't know, Lynn, and for that reason, you must assume until you know better, until we have real proof, you must assume that it is ongoing. And I'm, I'm hearing from people all the time who have relatives or spouses or partners or people they live with, that they're with on a daily basis who were jabbed when they were not, and this is six months, 18 months, two years later they're still getting affected by that person. It, it is reported to be worse when the jabbed person gets a booster, anything beyond the first two. The shedding and the symptoms of the non-jabbed person is reportedly much worse, much more severe, and it continues on.

So okay. Great questions, great questions in the Ask Dr. Jane, uh, segment t- this, this week. My next question comes from B P, and B P asks, "Were placebos part of the EUA for the COVID shots? If so, what percent could it have been?" Well, lots of times in the, the, the scope of your questions, I can see misunderstandings or missing information or disinformation maybe that someone has, has, has given you, uh, publicly or privately. So let's start with the definition of a placebo.

A placebo is a control arm in a study where you're testing something. Uh, you do not ... You're not deploying your me- medication or materials, uh, freely into the public like these companies are doing right now. It is a test arm. It is a comparator arm, and you, it's used to compare to the other arm of people getting the actual treating material or experimental material. You're not in a real test or a bonafide, uh, randomized placebo control double blind test. If

Case 3:22-cv-00063-NKM-JCH   Document 48-8   Filed 07/20/23   Page 14 of 17   Pageid#: 744

This transcript was exported on Jul 17, 2023 - view latest version here.

you're taking these shots, uh, wherever you're getting them, right? If you're taking these shots or still getting these shots, you, you, you're not in a test. So there's no such thing as placebo. Placebo is part of whatever the pivotal trials were when they were running them. We know those were done by the DOD in the, in the US Military. The 44,000 referred to in the package insert of the Pfizer and Moderna shots, especially the Pfizer is directly referring to those 44,000 in the initial test.

The public, we used to say, "Yeah, you're in a test," 'cause it's only, it's going till 2023. The truth of the matter is you're not technically in a test, you're being murdered little by little. Uh, so there is no such thing as a placebo. No one's proved. There, there's no study going on. If you're looking for a saline full vial and hoping that you got that, uh, I, I'm not sure what the chances are of that because I don't think that was the intention. Although there, there could be, and I think people are grasping for the hope of a placebo, meaning and, um, uh, an innocent plain injection, uh, because they're seeing that some people took multiple shots, maybe even boosters, and they have, they don't show any outward appearance of being ill and they don't complain about anything, they're not necessarily off hook.

I'm not trying to scare people, but you can assume that you may have a delayed, uh, gene direction coming or you have toxins or poisons from these shots, uh, regardless of their origin from a dirty manufacturing plant, uh, whatever the companies are putting out, uh, that just either your body is managing for now. I would look at it that way. And that's why I always say the first line of defense is to keep yourself healthy, keep your body healthy, take good supplements to boost your, your, your immune surveillance and good, good sleep, and good food. Okay.

Question number five is from Lois, and Lois says, "Doctor, I have suffered a stuffy nose on and off for five months. Could this be from shedding from my sister? How do I stop it? I've tried everything else." Well, I don't know what you've tried and I can't give individual advice or medical treatment. If it's really bothering you, you should get evaluated by a trusted healthcare provider, uh, that you associate with. But I would say that people have to stop looking at every sniffle as some kind of, uh, dangerous, uh, gain of function, um, organism or flu. You're going to get sick. You're going to get the flu. I don't know what your lifestyle is. I don't know how well or how well you do or do not take care of yourself. So, uh, just, just, um, get evaluated, you individually, Lois, and the rest of you, stop jumping and freaking out and testing for every little sniffle.

Question number six comes to me from Nancy Charter. Nancy asks me, "I know two vaccinated young women who had uneventful pregnancies and gave birth to healthy babies. To what would you attribute their good fortune?" Well, first of all, I would say I don't know if they have good fortune yet, Nancy, because I don't know what is coming for those two babies that made it through. I don't, I have no idea. I, I don't know what they got. I don't know what the concentration

was. I think that they really played Russian roulette, and I would pray for those babies, uh, because the mothers are probably going to continue to get them jabbed. And so it's the accumulation sometimes for some people that results in, uh, eventual death and destruction.

I, I wouldn't call it good fortune. Uh, some people would say, "Well, maybe they had a miracle from God." That's out of my purview, and I certainly hope they do. But if they continue to inject their babies, they're gonna see very quickly that, that things, things change. It's just amazing to me because people ... I understand on one hand people are holding out for hope and they wanna hope that, "Well, hey, I took it, I got coerced, I caved, I took it a year ago and nothing's happened to me. Please, dear God, don't let anything happen. Let me be one of the lucky ones."

You know, I, I, I'm all for going forward with your life and living it and finding the joy. And as long as you stop taking the shots because you are not just hurting yourself, but you're, even if you're not hurt, you're spreading it to other people around you and to the environment. These toxic, uh, materials, they are eking out.

Okay. Last question is from Ahnony Mous. I like this name, Ahnony Mous. Okay. Okay, Ahnony Mous. "Hi, Dr. Jane. Thank you for all you do." You're very welcome. "My question is, are there clinical markers like, for example, abnormal RBC counts, et cetera, that would alert an unvaxxed person to some kind of exposure or alert a vaxxed person to some type of problem due to the jab?" Well, this is the tricky part to be honest with you. What I've said all along is one of the things I noticed early on is that standardized testing of the jabbed and of the unjabbed who have complaints or problems, especially the unjabbed that live with the jabbed or have frequent exposure, that the standardized test like blood chemistries, uh, CBCs, complete blood, uh, counts, and other, other types of tests, including some imaging studies, um, don't necessarily show anything.

In fact, doctors say, "Well, your test came up normal. It was unremarkable," which means they didn't find anything on the test. It's either in your head or just go home and, and the doctor slaps you with some pharmaceutical bandaid, so to speak, chemical bandaid to keep you quiet and get you out of the office after you pay your office visit. So it's, it's important, uh, to know that your, your testing may not be detecting this. It's, "I have a feeling because I just don't trust these companies and I feel they're incredibly evil and diabolical and whoever else allowed them or directed them to do this that this is built in to the plan." You see? Making it harder and more difficult to obfuscate what's happening to find that there is something.

Imagine if there was a test that could automatically detect that you were damaged from these, these, uh, these shots or that you were producing billions of spike proteins that started to get stuck into different organs. Now, Dr. Arne Burkhardt from Germany, uh, a- and, and Dr., uh, Sucharit Bhakdi talks about

this as well. They're colleagues. But Dr. Dr. Burkhardt is a forensic, a real forensic physician, uh, that has found in postmortem, uh, tissues, he has found profound inflammation, levels of which he's never seen before, and he s- he sees protein, uh, footprints from this inflammation of the spike protein, this toxic synthetic, uh, antigen, disease-causing, uh, material in the tissues of the postmortem victim.

So it's, it's important and, um, just want people to remember that just because your tests are negative doesn't mean nothing's going on. It just gives the material longer time to hurt you. Just keep finding better doctors that ... Find naturopaths because I've had several on like Dr. Dr Zandré Botha, uh, and Dr. Leunis van Rooyen and other naturopathic doctors, Dr. Eli English, for example, they have a different approach to analyzing and evaluating your health when they know you're jabbed. They don't use the standard tests, and then they come up with, uh, very tailored treatment programs for you. And you might have better luck with, with those types of doctors. It's, it's all about getting back to naturopathic, uh, doctors. Chiropractic doctors tend to be more naturopathic, and so I would urge you to, to consider that.

Well, uh, we are at the end of the third segment. Just gonna break for a couple of important messages and I'll be back to say good night. Don't go anywhere.

Hi, everyone. Dr. Jane Ruby here. Many of you know that I promote products that I believe in and have vetted, but I also promote products that I use myself. I wanna introduce you to Cardio Miracle, the world's best nitric oxide supplement. I'm getting reports from not only the general public, but from experts like Dr. Kevin Stillwagon, a frequent guest on The Dr. Jane Ruby Show. He's a treating doctor and experienced commercial airline captain, and he's reporting that Cardio Miracle is making a difference in reducing the symptoms in the jabbed, protecting people from the effects of the microclotting caused by spike proteins.

It's delicious and I mix a scoop, one scoop in eight ounces of water twice a day. For those of you who've taken the jab and are concerned about your cardiac and circulatory health, my conversations with Dr. Kevin Stillwagon and Josh Yoder from US Freedom Flyers in an upcoming interview on The Dr. Jane Ruby Show will show you them describing the benefits and the reports they're getting. So check it out at mypowerheart.com. Learn more and try it for yourself. That's Cardio Miracle at mypowerheart.com. Enjoy.

Hi, everyone. Listen, after end of the year work, obligations, and holiday family fun, it's easy to start the new year stressed and worn out. Start taking Magnesium Breakthrough every night before you go to bed like I do because magnesium is critical for restorative sleep and stress reduction. And listen, when you get Magnesium Breakthrough's all seven critical forms of magnesium, every function in your body is improved. And it's much more highly absorbable than

This transcript was exported on Jul 17, 2023 - view latest version here.

other brands. So check it out now at magbreakthrough.com/ruby. You'll be glad you did.

I'm so happy you were here with me tonight. Please follow me on my own Rumble channel at rumble.com/drjaneruby and on my Telegram channel, where I break most of the medical news of the day at t.me/drjaneruby, Gettr, Gab, Truth Social, and Twitter. And if you wanna support my legal defense in this baseless lawsuit filed against me by Dr. Robert Malone, please go to givesendgo.com/protectdrjane, protect Dr. Jane. Have a blessed evening, and I will see you back here on Wednesday.