# **EXHIBIT 8**

This transcript was exported on Jul 19, 2023 - view latest version here.

Dr. Jane Ruby: Good morning, everyone. Welcome to Coffee Chat. I'm Dr. Jane Ruby. Look at this beautiful cup. Gorgeous flowers, fierce, fierce cat. Look at these gorgeous flowers. So this cup, even the handle, has some spectacular tiger. I know you'll all correct me but maybe it's a cheetah. See the steam coming off the coffee? Absolutely beautiful.

This cup comes to me from Dubai, someone all the way around the world. It's from a collection called A Journey in the Jungle in the Colorful and Wild Land of King Leo- Leopold. Leopold, beautiful, at the Palais Royale. And absolutely beautiful and even more stunning to me is the distance from which it came. And it gives me, it gives me hope, you know, whether you're around the corner or you're halfway around the world. And it came with a gorgeous card with all these stones on it saying thank you. A beautiful message from Stella. Stella is a, a Canadian who actually left Canada and now lives in Dubai. Um, lucky for her, it's a beautiful place. And she is the daughter of Italian immigrants, so a lot of connections with, with her. Uh, but Canada is go- is pretty much down the tubes.

Um, oh, it's a jaguar, jaguar. I love ja- I love exotic cats. Jaguars, cheetahs fascinate me but nothing like the lion. That's my symbol. She says, "I'm sending you this cup that reminds me of who you truly are. You are a jaguar warrior. You represent leadership, wisdom, knowledge, gracefulness, and beauty, nurturing mother and teacher, bravery and courage, honor and self-confidence. So drink your coffee from this cup in good health and receive the strength and courage to continue from the spirit... oh, to continue your purpose from the spirit of the jaguar warrior. God bless you and protect you always. Love and light, Stella." Thank you, Stella. I'm just not reading last names. I started becoming careful about that. This is so beautiful and so appreciated.

Now, if I look a lil' rough this morning it's because it's been a long, long couple of days. Um, Palm Sunday, my very, very close friend Marie who has a place down here in Florida... We've, we've been friends for a number of years, and we were bonded in a trip to the Middle East in 2019. She and her daughter and her son went there and... There was a whole bunch of us. It was a border security fact-finding mission. It was really fabulous. But on Palm Sunday, we were to go over to Marie's house in Delray and have like a Palm Sunday dinner and, you know, sit in the yard by the pool and, um, you know, baked ham. She had the palms from church. Uh, but a couple of hours before we were all to get there, her daughter, who I knew but not as well as Marie, um, her adult daughter in her 50s, was visiting and was cooking. They'd come back from church, decorated the house with the palms, and h- her daughter was cooking and just collapsed in the kitchen.

And this woman witnessed her daughter dying in her arms, and it was so fast. And the other thing... I mean, it was just... We, we all just went over there and gathered and so my eyes are puffy. You know, we, we cried. I mean, she lost her daughter and her best friend in her arms on the floor in the kitchen. I, I don't

Coffee Chat-Dr (Completed  07/18/23) Page 1 of 7
Transcript by Rev.com

Case 3:22-cv-00063-NKM-JCH   Document 48-10   Filed 07/20/23   Page 3 of 8   Pageid#: 775

This transcript was exported on Jul 19, 2023 - view latest version here.

know how she's gonna be able to stay there, but a very fast death. Looked like a heart attack but... And, and you know, she couldn't find her phone. We're in this day and age, you got to be careful, we... almost no one has landlines any more except the, you know, the boomers that everybody mocks, okay? Don't be so quick to mock people that kinda know what they're doing. But she couldn't find the phone. It took her, took her... You know, she's holding her daughter, her daughter's just death rattled, going out, can't find the phone to call 911. I don't, I don't know the details but after a few minutes she found, called 911. As soon as they got there, just some neighbors happened to be coming over to bring ice, you know, for the party.

And they all went to the hospital. Anyway, [inaudible 00:05:58], she was passed away, and we were all there till... It's be rough. And it's hard to watch people you love in pain. That's the ultimate wound, you know, losing a child, and I just- I don't know about 100% about the jab status, so I can't speak to that and in this moment. You know, people need to get through the pain of the moment. Um, so we were all with her till late last... you know, like last night just... The moral of the story is, two morals, get a landline or get, get multiple cellphones. Get more than one. Keep one always like maybe on the kitchen counter or wherever you would have a landline or get a... you know... God in your wisdom is just, you know, in your wisdom I know what you're... I, I know it's... you know what you're doing. Isaiah, right? You will... My ways are higher than your ways. My thoughts are higher than you.

We always have faith in God. In the Jewish religion, they pray the, the Kaddish prayer. And interestingly, it has nothing to do with the day. It's actually, like... It's like blind faith. It's saying to God, "You, you know, who reign in the heavens and You are, you know, you know... " You praise the name of God. It's all- It's like saying, "Not even death will take my eyes off of You." So, just a shocking thing. It's not the way we thought we were gonna spend our Palm Sunday. Then I had another event out at Norman's. He's the artist that made the... He's the metal, uh, sculptor that made the symbol of my show out of the horseshoe. I think I showed you guys that last year. I was gonna go to Norman's place out, out West because his mom was having a birthday party. She's 90 or something like that. Never made it. I think he understood. Anyway, just, just had to tell you about because it's, it's fresh and I look like a wreck. Didn't want any rumors to get started or anything, anyway, that I'm not healthy or something.

So, um, many of you probably noticed that Dr. Paul Alexander, uh, put a, put an article out on the lawsuit against me by the mRNA inventor. And I appreciate that, Dr. Alexander, I do. I was having my suspicions, I'm a truth-teller, I will, you know... I wouldn't apologize because I think you should have come out in the beginning, but I will thank you publicly for acknowledging it because both lawsuits, uh, first of all, the same, same lawsuit in the same legal complaint... and I'm not sure where that came from, but the Breggins and I are listed. You can see it, this is all public domain, folks. Somebody said yesterday, "Well,

This transcript was exported on Jul 19, 2023 - view latest version here.

thanks for posting the, the legal document, the complaint." Hey, that's public record once you fil- file it. It's always been out there.

So, um, I, I thank you, I thank you. I thanked him publicly for acknowledging it, for giving his voice to it. And nobody should be sued. We're losing our world right now, and I know you all know that interview, so I wanted to make mention that I did see it. I reposted it, I thanked him. And we need more people on the right or on the health freedom movement, whether you're right or left, to come out and say, "Stop this, Malone. Stop suing people when your feelings are hurt." We all get out feelings hurt. I got R- Ryan Cole calling me in Tweeter saying I'm drunk. Never met me, doesn't know I'm a three-time cancer survivor. I don't drink like that. I'm not a drunk, but, you know, sometimes pot me- meets kettle. So, you know, I've got hurt feelings and that was damaging to my reputation for idiots who believed it. Did I sue him? No. I'll call him out, but I didn't sue him.

Really beautiful. Thank you again, Stella. So I wanna take... I wanna make mention of the fact that these... all these admissions are coming out. Don't you find it strange? Don't you find it strange? CDC's saying, you know, "Herd immunity is real. Um, FDA, people coming out supposedly from this fake agencies telling you, you know, there is graphene, uh, there is... you know, the, the RD, the shots are dangerous. Uh, all this stuff coming out now, right? Those of you who have been following my work, the work of many other people, Dr. Zandre Botha, Dr. Phillip [inaudible 00:11:33], I can go on and on and on. And the people that brought it out like Dr. Tenpenny, Dr. Mikovits, yeah. Even Clay Clark's show, he brings a lot of stuff. This stuff has been... First of all, I broke the story that there's graphene that was found in Pfizer vials in July of 2021. Three million views on Rumble, 10 million views worldwide.

I also broke the story of the white fibrous clots. I found Hershman. Stu didn't find Hershman. I broke the story on Stu's show, I didn't have my own show yet. I found Hershmann through a source. I vetted Hershmann. I had him show me lots of evidence. I asked him to do a, a video 'cause I knew what was coming, to protect him and me from a false story, which I never believed it was. Right? So, where have all these people been for... Megyn Kelly, oh, when RFK says to her the other day, "Uh, you know, they never could have gotten those EUAs through," emergency use authorizations, "if they hadn't sur pressed ivermectin and, and hydroxychloroquine because the law says that if there's already an approved treatment that's working or available that you, you cannot de- use an emergency... you cannot give another entity an EUA." And she says, "Wow, that's a first I ever heard of it."

Get bent, Megyn, you fake mainstream piss of scrap whose sister dropped dead probably from the shots. Give me a break. You... It's a first you heard of it, Megyn Kelly because you got your head so far up the butt of mainstream, got your lil' job back and your eight figure contract that you're not paying attention to the real information, the real news. The people were saying this and explaining it. 20 years in pharma, that's how I knew so much was fake. I knew it

Case 3:22-cv-00063-NKM-JCH   Document 48-10   Filed 07/20/23   Page 5 of 8   Pageid#: 777

This transcript was exported on Jul 19, 2023 - view latest version here.

was illegal to, to grant emergency use authorization or fast-track or anything like that when you already have an approval. That's like treating the shots as like orphan drugs, because there's nothing else to treat it. No, there was a lot of things to treat it, to treat any flu.

So two weeks ago, I have a first degree relative... I try to keep my family, um, protected because they didn't choose to do this, I am... but she got sick and has an idiot for a husband, who's a left wing, who shows up with a... you know, comes homes with the, you know, the Q-tip, the PCR. And she knows better, but she did it, took the test. It was positive. I said, "You don't have COVID. You don't know what you have. You have a flu of unknown organism etiology." So, she said, "Yeah, yeah, I get it, I get it. Um, I, I'm... You know, I'll call the doctor to let him know. I still trust him to some degree. He didn't push the shots." The next day, I call her to see how she's doing. She said, "Yeah, yeah, um... " you know, her husband, "so-and-so just went to the drug store to pick up a prescription for Paxlovid from my doctor." What? I said, "Throw it out. Throw it out." Then I went through my thing.

You know, my family knows but they don't know everything in every moment, right? That's how I figured out I got to keep mentioning things and teaching you guys. So, absolutely not. And I explained in detail what it was, the two anti-virals, one being ritonavir, which by itself has a black box warning. But they put together with nirmatrelvir and they, and, and they pretend like it's something new and they call it Paxlovid. And Pfizer, if they don't kill you in the front door, they'll kill you in the back door. Remember Paxlovid's the one, "Oh, yeah, you're gonna get it, but you'll get it two weeks later." Albert Bourla the CEO was, "Just take another round. Let me promote off label without any data or approval of the FDA, that doesn't exist anymore, or any oversight body, that I can promote this for something it's never been authorized or approved for."

By the way, Paxlovid under EUA, 'cause you can't sell chicken soup. Well, you can but you can't market it as a pharmaceutical company. But all these admissions coming out late, you better be suspicious because I'm suspicious because half the crap they're coming up with, I broke, Dr. Jen Ruby. Couple of other people broke it after that. Maybe they broke a thing or two. But the point is keep your antenna up, my friends, because there's a, there's an agenda in play. There has to be. How come mainstream media people like Megyn Kelly, other people who pretend to be on our side but are really operatives, jump on this... in these single point narratives like watch who's saying there's no graphene. I'm not gonna list them. I'm telling you to go out, look in social media, look in alternative media, look in independent media, look in mainstream media, and lis- make your own list of who's in the chorus.

(singing)

The chorus, "There's no graphene. There's no graphene. These people are telling you there's graphene in it." I'm not saying they're in every vial, I'm not gonna

This transcript was exported on Jul 19, 2023 - view latest version here.

pull a Ryan Cole on you and say it's all or... you know, it's in every one or it's not in any one. No, they've been found. I told you, these vials from Moderna, Pfizer, AstraZeneca, J&J, and probably Novavax, probably every other company, they... it is, it is an agenda, it's a plan, they're switching it up. Any given day you don't know what you're getting. It Russian roulette on steroids. Right?

What do I mean by Russian roulette on steroids? If you... Traditional Russian roulette, you got a pistol with a barrel, numbers of hole, put one bullet in the chamber. Spins around, right? You're only gonna get one of two things. It's a pretty limited outcome. You're gonna get a puff of air at your head or you're gonna get a bullet to your head. Taking these shots from the very beginning but more so than ever now, because they know they got away with it up to a certain... you know, so far, and they've gotten a lot of damage down, when I say this is Russian roulette on steroids, you could get one of maybe 10,000 things, all poisonous, all damaging in different ways, some right away, some later.

so why are the admissions coming out late? Keep your antenna... Keep them up. Keep them up, antenna, antenna not horns, antenna. Keep your antenna up, um, because something's afoot. Watch the choruses. Watch the people that align, get into one narrative and they promote it. And they could appear to be on both sides. They could appear to be warriors in the health freedom movement and other people not. Um, I've been disappointed to see some people jump on those, those narratives. So watch the narratives, courses, watch people that are coming out now, don't... They may be wanting to regain your trust in preparation to lay foundation for a future event so that you... they might recapture some people into trusting them. Dangerous. Danger. Danger, Will Robinson, danger, danger. Coming out late.

So things are gonna start moving, uh, today... You know, last week was the service on the Briggins and my lawyer took service because, um, Malone and his lawyer will not let go. Um, I have no choice. I want you to know that several of Malone's colleagues, and one of those was a friend of his, called me, asked for a private conversation basically to ask me to be the bigger person and apologize. For what? For what when you haven't done anything wrong? Um, I said to my... I said to them, "I'm not suing anybody. The ball is in his court. He has to be the bigger person and pull this back. He's causing harm to innocent people." And for those of... the people who are in, like, social media, mostly in his lil' corner saying, "Yeah, take 'em down. Yeah, you know, teach 'em a lesson," what are you people? From Venezuela? You think somebody should be able to sue and destroy another person financially because you got bothered? You're out there calling people trolls, filthy names. You know, really? But because you got that hurt, you, you are gonna pursue a lawsuit?

Man, I'm assuming Dr. Breggin's on the mend, um, because I haven't heard from Jenny in a couple of days, uh, because he was home and on antibiotics. But make no mistake, stress is damaging, and this newfound victimhood, you know, "I'm nervous. I can't sleep, and My wife can't sleep," you're the one creating it.

This transcript was exported on Jul 19, 2023 - view latest version here.

It's a joke but it's, it's, it's mastery that narrative. It's tantamount... remember when the dams would... You know, it's an Ilensky tactic to, to say to the people, "Well, it's... " you know, to, to create victimhood or to say, "You're doing X to me." Ilensky said, you know, "You do the thing that they accuse of doing." Right? I mean, it's so obvious. I don't know what's happening but I do know that God has this. And, uh, He's gonna, He's gonna use it for good, one way or the other.

And so I wanna thank you all again. I am gonna do some taping, uh, around and in addition to the rest of this week, the shows are gonna be great. Uh, last night you saw part one of Katherine Watt, my interview with her. Absolutely incredible. So she lay, lays out that whole... her evidence, everything she's put together. She... it's, it's not a matter of her opinion or her legal expertize, which, which does play into her ability to interpret and lay out, but she nails... It's, it's all there. Every American president, every congress, which is why I have... I allows say the things about our current congress, they're all gone and bought and paid for. They're all dog and pony. Rand Paul, Ron Johnson, Marjorie Taylor Greene, all of them, honey, they're gone. They're [inaudible 00:24:11] for two years while your military got decimated, people thrown in the brig, starved of food and water 'cause they wouldn't take the shot. And they sat there pretending to do a selfie in front of J6 jail in D.C.

These people are pigs. Every president, every congress, every policymaker, the weaponization of public health, she shows you everything, and it's all very in plain sight. Stunning. If you didn't see it, go back and watch it on my Rumble, rumble.com/drjruby. Tomorrow night, Wednesday, you will see part two, because I said to her when I invited her to come on to do these parts, we talked last week about it, I said, "You know, what I wanna do this time is something... " because she's still waking people up, and it's incredible. However, I said to her, "Could we do a dedicated segment on what people can do. They're starving to know what they can do. You know clearly what the problems are. When we look at it, we think, 'Oh my God, how am I gonna overcome that... all those laws, all those fake laws they put into place, The Prep Act, the this, the that.'" You know, Um, and she said, "Great idea, I'm gonna do it." So that's coming tomorrow night, Wednesday night. You got, you gotta get that.

And Friday, you don't have to wait undetermined number of days 'cause now I've got a better handle on it with better support for production, and so Friday nights Dr. Jane Ruby Show is gonna be the after talk. So I as- I asked during the discussion when we were planning this, I told her about after talk because she hadn't been on the show since I started it, and she said, "Oh, that sounds like fun. I know I can talk about a few things that... " you know, to add in, because you don't have time to talk about everything in the main show segments. So we're gonna promise you the after talk Friday night will be uploaded to my Ramble. It's gonna be fascinating.

This transcript was exported on Jul 19, 2023 - view latest version here.

And things are going well. Um, I will be doing Coffee Chats this week, you can count on those. Um, in additional to this morning's, I'll do one on Thursday to keep you up to date, and Saturday. And then we'll see how things go because, um, there's a lot in the works right now in getting my other show up and running, creating the graphics for that second show [inaudible 00:26:44] TV, Dr Jane Ruby Stat, which is going to be a 30-minute update on medical news and medical information, like what you need to know today. And we're gonna... That's gonna be Monday through Friday, 8:30 PM Eastern, so that's gonna be hard driving. Um, put me to work there. So, um, we have a couple of good sponsors lined up. But again, I don't want big corporate, you know, sponsors so I'm, I'm always open to, um, small entrepreneurial companies that want to, um, be a monthly sponsor to the sh- to both shows. You'll get the, you'll get the...

And I don't... You know, nobody can predict where this is going. Get in on the ground level, contact me at drjaneruby@protonmill. Anyway, guys, have a great, a great and safe and wonderful Tuesday. I will see you tomorrow night for part two of Katherine Watts' interview on the Dr. Jane Ruby Show. Much love and thank you again, Stella, in the incredible country of Dubai. Beautiful. Thank you. Love you, guys.