# EXHIBIT 9

Case 3:22-cv-00063-NKM-JCH Document 48-11 Filed 07/20/23 Page 2 of 5 Pageid#: 782

7/19/23, 12:31 PM                The Death of the Grown-Up | Diana West - Home - Dr. Robert Malone Sues the Breggins, Jane Ruby, Platforms for $25 Million

# dianawest

Wednesday, July 19, 2023



Home    Contact    Blog Archive    Column Archives    Reader's Corner

Home           Search:

## View Blog

### Dr. Robert Malone Sues the Breggins, Jane Ruby, Platforms for $25 Million

**NOV 29**  Written by: Diana West
Tuesday, November 29, 2022 12:22 PM

 

**FINALLY -- IN AUDIOBOOK!**

**ALSO AVAILABLE IN PAPERBACK**

"It is not simply a good book about history. It is one of those books which makes history. ... "

*-- Vladimir Bukovsky, co-founder of the Soviet dissident movement and author of Judgment in Moscow, and Pavel Stroilov, author of Behind the Desert Storm.*

"Diana West is distinguished from almost all political commentators because she seeks less to defend ideas and proposals than to investigate and understand what happens and what has happened. This gives her modest and unpretentious books and articles the status of true scientific inquiry, shifting the debate from the field of liking and disliking to being and non-being."

*-- Olavo de Carvalho*

If you're looking for something to read, this is the most dazzling, mind-warping book I have read in a long time. It has been criticized by the folks at Front Page, but they don't quite get what Ms. West has set out to do and accomplished. I have a whole library of books on communism, but -- "Witness" excepted -- this may be the best.

*-- Jack Cashill, author of Deconstructing Obama: The Lives, Loves and Letters of America's First Postmodern President and First Strike: TWA Flight 800 and the Attack on America*

"Every once in a while, something happens that turns a whole structure of preconceived ideas upside down, shattering tales and narratives long taken for granted, destroying prejudice, clearing space for new understanding to grow. Diana West's latest book, American Betrayal, is such an event."

 *-- Henrik Raeder Clausen, Europe News*

West's lesson to Americans: Reality can't be redacted, buried, fabricated, falsified,

It's hard to think of the best way to sum up Dr. Robert Malone's **shocking defamation lawsuit** seeking $25 million in damages from Dr. Peter Breggin, Ginger Breggin, America Out Loud, Dr. Jane Ruby, and Red Voice Media (Stew Peters). It's a stink bomb of a disgrace, an anti-personnel weapon of free-speech-destruction, a heat-seeking lawfare missile targeting financial ruin. Above all, though, it's an outrage that Dr. Malone has filed suit against some of the most dedicated, hard-working, courageous and ground-breaking truth-seekers to have emerged during the unfolding horror of the covidian tyranny.

I've spent the past couple of days mulling the 14 bulleted items of the Material Facts of **the complaint** -- the alleged "false statements and implications of defamation." As an aside, I never heard of "implications of defamation," a legal term that strikes me as coming from the magical school of "shadows and penumbras." How feathery and wispy such a "offense" is. In fact, is it even applicable to a public figure such as Dr. Malone? Is it even for real?

Of course, the $25 million in damages Malone is suing for is for real, so it's probably worthing spending some time trying to match the allegedly "defamatorily implicative" (?) statements and paraphrases with the complaint's listed sources. It's not easy. The complaint sources sentence-fragments and non-verbatim statements to one-hour-interviews without providing minute-marks. This makes some of the charges impossible to evaulate on their face. At this point, though, I've already managed to identify a couple of sloppy misattributions as well some extremely fuzzy paraphrasing; however, I have not found any defamation. I've found passion, logic, efforts to understand and explain, and hot-sparky polemics galore, but, again, *no defamation*. Have I found "implications" of defamation? What does that even mean and, more important, what is it doing in a courtroom except as a means of chilling a debate very, very much in the public interest?

Serious debate is a serious matter -- especially when the topics are life and death, liberty and slavery. If there are false statements contained therein, I suggest Dr. Malone seek a correction, not $25 million. That's what normal people do.

But none of this falls under the rubric of normal. I get a strange feeling reading through the Material Facts that the complaint seeks to transform the heat of debate into, basically, a series of shouts and barbs about "Hitler," or "mass murderers" in order to reframe a crucial debate about the nature of totalitarianism into a  kind of thought crime that some Orwellian court might even outlaw. The overall effect is quite unsettling. Even so, I don't think even at our fallen state, there is a court in America that would trammel such an important debate based on this scanty and even absurd evidence. Free speech will triumph here.

But at what cost?

Location: Blogs ▶ Diana West      Trackback    Print    Email

☐ View All Recent Entries



**AVAILABLE AT AMAZON**

**ALSO AT AUDIBLE**

"A sterling example of penetrating counterintelligence analysis, the kind one seldom sees issuing from intelligence circles, let alone from a private researcher. Diana's previous books mark her as one who goes far beyond the usual academic policy analysis, to penetrate to the heart of hidden history that seldom makes it to the light of day. Reading *The Red Thread* prompted me to recall Honoré de Balzac's observation that there are two histories: the official one, mendacious; and the secret history, shameless, but the real cause of events. Diana West plumbs the depths of Balzac's secret history in a way that surfaces the realities of an ideological underworld that too many deny and would rather not see exposed. Diana West is a one-person intelligence agency."

— *John J. Dziak, Ph.D., former senior intelligence executive, author of Chekisty: A History of the KGB, Adjunct Professor at the Institute of World Politics, Washington, D.C.*

"Once again, Diana West provides us with invaluable analysis, meticulously documented. She exposes the radical Leftist ideological roots of the Trump "lawfare" coup plotters masquerading as "respectable" Establishment law enforcement and intelligence professionals. Ms. West delivers facts, history,  documentation and context like no other. Her work in essential reading."

— *Chris Farrell, Director of Investigations & Research for Judicial Watch. He is a former Military Intelligence officer and Special Agent of U.S. Army Counterintelligence.*

"An extraordinary contribution to understanding the struggle of our times. Diana West has once again done exhaustive research and unearthed a series of facts and connections which will change how you see the American left decisively. This is courageous groundbreaking work with enormous

7/19/23, 12:31 PM The Death of the Grown-Up | Diana West - Home - Dr. Robert Malone Sues the Breggins, Jane Ruby, Platforms for $25 Million

Case 3:22-cv-00063-NKM-JCH Document 48-11 Filed 07/20/23 Page 3 of 5 Pageid#: 783

or omitted. Her book is eloquent proof of it.

-- *Edward Cline, Family Security Matters*

"I have read it, and agree wholeheartedly."

-- *Angelo Codevilla, Professor Emeritus of International Relations at Boston Unversity, and fellow of the Claremont Institute.*

Enlightening. I give *American Betrayal* five stars only because it is not possible to give it six.

-- *John Dietrich, formerly of the Defense Intelligence Agency and author of The Morgenthau Plan: Soviet Influence on American Postwar Policy.*

After reading *American Betrayal* and much of the vituperation generated by neoconservative "consensus" historians, I conclude that we cannot ignore what West has demonstrated through evidence and cogent argument.

-- *John Dale Dunn, M.D., J.D., Journal of American Physicians and Surgeons*

"A brilliantly researched and argued book."

-- *Edward Jay Epstein, author of Deception: The Invisible War between the KGB and the CIA, The Annals 0f Unsolved Crime*

"This explosive book is a long-needed answer to court histories that continue to obscure key facts about our backstage war with Moscow. Must-reading for serious students of security issues and Cold War deceptions, both foreign and domestic."

-- *M. Stanton Evans, author of Stalin's Secret Agents and Blacklisted by History: The Untold Story of Senator Joe McCarthy and His Fight Against America's Enemies*

Her task is ambitious; her sweep of crucial but too-little-known facts of history is impressive; and her arguments are eloquent and witty. ... *American Betrayal* is one of those books that will change the way many of us see the world.

-- *Susan Freis Falknor, Blue Ridge Forum*

"American Betrayal is absolutely required reading. Essential. You're sleepwalking without it."

-- *Chris Farrell, director of investigations research, Judicial Watch*

"Diana West wrote a brilliant book called *American Betrayal*, which I recommend to everybody ... It is a seminal work that will grow in importance."

-- *Newt Gingrich, former House Speaker*

"This is a must read for any serious student of history and anyone working to understand the Marxist counter-state in America."

-- *John Guandolo, president, Understanding the Threat, former FBI special agent*

It is myth, or a series of myths, concerning WW2 that Diana West is aiming to replace with history in 2013's *American Betrayal*.

If West's startling revisionism is anywhere near the historical truth, the book is what Nietzsche wished his writings to be, dynamite.

-- *Mark Gullick, British Intelligence*

implications for understanding the depth and intensity of hostility to freedom embedded in the American left and its connections to international threats to our survival."

-- *Newt Gingrich, former Speaker of the House, Fox News contributor, and author of numerous bestselling books.*

"This fascinating new book by Diana West, a leading expert on the history of American communism, offers intriguing insights into the anti-Trump conspiracy. Ms. West teases out highly interesting, and disturbing, facts about many of the anti-Trump conspiracy players. But more importantly, she lays out a larger framework in which to view the philosophical drivers of many of the conspirators, who fall into the Marxist/globalist/collectivist political camp. This is in direct opposition to the capitalist/nationalist/individualistic political camp led by Donald Trump. Trump was anathema to these individuals because he represented an existential threat to the globalist enterprise, which has been so long in the making."

-- *William Marshall, Senior Investigator, Judicial Watch, and an intelligence analyst and investigator in the government, private, and non-profit sectors for more than 30 years.*

"Once again, Diana West, as she did in *American Betrayal,* has scored a home run for truth. Diana's research and analysis are superb. *The Red Thread* provides an excellent opportunity for Americans to learn the identity of those whose agenda is not in keeping with America's patriotic ideals, and who would undermine its very existence. *The Red Thread* should be required reading for true patriots who serve in America's government, not to mention those who attend the nation's military academies and war college. Diana West is to be saluted for her patriotism, dedication and her passion for truth."

-- *John Molloy, OSJ, Chairman, National Vietnam & Gulf War Veterans Coalition*

"Diana West exposes a red thread running through the campaign to unseat President Trump. It is the story of a socialist cabal painting itself in false patriotic colors, camouflaged behind a facade of national concern. West shows that the conspirators' true ideals are opposed to nation and Constitution. Yet it is more than a conspiracy she reveals. It is the latest iteration of the same old phenomenon of subversion, driven forward by what Whttaker Chambers called "man's second oldest faith."

— *Jeff Nyquist, author of* Origins of the Fourth World War

"Diana West's analysis of the ideological backgrounds of the DOJ and IC coup plotters against President Trump is powerful, even incontrovertible, evidence of their guilt. Anyone who reads the Mueller Report or listens to MSNBC, etc. should also read *The Red Thread* as an antidote!"

-- *Dr. Peter Pry, executive director of the Task Force on National and Homeland Security. He served on the Congressional EMP Commission as chief of staff, the Congressional Strategic Posture Commission, the House Armed Services Committee, and the CIA. He is author of* Blackout Wars.

"Diana West does remarkable work and must not be ignored. Her work is research

7/19/23, 12:31 PM  The Death of the Grown-Up | Diana West - Home - Dr. Robert Malone Sues the Breggins, Jane Ruby, Platforms for $25 Million

Case 3:22-cv-00063-NKM-JCH   Document 48-11   Filed 07/20/23   Page 4 of 5   Pageid#: 784

"What Diana West has done is to dynamite her way through several miles of bedrock. On the other side of the tunnel there is a vista of a new past. Of course folks are baffled. Few people have the capacity to take this in. Her book is among the most well documented I have ever read. It is written in an unusual style viewed from the perspective of the historian—but it probably couldn't have been done any other way."

-- Lars Hedegaard, historian, journalist, founder, Danish Free Press Society

The polemics against your *Betrayal* have a familiar smell: The masters of the guild get angry when someone less worthy than they are ventures into the orchard in which only they are privileged to harvest. The harvest the outsider brought in, they ritually burn.

-- Hans Jansen, former professor of Islamic Thought, University of Utrecht

No book has ever frightened me as much as *American Betrayal*. ... [West] patiently builds a story outlining a network of subversion so bizarrely immense that to write it down will seem too fantastic to anyone without the book's detailed breadth and depth. It all adds up to a story so disturbing that it has changed my attitude to almost everything I think about how the world actually is. ... By the time you put the book down, you have a very different view of America's war aims and strategies. The core question is, did the USA follow a strategy that served its own best interests, or Stalin's? And it's not that it was Stalin's that is so compelling, since you knew that had to be the answer, but the evidence in detail that West provides that makes this a book you cannot ignore.

-- Steven Kates, *RMIT* (Australia) Associate Professor of Economics, *Quadrant*

"Diana West's new book rewrites WWII and Cold War history not by disclosing secrets, but by illuminating facts that have been hidden in plain sight for decades. Furthermore, she integrates intelligence and political history in ways never done before."

-- Jeffrey Norwitz, former professor of counterterrorism, Naval War College

[*American Betrayal* is] the most important anti-Communist book of our time ... a book that can open people's eyes to the historical roots of our present malaise ... full of insights, factual corroboration, and psychological nuance.

-- J.R. Nyquist, author, *Origins of the Fourth World War*

Although I know [Christopher] Andrew well, and have met [Oleg] Gordievsky twice, I now doubt their characterization of Hopkins -- also embraced by Radosh and the scholarly community. I now support West's conclusions after rereading *KGB: The Inside Story* account 23 years later [relevant passages cited in *American Betrayal*]. It does not ring true that Hopkins was an innocent dupe dedicated solely to defeating the Nazis. Hopkins comes over in history as crafty, secretive and no one's fool, hardly the personality traits of a naïve fellow traveler. And his fingerprints are on the large majority of pro-Soviet policies implemented by the Roosevelt administration. West deserves respect for cutting through the dross that obscures the evidence about Hopkins, and for screaming from the rooftops that the U.S. was the victim of a successful Soviet intelligence operation.

driven not opinion driven---a rarity in today's world. It is essential reading."

-- Peter Schweizer, author of *Secret Empires* and *Clinton Cash*



**BUY THE BOOK AT AMAZON**



**BUY THE BOOK AT AMAZON!**



**BUY THE BOOK AT AMAZON!**

7/19/23, 12:31 PM	The Death of the Grown-Up | Diana West - Home - Dr. Robert Malone Sues the Breggins, Jane Ruby, Platforms for $25-Million

Case 3:22-cv-00063-NKM-JCH   Document 48-11   Filed 07/20/23   Page 5 of 5   Pageid#: 785

-- *Bernie Reeves, founder of The Raleigh Spy Conference, American Thinker*

Diana West's *American Betrayal* — a remarkable, novel-like work of sorely needed historical re-analysis — is punctuated by the Cassandra-like quality of "multi-temporal" awareness. ... But West, although passionate and direct, is able to convey her profoundly disturbing, multi-temporal narrative with cool brilliance, conjoining meticulous research, innovative assessment, evocative prose, and wit.

-- *Andrew G. Bostom, PJ Media*

Do not be dissuaded by the controversy that has erupted around this book which, if you insist on complete accuracy, would be characterized as a disinformation campaign.

-- *Jed Babbin, The American Spectator*

In *American Betrayal,* Ms. West's well-established reputation for attacking "sacred cows" remains intact. The resulting beneficiaries are the readers, especially those who can deal with the truth.

-- *Wes Vernon, Renew America*

If the Soviet penetration of Washington, D.C., was so wide and so deep that it functioned like an occupation …

If, as a result of that occupation, American statecraft became an extension of Soviet strategy …

If the people who caught on – investigators, politicians, defectors – and tried to warn the American public were demonized, ridiculed and destroyed for the good of that occupation and to further that strategy …

And if the truth was suppressed by an increasingly complicit Uncle Sam …

Would you feel betrayed?

Now **available** from St. Martin's Press, *American Betrayal: The Secret Assault on Our Nation's Character*

Privacy Statement  |  Terms Of Use        Login

Copyright 2012 by Diana West