# EXHIBIT 10

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Jane Ruby: | AfterTalk is an exclusive Dr. Jane Ruby Show feature, brought to you by Triad air purifiers that stop shedding symptoms and keep you breathing allergen free air wherever you are. Find them at AirWaterHealing.com, and don't forget to use the promo code RUBY for 10% off and free shipping. Now, please enjoy AfterTalk. |
| | Welcome, everyone, to AfterTalk, which is a Dr. Jane Ruby Show exclusive. I'm here with Dr. Paul Elias Alexander, former Trump Administration official in the, uh, COVID pandemic scam. |
| | Uh, we just finished an incredible show. Dr. Alexander, thanks for staying on a little it longer for AfterTalk. We're just gonna kind of, like, exhale a little bit. |
| | I want to ask you some... What I think are fun questions. Can we jump in with, uh, Dr. Malone? Uh- |
| Dr. Alexander: | Sure. |
| Dr. Jane Ruby: | Dr. Robert Malone, for those who may not still know, uh, who claims he's the inventor of the mRNA vaccine, uh, has sued myself personally, and Dr. Uh, uh, Peter Breggin, and his wife, Ginger. |
| | By the way, he originally named Stu Peter's company. He never sued Stu Peters, and these things are important, uh, and he... And he sued America Out Loud, the company where Dr. Breggin puts his podcast. |
| | But Dr. Malone and his lawyer, Stephen [inaudible 00:01:22] who's been sanctioned many times for frivolous, uh, lawsuits, and has lost his law license, by the way. Um, they actually, um, uh, have, have just been going at this thing, and I just... |
| | You know, so let's just jump into it, Dr. Alexander. It's just insane- |
| Dr. Alexander: | Okay. Sure. |
| Dr. Jane Ruby: | What they're doing. Um, they are... They're going full boar. You know, we are served, we are in the hot part of the lawsuit, and we have filings that have to be... And the... |
| | And I've... You know, I've done a GiveSendGo. I know the Breggins have as well. Um, and he's... There are people out there, like, self proclaimed investigative reporter, George Webb, who's hitting Malone every single day but doesn't get touched. |
| | You know, Dr. Alexander, that kind of thing is very suspicious to me, 'cause if you're calling out and you're supposedly bringing receipts, you know, why is he suing a couple of people, like the Breggins and me... |

This transcript was exported on Jul 17, 2023 - view latest version here.

|  |  |
|---|---|
|  | I'm not asking you, I'm asking the rhetorical question. So anyway, I know you have some opinions about what he's doing to people on the front lines that risk their lives in this fight- |
| Dr. Alexander: | Mm-hmm. |
| Dr. Jane Ruby: | Um, so I want people to hear about it. This is a... This is $25 million in defamation. This is... For each of us, the Breggins and me, that's $75 million. |
| Dr. Alexander: | Well, look, first of all, um, you know, what has happened has, um, Malone, and they have put a chill on the scientific debate and discussion, and, um, I straight out of the gate, I'll say it this way, if you look at the videos, and you look at the literature, you will see that when Malone came onto the scene a year, year and a half ago, I did a lot of shows with him. |
|  | Uh, we wrote, uh... We, we appeared on the [inaudible 00:03:02] mandates and we went to all of these COVID talks, uh, so, so we were friends. Um, the truth of the matter is that, uh, today, I have serious scientific questions, scientists aside, that no one... |
|  | Even to me, I call them the fraud freedom fighting for the state media. They have let Malone off the hook. They were not asking the right questions, and I think they should be ashamed, and they're not really media. |
|  | They're, they are like powder puff pieces, and, um, let me just... Let me just [inaudible 00:03:38] so you understand how we are here, my role in all of this. Um, so about two years ago, there was a group in, um... |
|  | This is the... This is exactly the situation. Malone and some people in the cryptocurrency world, they approached Malone. Uh, they wanted to get into the COVID business. I suppose it was hot and sexy, and they wanted to connect their names to COVID. |
|  | They are not doctors or scientists, they are crypto people. These are these... I call them filthy people. |
| Dr. Jane Ruby: | Yeah. |
| Dr. Alexander: | I think the crypto world is composed as a Ponzi scheme, it's composed of pedophilia. It's composed of sleazy, sick stuff. So anyway, Malone and they were forming these COVID groups, and the approach scientists like me, McCullough, Reich, a whole bunch of us- |
| Dr. Jane Ruby: | Mm-hmm. |
| Dr. Alexander: | To be part of these groups. One I believe was [inaudible 00:04:37] COVID Summit, and the other was another group called [inaudible 00:04:41] so, what |

This transcript was exported on Jul 17, 2023 - view latest version here.

|  |  |
|---|---|
|  | they wanted to was they were going to fly us to Puerto Rico to feed us and wine us, because I'm being very blunt. I'm, uh, very much a fact person- |
| Dr. Jane Ruby: | Yes. |
| Dr. Alexander: | And anything I say is exactly the way it is, and if Malone wants, he can sue me. (laughing) So, they flew us... They were flying us to Puerto Rico to wine us and dine us so we could agree to be these scientists connected to this new group, uh, so they're gonna make money. This is all this was about- |
| Dr. Jane Ruby: | Sure. |
| Dr. Alexander: | Someone making money. |
| Dr. Jane Ruby: | Sure. |
| Dr. Alexander: | Everybody's who's connected to COVID, these people, it was about making money, using the COVID situation to advance themselves, enrich themselves in however ways they just... They could figure it out. |
|  | So, there was this meeting in Puerto Rico. I did not attend that meeting because I was kind of suspect based on the persons that was here and connected in this crypto world. Some of the stories in the media, and I was very concerned. Some had to do with pedophilia- |
| Dr. Jane Ruby: | Mm. |
| Dr. Alexander: | I'm being very blunt, the names that were being tossed around. So I said, "Dr. McCullough came to me, Dr. Reich came to me and said, "Paul, we shouldn't have anything to do with these people." So they went... They said, "No way will I join this." They set up a second meeting in Miami. I told myself- |
| Dr. Jane Ruby: | Now, D- Dr. Alexander, do you happen to know if Malone went to that first meeting in Puerto Rico? |
| Dr. Alexander: | I believe yes. |
| Dr. Jane Ruby: | Okay. Okay. So, okay, sorry. So then- |
| Dr. Alexander: | Yes, because this was... It was the Malone and the crypto people's world, it was their show, so they were taking us there. So- |
| Dr. Jane Ruby: | How do you mean it was his show? Did... Was he organizing it with them, Malone? |
| Dr. Alexander: | Well, I'm not sure of the... Of the exact logistics, but, but, but I do know it, it surrounded the setting up of this group, a COVID Summit group- |

Paul Alexander on Robert Malone, mRNA Technology & Medical Censorship  
Transcript by Rev.com

Page 3 of 15

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Jane Ruby: | Oh. |
| Dr. Alexander: | Which you noticed out there, and the DNET group, and, um- |
| Dr. Jane Ruby: | Wow. |
| Dr. Alexander: | The truth about it is... The truth about it is that we were hearing things that some of us said we want no part of it. I decided to go to the... To the meeting in Miami because it was Dr. Malone, myself, Dr. [inaudible 00:06:52] a bunch of us, and we said, "Look, let's go around and listen to what they're saying, how they're gonna play a role, these finance people in COVID. What is the beneficial aspect of it?" That's what I was interested in. I'm a scientist- |
| Dr. Jane Ruby: | Sure. |
| Dr. Alexander: | [inaudible 00:07:11] so, and they would [inaudible 00:07:12] out to me, "We're gonna pay you $10,000 a month just base salary, and you're gonna get part ownership of this grow of COVID, whatever they were calling it. So from my point of view, I lost my professorship, my teaching at University because I was working for President Trump, they were angry. I got canceled, but you know, everybody got canceled, yourself too so you know what I meant. |
| Dr. Jane Ruby: | Wow. |
| Dr. Alexander: | Our income was shot, so I said, "Let me here what they're saying" So I went. And I can tell you first night, we were fettered, and this massive, beautiful woman who worked in Miami, in Miami, city itself, on the water, and, uh, all of us doctors, scientists. So in my mind, I was kind of confused, you know? This is more of a social gathering. This is more of a party. They... Yeah, they brought all of us high level people here, but then you... They're introducing everyone to this crypto this, crypto that, this person into this, and none of these people have knew anything about COVID. |
| Dr. Jane Ruby: | Mm. Mm-hmm. |
| Dr. Alexander: | So then I realized fully that this was really going to be using us. |
| Dr. Jane Ruby: | Mm-hmm. Mm-hmm. |
| Dr. Alexander: | I wasn't too sure of what their incline was, but in my conversations standing there in that famous house in Miami, there were people coming and out of that house to meet, who came across to me as the kind of sleazy people, and people I wouldn't really be hanging out with, and I... And I was beginning to hear, um, |

This transcript was exported on Jul 17, 2023 - view latest version here.

|                  |                                                                                                                                                                                                                                                                      |
|------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                  | statements about here most of this about partying, drugs, [inaudible 00:08:46] drugs. They're going to this after party, this after party. |
|                  | And then, people started to talk about the little things that bordered... Talking a little bit about things about... That, uh, in my point of view, 'cause I, I view it as a Christian Catholic individual, kind of some of these conversations aren't in my world. |
| Dr. Jane Ruby:   | Mm. |
| Dr. Alexander:   | A lot of it, to me, kind of touched a little bit on a little pedophilia. |
| Dr. Jane Ruby:   | Oh my gosh. |
| Dr. Alexander:   | So, I told myself, I told myself, that's it. I'm out. So the next day, I left Miami and I told myself I won't have nothing to do with this group called COVID Summit, this DNET group, etc. |
|                  | Now, I'll fast forward a little bit now to sh-... To say that... So I was out of that. I was working with Dr. McCullough, working with Dr. Reich. We were in the C-19 group. You saw us in all those videos, and all of those shows. That's what we were doing. |
|                  | When, when Malone sued Breggin, I was part of the Brownstone group. I was a senior author. I was actually one of the founding kind of people. And, um, we had this into... In an email of a, a few hundred scientists who were part of Brownstone, and, uh, Malone wrote in Brownstone that he is preparing to sue the Breggins, and he also, I believe, voted in an email. So when I read it- |
| Dr. Jane Ruby:   | And, and, and by the way, it's the same complaint. We are... We are locked right now in the same lawsuit. He- |
| Dr. Alexander:   | Mm-hmm. |
| Dr. Jane Ruby:   | The lawsuit is Dr. Robert Malone versus Peter and Ginger Breggin, and Dr. Jane Ruby, so it is the same lawsuit- |
| Dr. Alexander:   | Mm-hmm. |
| Dr. Jane Ruby:   | Uh, for whatever way it goes, but just FYI. |
| Dr. Alexander:   | Yes. Mm-hmm. |
| Dr. Jane Ruby:   | And I do thank you, by the way- |
| Dr. Alexander:   | Yes. |

Paul Alexander on Robert Malone, mRNA Technology & Medical Censorship  
Transcript by Rev.com

Page 5 of 15

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Jane Ruby: | For coming out. You're one of the few front line doctors. You're on-... Maybe one, one of only two that has come out, uh, and, and advocated and supported me, and brought this to light, so I, I thank you very much for that. It's made a big difference in the public awareness. |
| Dr. Alexander: | Because, because I think it's just wrong, what has happened because what happened was Malone wrote this... Now, now mind you, before Malone joined the Freedom Movement, and I can speak like most people can't because when we started the anti-vaccine, anti lockdown, it was me, Joe Ladapo, who's the Surgeon General of Florida- |
| Dr. Jane Ruby: | Joe Ladapo, yep, yep, mm-hmm. |
| Dr. Alexander: | [inaudible 00:11:08] McCullough, Harvey Reich, um, D- Dr. [inaudible 00:11:11] we were the ones who started this anti vaccine, COVID vaccine, anti lockdown three years ago. |
| Dr. Jane Ruby: | Right. |
| Dr. Alexander: | So, and then we brought people to our email list, etc. Malone was nowhere to be found when we wrote the early treatment papers, when we wrote everything on lockdowns, anti lockdowns, nothing. |
| | I never... I worked in the US government on Operation Warp Speed. I can tell you ever scientist, everyone connected, even in the mRNA world. I never heard Robert Malone's name ever. No one ever mentioned- |
| Dr. Jane Ruby: | Interesting. Wh- why do you think... Why do you think that is, Dr. Alexander? Wh- what- what's your op- |
| Dr. Alexander: | Because he's non consequential. He's non con-... They have created a persona- |
| Dr. Jane Ruby: | Mm. |
| Dr. Alexander: | Of something that didn't exist. |
| Dr. Jane Ruby: | Hm. |
| Dr. Alexander: | That is why when Carrico wrote in her paper, that is why I published a recent substack where the people who Malone worked with, they said, "This guy has claimed that he's invented the vaccine, or the mRNA technology when he was not. He was not that consequential." And they're clear, really, five people who, who did this. |
| | He had a role but he didn't have a principle role, so [inaudible 00:12:25] he said that he has lied openly. Now, he should be suing them, he should be suing Wiseman and Carrico but he's not. |

This transcript was exported on Jul 17, 2023 - view latest version here.

|                | |
|---|---|
| | I am writing about it because I'm re-... I am publishing what they are saying about him. They are saying, "We know Robert Malone. He worked in our lab. He didn't do what he said he did." |
| Dr. Jane Ruby: | Mm. |
| Dr. Alexander: | I find that profound. I find that people should be interviewing Malone, get him on the record [inaudible 00:12:53] but you see, no one is interviewing him on their own, no one is interviewing him properly. |
| Dr. Jane Ruby: | Correct. |
| Dr. Alexander: | They're playing games with this puff piece- |
| Dr. Jane Ruby: | Correct. |
| Dr. Alexander: | Because you know why? EPA, and all of these interview places, what they're doing is they're using him to make money. Listen, I'm a very blunt person. I love John, I love all of them. I've worked, I've interviewed them all- |
| Dr. Jane Ruby: | Yeah, but they've done some shady things. They've- |
| Dr. Alexander: | They've used my interviews to get money. |
| Dr. Jane Ruby: | And they've done some shady things. |
| Dr. Alexander: | [inaudible 00:13:18] make money off of me. |
| Dr. Jane Ruby: | Right. |
| Dr. Alexander: | They've made money off of me, I know that. I understand the game. I understand the game, but do you know how- |
| Dr. Jane Ruby: | They also tried to block... Th- they also tried to rewrite and block my story on the white clots from the embalmers, which I broke worldwide in January of '22, so I lost my respect for them. And I, I knew... I knew John. |
| Dr. Alexander: | Yes. |
| Dr. Jane Ruby: | I'm surprised at him. |
| Dr. Alexander: | Yes. |
| Dr. Jane Ruby: | But, but... And his organization. |
| Dr. Alexander: | Yes. |

Paul Alexander on Robert Malone, mRNA Technology & Medical Censorship
Transcript by Rev.com

Page 7 of 15

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Jane Ruby: | But let me add something else, Dr. Um... Dr. Alexander, that you may find interesting because I know you've been a guest on the Stu Peters Show many times. Everybody knows I came up through the Stu Peters Show, I used to be his medical contributor, and then he helped me launch, it was his idea, my own show. |
| | But here's the question all along, and this may be why I'm being sued. From day one, I said, "If you're the inventor, why doesn't somebody ask this guy? If you're the inventor, or you had anything to do with it, why are you going around making money speaking when you could be in a lab day and night finding the reversal of this thing that's killing babies and children-" |
| Dr. Alexander: | Exactly. |
| Dr. Jane Ruby: | And he was on Stu Peters Show four times- |
| Dr. Alexander: | That's the question. |
| Dr. Jane Ruby: | And I asked Stu to ask him that question, and it took Stu four iterations to ask him, and the fourth time he asked him... And, and, and each time, Malone walked him down... In my opinion, walked him down a primrose path and never really answered the question, right? Where's the antidote if you're the inventor, right? |
| Dr. Alexander: | Correct. |
| Dr. Jane Ruby: | What are your quick thoughts? I don't want to hold you up too long. |
| Dr. Alexander: | Well, well correct, and this is the point. The point... The point is that this guy has been running like a, a Barnum Circus ring- ring... Dog and pony show. (laughing) All of these doctors walking behind him- |
| Dr. Jane Ruby: | Yeah. |
| Dr. Alexander: | And they're going to give these shows, and they talk to me a bunch of garbage because no one is asking him the right question. He... Listen, if you invented the mRNA technology, you must know how to tone it down, how to stop it. We have questions for Malone. |
| Dr. Jane Ruby: | Yeah, where's that? |
| Dr. Alexander: | Simple questions like this- |
| Dr. Jane Ruby: | Right. |
| Dr. Alexander: | When did you know about reverse transcriptase? When did you know about mitochondrial damage? When did you know about the DNA plasmids? When did |

This transcript was exported on Jul 17, 2023 - view latest version here.

|  |  |
|---|---|
|  | you know that the vaccine did not stay in injection site? When did you know that? When did you know that it stays in the system for months, if not years?<br><br>We have research by Patterson that are showing 16 months post infection, we found a spike. We have research by working in [inaudible 00:15:30] 60 days post vaccine, we have spiked subunit- |
| Dr. Jane Ruby: | And- |
| Dr. Alexander: | So Malone knew. |
| Dr. Jane Ruby: | And Dr. Alexander- |
| Dr. Alexander: | That's why [inaudible 00:15:38] |
| Dr. Jane Ruby: | And Dr. Alexander, he claims he took it, and he claims he got really sick from it- |
| Dr. Alexander: | I don't believe that. |
| Dr. Jane Ruby: | But did... Okay, even if he- |
| Dr. Alexander: | I don't believe it. |
| Dr. Jane Ruby: | I don't believe it either, I... Um, personal opinion, but let me say this- |
| Dr. Alexander: | It was their opinion, my personal opinion. |
| Dr. Jane Ruby: | If he took it, and, and if he was injured, why wasn't he warning people in that period from the time he- |
| Dr. Alexander: | But Jane, Jane, think about what you just said. Think, think about it. I mean, we have [inaudible 00:16:00] |
| Dr. Jane Ruby: | Why would you take that thing? Right. |
| Dr. Alexander: | We are scientists, right? He said, if I remember, that his doctor suggested [inaudible 00:16:07] something like that. How could you tell me that you wrote papers? You wrote a paper, you said, you [inaudible 00:16:14] warning about the vaccine, the mRNA. You said so in 2020 of January, yet you are now telling you that in 2021, your doctor told you, who you said you're the inventor of the mRNA that is so deadly, you said it's deadly to take it and you took it.<br><br>Am I fool? (laughing) Now, am I fool? That's the... That's the question. It's a good question. |
| Dr. Jane Ruby: | Right. It doesn't make sense. It doesn't make sense. |

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Alexander: | Doesn't make sense. Doesn't make sense. |
| Dr. Jane Ruby: | And he could have warned earlier. Diana West, in her article, A Risk Analysis: Robert Malone, says, "Why didn't he warn people early on? Why did he say it was okay for babies and elderly?" Right?<br><br>And the other thing is Dr. Daniel Nagase, who's a, a former Canadian emergency room physician has testified many, many times publicly that Dr. Malone, he was on a, a Zoom with him and that Dr. Malone admonished him and advised him to stop talking about reverse transcriptase? |
| Dr. Alexander: | Listen, Jane- |
| Dr. Jane Ruby: | Yes. |
| Dr. Alexander: | I want the listeners to understand me, how I'm saying it here. I don't... Look, okay, I'd say I know Malone. Malone and his wife invited me to their ranch about a year and a half ago, and, um, I didn't go to the ranch.<br><br>I know of who other people who goes, I didn't go. I, I saw no reason. I wasn't his personal friend. He doesn't come to my home, he's not homie, he's not my buddy. |
| Dr. Jane Ruby: | I understand, sure, the timeline. |
| Dr. Alexander: | I, I have nothing... I have nothing... I, I had nothing else to say. I have nothing else to say personally about him. I am commenting on the lawsuit to you and the Breggins because it should never have been done.<br><br>I wrote... When Malone wrote that he's about to sue you all, I wrote, now openly, back in the Brownstone and the email list [inaudible 00:18:01] I said, "Listen, if you have a problem with these people, scientist to scientist, deal with them sidebar. Call them. Call me. I will give you their telephone numbers. Talk to them, resolve the issue. You don't need to sue people." |
| Dr. Jane Ruby: | Correct. |
| Dr. Alexander: | We are sc-... We are family. I told them, I said, "Listen, we let you into our family. You are no part of this. We allowed you to join our family. You come up in our family and you're suing people. You're, you're trying to destroy a family."<br><br>What Malone has done is the Freedom Movement is basically over. From the moment Malone joined, it was done. Malone pull a chill... He didn't chill me, but he chilled most of them.<br><br>I can tell you, in one of the C-19 groups, they wrote me. I'm not gonna say names because you will know who I'm talking about. They wrote me and they |

Paul Alexander on Robert Malone, mRNA Technology & Medical Censorship  
Transcript by Rev.com

Page 10 of 15

This transcript was exported on Jul 17, 2023 - view latest version here.

|  |  |
|---|---|
|  | said, "Paul, listen, Dr. Malone [inaudible 00:18:56] complaining. You are writing about Malone openly in these emails. Can you stop? Can you stop? You're asking questions that nobody wants to answer." And I'm talking to- |
| Dr. Jane Ruby: | He's suing people on our side. Of course you're... Yeah, and they want to keep it quiet. Notice how quiet they are about the Breggins and me. |
| Dr. Alexander: | [inaudible 00:19:12] But we are... Yeah, but we are talking about a private email of about 1,000 doctors and scientists. |
| Dr. Jane Ruby: | Yes, I understand. I understand. So what did you say? |
| Dr. Alexander: | Some of them... Some of them complained. Uh, they complained and they said, "I- if Dr. Alexander doesn't stop asking Malone questions like this, we'll have to block him." |
|  | So they asked me, they said... They said, the administrator, they said, "Can you promise us that you will not write about Malone anymore?" |
| Dr. Jane Ruby: | Wow. Censorship. |
| Dr. Alexander: | I said, "Okay. I will not-" Listen, Jane, Jane, I was being censored by the C-19 group that we set up to fight censorship. They were trying to censor me. |
| Dr. Jane Ruby: | Well, exactly. Exactly, and Peter McCullough was the one who started that group, and I was in it. He invited me and put me in there, and when I started asking him- |
| Dr. Alexander: | Exactly. |
| Dr. Jane Ruby: | The wrong questions, like "Why are you pushing the safety of Novavax?" This is a whole other topic for another day, he blocked me, he kicked me out of that group. So, I've been a victim of... |
|  | Yeah, you're right. It was set up to prevent medical censorship, and yet they conduct medical censorship. It's a joke. |
| Dr. Alexander: | Well, well, well, well, they have certain administrators right now administrating [inaudible 00:20:24] I'll be honest with you by saying it is my belief that McCullough is not directly linked to the administration of that group because the people who are coming at me- |
| Dr. Jane Ruby: | Yeah. |
| Dr. Alexander: | Were not McCullough. It was, uh, another group of individuals who were telling me that I have to stop, and I promised them that I would stop, but then, then I wrote a new communication about you and Dr. Breggin, and, um- |

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Jane Ruby: | Yes. |
| Dr. Alexander: | Updating everyone about the lawsuit, and updating the fact that Dr. Breggin had gotten sick with COVID Pneumonia. |
| Dr. Jane Ruby: | Yes, you did. |
| Dr. Alexander: | I was blocked again, now blocked completely. In other words, the most insane situation has happened, that, that when these people write and they go on stage right now talking about censorship, these same people talking about censorship, the ridiculousness is they're censoring me. They are censoring us. |
| Dr. Jane Ruby: | And me. And me. |
| Dr. Alexander: | They censor us. Right, exactly, so they're frauds. I've written about this in a substack. Those people and the Freedom Fighter doctors are frauds. We have doctors on the outside who failed to treat people with early treatment who forced the vaccine mandates, but we have doctors who cavort as Freedom Fighter doctors who are worse. |
| Dr. Jane Ruby: | Yes. |
| Dr. Alexander: | You know why, Jane? Because they are flaming hypocrites. They pretend. They pretend to be for the cause, etc, but they are only enriching themselves, they're only enriching themselves and they're hypocrites to censor people like myself, and I'm asking Malone four or five very important questions, and he will not answer them. |
| | And, and it doesn't come from me, he can choose who he wants to pose them, he could choose who he wants to interview, but he should answer these questions because you know why? If he really did invent the mRNA technology with Carrico, and all of those other people- |
| Dr. Jane Ruby: | Yeah. |
| Dr. Alexander: | Their invention has killed people, and they need to explain. I want a simple question answered, why? What was the value added to society with this invention? What? I mean, you remember when Robert Oppenheimer invented the atom bomb, and they deployed over Hiroshima Nagasake? |
| | If you remember and you go and you read into life st-... His life, before he died, Oppenheimer said, "It took me time to understand that I brought death-" |
| Dr. Jane Ruby: | Oh. |

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Alexander: | "I thought I was bringing something that was positive, to end the war, blah, blah, blah, blah." But he said, "In hindsight now, I brought death to humanity and I should... If I can, I would reverse everything I did." |
| Dr. Jane Ruby: | Wow. |
| Dr. Alexander: | I want Malone to have a conversation, a come to Jesus moment like that too and tell us, do you stand behind mRNA technology today, knowing that it has harmed and killed people? I want him to answer that question, simple question, yes or no. |
| Dr. Jane Ruby: | Wow. Unbelievable. Dr. Dr. Alexander, this has probably been one of the most powerful, stunning AfterTalks we've ever done. Um, you're... You know, y- you're right on the money.<br><br>I, I, I don't even know what to say except that, um, I hope people start listening to you, and following you, you know, and, and as we wrap up here, I want them to know where, uh, they can find you. You know, we, we talked about that at the end of the show- |
| Dr. Alexander: | Okay. |
| Dr. Jane Ruby: | But that people may watch this separately, you have a substack. |
| Dr. Alexander: | Okay. |
| Dr. Jane Ruby: | Let's just review quickly how people can support you- |
| Dr. Alexander: | Okay. So- |
| Dr. Jane Ruby: | 'Cause if you want a voice with Dr. Alexander, you've got to support it, unless you want to get it for free from Pfizer and Fox News, and he's not there. |
| Dr. Alexander: | But... Okay, well, listen. Well, listen. I, I actually had a, a substack that I shared with the world that, that I got calls after I left the Trump Administration, and I was hammering at, at the vaccine makers, where they identified themselves as from Pfizer, and they were asking me about my consideration of working for the pharmaceutical, and I told them [inaudible 00:24:28] |
| Dr. Jane Ruby: | Oh my God, no. |
| Dr. Alexander: | Because I was already on record going after Pfizer. I want to... I want to tell you public, we've been canceled. We've lost our income, so if you could support me, any, any, any... A, a buck. You could go to Zelle, Z-E-L-L-E, and my email is SR7283.com. That's SR7283@gmail.com, I mean. SR7283@gmail.com. |

Paul Alexander on Robert Malone, mRNA Technology & Medical Censorship  
Transcript by Rev.com

Page 13 of 15

This transcript was exported on Jul 17, 2023 - view latest version here.

|  |  |
|---|---|
|  | My blog is, is free, Alexander COVID News, Alexander COVID News, ad I wrote this book. |
| Dr. Jane Ruby: | Yes, Presidential Takedown. |
| Dr. Alexander: | It's called Presidential Takedown, and, uh, you can get it at Amazon, and Barnes and Noble- |
| Dr. Jane Ruby: | We'll have it in the links down here. |
| Dr. Alexander: | And, uh, this is my... Yeah. This is my view from when I was in the administration from what I saw as to how the task force, and members, and even Trump's Administration were subverting and undercutting there. |
|  | And today, I'm saying this, that I, I think all players on deck, I think that he's probably the best. Listen, many people are imperfect. I'm an imperfect, jaded, suboptimal individual even, but, but people in this world, we have to try and improve ourselves everyday and try to do better. |
|  | Trump is not a perfect man, never was, never will be, but I believe- |
| Dr. Jane Ruby: | That's fair. |
| Dr. Alexander: | What is facing America today, he's the best person. They may have someone that might come out in the next month, even, um, a Democrat. Listen, you show me a Democrat who loves nation, loves borders, loves flag, loves my anthem, supports a military- |
| Dr. Jane Ruby: | Loves Constitution, all the rights, all the rights. Right. |
| Dr. Alexander: | Supports [inaudible 00:26:11] love Constitution, exactly. Exactly, loves the Constitution, loves law and order- |
| Dr. Jane Ruby: | [inaudible 00:26:19] |
| Dr. Alexander: | I would vote for that Democrat. |
| Dr. Jane Ruby: | Really quick- |
| Dr. Alexander: | I would. |
| Dr. Jane Ruby: | Really quick, are you ever in fear of your life because you speak out so much? |
| Dr. Alexander: | Absolutely. We take that threat in America and Canada, everywhere. A couple of times, Jane, we've been on a stage speaking, the police, secret police, they had to put us in bulletproof vests. |

This transcript was exported on Jul 17, 2023 - view latest version here.

| | |
|---|---|
| Dr. Jane Ruby: | Wow. Yeah. |
| Dr. Alexander: | People don't understand we take those risks. We... But we can't recoil now. |
| Dr. Jane Ruby: | Right. |
| Dr. Alexander: | My face is out there, your face, my name. If we step back, Jane, I've been told is when they will come at you. You need to fight them daily to keep them on the ropes, to keep everybody off key. |
| Dr. Jane Ruby: | Yeah. |
| Dr. Alexander: | You have to come at them, have to. |
| Dr. Jane Ruby: | Dr. Paul Alexander, thank you so much for being here. I know we... With our schedules, it took awhile but it was worth every minute of the wait. You are an incredible human being, and I thank you, and I hope people will go and support you. |
| Dr. Alexander: | Same. |
| Dr. Jane Ruby: | Get that book, support him. |
| Dr. Alexander: | I'm a deep... I'm a deep... I'm a deep admirer, Jane, of you- |
| Dr. Jane Ruby: | Thank you. |
| Dr. Alexander: | I have always been. |
| Dr. Jane Ruby: | Thank you so much. |
| Dr. Alexander: | You are fearless. It's not just support me, you have to be supported more than even me because you are making this platform available, so thank you very much. |
| Dr. Jane Ruby: | For as long as God keeps it going. Thank you, Dr. Alexander. God bless you, and good night, everyone. Thanks for being with us. |
| Dr. Alexander: | Thank you, bye. |
| Dr. Jane Ruby: | Thanks to my sponsor, Mike Lindell, and the folks at MyPillow.com. Please don't forget to use the promo code RUBY for free shipping and big discounts. Good night, everyone. |