UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-63 |
| PETER R. BREGGIN, MD, *et al.* | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO EXTEND THE RESPONSE DEADLINE
TO PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO MOTIONS TO DISMISS (DKT. 49)**

Having considered defendant Dr. Jane Ruby's *Unopposed Motion to Extend the Response Deadline to Plaintiff's Memorandum in Opposition to Motions to Dismiss (Dkt. 49)*, this Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Dr. Jane Ruby shall have until and including August 17, 2023 to respond to Plaintiff's Memorandum in Opposition to Motions to Dismiss the Amended Complaint (Dkt. 49).

It is SO ORDERED.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Date: _____
Charlottesville, VA

1