UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-63 |
| PETER R. BREGGIN, MD, *et al.* | ) |
| Defendants. | ) |

**ORDER GRANTING UNOPPOSED
MOTION TO EXTEND THE RESPONSE DEADLINE
TO PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO MOTIONS TO DISMISS**

Having considered defendant Dr. Jane Ruby's *Unopposed Motion to Extend the Response Deadline to Plaintiff's Memorandum in Opposition to Motions to Dismiss*, this Court **GRANTS** the Motion. Dkt. 50.

**IT IS THEREFORE ORDERED** that Dr. Jane Ruby shall have until and including August 17, 2023 to respond to Plaintiff's Memorandum in Opposition to Motions to Dismiss the Amended Complaint.

It is **SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Date: July 31, 2023
Charlottesville, VA