UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:22-cv-63 |
| PETER R. BREGGIN, MD, *et al.* | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF WAIVER OF HEARING ON MOTION TO MODIFY
PRETRIAL ORDER AND STAY DISCOVERY (DKT. 35)**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 11(b), defendant Dr. Jane Ruby, by counsel, hereby advises the Court that all parties agree to submission of the following motion without a hearing:

| 06/26/2023 | 35 | MOTION re 34 Pretrial Order,, Case Referred to Magistrate Judge, *to Modify Pretrial Order and Stay Discovery* by Jane Ruby. Motions referred to Judge Joel C. Hoppe. (Hill, Rowland) |
|---|---|---|

Date: August 3, 2023

Respectfully submitted,

Dr. Jane Ruby

By Counsel

MERRITTHILL, PLLC

/s/ *R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
Craig Thomas Merritt (VSB No. 20281)
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone: 804.916.1600
E-mail: bhill@merrittfirm.com
E-mail: cmerritt@merrittfirm.com

BITMAN O'BRIEN & MORAT, PLLC

*/s/ Ronnie Bitman*
Ronnie Bitman (admitted *pro hac vice*)
615 Crescent Executive Ct., Suite 212
Lake Mary, Florida 32746
Telephone: 407.815.3110
E-mail: rbitman@bitman-law.com

*Attorneys for Defendant Dr. Jane Ruby*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  August 3, 2023

/s/ *R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
MERRITTHILL, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804.916.1600
E-mail:  bhill@merrittfirm.com

*Attorney for Defendant Dr. Jane Ruby*