# EXHIBIT 2



+ Create

⌂ Home

((•)) Live

🎵 GTok

€ GETTR Points

🔔 Notifications

📄 One Contact

💬 Messages

👤 Profile

⚙ Settings

⋯ More

🔍 Search on GETTR

← **Post**



**rwmalonemd** ✓
@rwmalonemd · Aug 31, 2022

RE: Breggin
I regret having to write this, but I continue to be pestered regarding Peter Breggin's criticism of Mattias Desmet and his book. As far as I am concerned, this is concern trolling on the part of Dr. Breggin and his followers. I want nothing to do with this. Dr. Breggin may see Dr. Desmet as both an academic competitor as well as a competing author (and therefore have conflicts of interest), I have no idea, but the behavior is consistent with that. I have facilitated direct communication between them. I want nothing to do with this, it is between them. But please do not bother me about this any more. I am not in the business of facilitating nor exploiting academic disputes.

Thank you.

Translate post

Posted on 11:07 AM · Aug 31st, 2022