# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. ROBERT W. MALONE,<br><br>                                   *Plaintiff,*<br><br>        v.<br><br>PETER R. BREGGIN, MD., *et al.*,<br><br>                                   *Defendants.* | CASE NO. 3:22-cv-00063<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    Upon notice that Plaintiff anticipates needing to secure new counsel and finding good cause shown, the Court will **CONTINUE** the hearing on the pending motions to dismiss that is presently set for September 26, 2023, until a later date available to the parties and the Court. Further, Plaintiff shall have **thirty (30) days** to notify the Court that he has secured new counsel and for such counsel to enter a notice of appearance. All other pending pretrial deadlines are stayed in the interim.

    It is so **ORDERED**.

    The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to Plaintiff.

    Entered this   25th   day of September, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE