UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| *Plaintiff*, | ) CASE NO. 3:22-CV-00063-NKM |
| v. | ) |
| PETER R. BREGGIN, MD., *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

Pursuant to the Court's September 25, 2023, Order requiring the Plaintiff to secure new counsel and to notify the Court of the same by October 25, 2023, Evan D. Mayo, Esq., hereby notes his appearance as counsel of record for Plaintiff Dr. Robert W. Malone and requests that he be identified as lead counsel in the CM/ECF system.

Date:   October 23, 2023              Respectfully submitted,

/s/ Evan D. Mayo
Evan D. Mayo (VSB No. 89383)
Tremblay & Smith, PLLC
105 East High Street
Charlottesville, Virginia 22902
Telephone:   434.977.4455
Facsimile:    434.979.1221
evan.mayo@tremblaysmith.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was served on all parties via the Court's Electronic Case Filing (ECF) system by their counsel of record.

                                                                     /s/ Evan D. Mayo
                                                                           Evan D. Mayo

Date:   October 23, 2023