# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Dr. Robert W. Malone**

vs.

**Peter R. Breggin, MD, et al.**

Action No:   3:22CV00063
Date:   December 11, 2023
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Evan D. Mayo

Defendant Attorney(s)
William M. Stanley, Jr.
    Counsel for Peter R. Breggin, MD &
    Ginger Ross Breggin

Craig T. Merritt & Ronnie Bitman
    Counsel for Dr. Jane Ruby

**PROCEEDINGS:**

All parties present by Zoom video-conference for hearing on the following pending motions:

ECF No. 42 – Motion to Dismiss for Failure to State a Claim & ECF No. 44 – Motion to Dismiss for Lack of Jurisdiction filed by Defendants Peter R. Breggin, MD & Ginger Ross Breggin;

ECF No. 46 – Motion to Dismiss for Lack of Jurisdiction & ECF No. 47 – Motion to Dismiss for Failure to State a Claim filed by Defendant Dr. Jane Ruby.

Arguments heard. The Court determined the Plaintiff has not met his burden of proof as to jurisdiction and an appropriate opinion & order will be entered. The Court will order further briefing on attorney's fees request.

Time in Court:   2:07 – 3:04 p.m.   (57 minutes)