**Stanley & Stanley, PLLC**
13508 Booker T Washington Highway
VA 24121

# Statement

| Date |
|---|
| 2/8/2024 |



To:
Peter Breggin

| Amount Due | Amount Enc. |
|---|---|
| $6,238.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 12/31/2022 | Balance forward | | 0.00 |
| 02/23/2023 | Due 03/06/2023. Money wired into account --- Hourly Retainer $-50,000.00 | -50,000.00 | -50,000.00 |
| 02/28/2023 | INV #12676. Due 02/28/2023. --- T/C wms, 0.3 @ $500.00 = 150.00 | 150.00 | -49,850.00 |
| 02/28/2023 | INV #12677. Due 02/28/2023. --- T/C AJ, 0.3 @ $250.00 = 75.00 | 75.00 | -49,775.00 |
| 02/28/2023 | INV #12678. Due 02/28/2023. --- Paralegal, 0.3 @ $90.00 = 27.00 | 27.00 | -49,748.00 |
| 02/28/2023 | INV #12704. Due 02/28/2023. --- T/C AJ, 0.3 @ $250.00 = 75.00 | 75.00 | -49,673.00 |
| 02/28/2023 | INV #12711. Due 02/28/2023. --- T/C wms, 0.3 @ $500.00 = 150.00 | 150.00 | -49,523.00 |
| 03/02/2023 | INV #12705. Due 03/02/2023. --- Research AJ, 1.4 @ $250.00 = 350.00 | 350.00 | -49,173.00 |
| 04/11/2023 | INV #12731. Due 04/11/2023. --- Research WMS, 2 @ $500.00 = 1,000.00 | 1,000.00 | -48,173.00 |
| 04/12/2023 | INV #12732. Due 04/12/2023. --- Paralegal, 0.3 @ $90.00 = 27.00 | 27.00 | -48,146.00 |
| 04/12/2023 | INV #12733. Due 04/12/2023. --- Paralegal, 0.1 @ $90.00 = 9.00 | 9.00 | -48,137.00 |
| 04/12/2023 | INV #12734. Due 04/12/2023. --- Review WMS, 0.1 @ $500.00 = 50.00 | 50.00 | -48,087.00 |
| 04/12/2023 | INV #12735. Due 04/12/2023. --- Draft WMS, 0.2 @ $500.00 = 100.00 | 100.00 | -47,987.00 |
| 04/13/2023 | INV #12736. Due 04/13/2023. --- Paralegal, 0.4 @ $90.00 = 36.00 | 36.00 | -47,951.00 |
| 04/20/2023 | INV #12737. Due 04/20/2023. --- Draft WMS, 0.3 @ $500.00 = 150.00 | 150.00 | -47,801.00 |
| 04/21/2023 | Due 06/08/2023. Phone call with Dr. Breggin and Ginger --- T/C wms, 1.2 @ $500.00 = 600.00 | 600.00 | -47,201.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 6,238.00 | 0.00 | 0.00 | 0.00 | $6,238.00 |

**Stanley & Stanley, PLLC**
13508 Booker T Washington Highway
VA 24121

# Statement

| Date |
|---|
| 2/8/2024 |

**To:**
Peter Breggin

| Amount Due | Amount Enc. |
|---|---|
| $6,238.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/10/2023 | Due 06/08/2023.<br>Draft motions (2) and 12b2 brief<br>--- Draft WMS, 9.2 @ $500.00 = 4,600.00 | 4,600.00 | -42,601.00 |
| 05/28/2023 | Due 06/08/2023.<br>Case law research- defamation and fighting words<br>--- Research WMS, 5.3 @ $500.00 = 2,650.00 | 2,650.00 | -39,951.00 |
| 05/29/2023 | Due 06/08/2023.<br>Draft memo 12b6<br>--- Draft WMS, 3 @ $500.00 = 1,500.00 | 1,500.00 | -38,451.00 |
| 05/30/2023 | Due 06/08/2023.<br>Finish drafting memo 12b6<br>--- Draft WMS, 6.1 @ $500.00 = 3,050.00 | 3,050.00 | -35,401.00 |
| 05/31/2023 | Due 06/08/2023.<br>Review and redraft 12b6 memo<br>--- Review WMS, 2.1 @ $500.00 = 1,050.00 | 1,050.00 | -34,351.00 |
| 06/08/2023 | Due 06/08/2023.<br>Research/Draft 12b6 Memo<br>--- Draft WMS, 4.8 @ $500.00 = 2,400.00 | 2,400.00 | -31,951.00 |
| 06/20/2023 | Due 01/25/2024.<br>Review Ruby memo and exhibits<br>--- Review WMS, 1.1 @ $500.00 = 550.00 | 550.00 | -31,401.00 |
| 07/09/2023 | Due 01/25/2024.<br>Research and amend<br>--- Research WMS, 0.7 @ $500.00 = 350.00 | 350.00 | -31,051.00 |
| 07/09/2023 | Due 01/25/2024.<br>Complaint review<br>--- Review WMS, 0.4 @ $500.00 = 200.00 | 200.00 | -30,851.00 |
| 07/09/2023 | Due 01/25/2024.<br>Draft memo and motion 12b2 cal 1266<br>--- Draft WMS, 3.8 @ $500.00 = 1,900.00 | 1,900.00 | -28,951.00 |
| 07/10/2023 | Due 01/25/2024.<br>Re-draft and edit all memos<br>--- Draft WMS, 2.9 @ $500.00 = 1,450.00 | 1,450.00 | -27,501.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 6,238.00 | 0.00 | 0.00 | 0.00 | $6,238.00 |

# Statement

Stanley & Stanley, PLLC
13508 Booker T Washington Highway
VA 24121

Date: 2/8/2024

To:
Peter Breggin

| Amount Due | Amount Enc. |
|---|---|
| $6,238.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/11/2023 | Due 01/25/2024.<br>Finalizing pleadings<br>--- Draft WMS, 1.6 @ $500.00 = 800.00 | 800.00 | -26,701.00 |
| 07/13/2023 | Due 01/25/2024.<br>Filed motions to amended complaint<br>--- Paralegal, 0.6 @ $90.00 = 54.00 | 54.00 | -26,647.00 |
| 07/31/2023 | Due 01/25/2024.<br>Read Ruby memo in support to dismiss and all transcript exhibits<br>--- Review WMS, 2.8 @ $500.00 = 1,400.00 | 1,400.00 | -25,247.00 |
| 07/31/2023 | Due 01/25/2024.<br>Read Malone's Memo in Opposition to our Motion to Dismiss<br>--- Review WMS, 0.3 @ $500.00 = 150.00 | 150.00 | -25,097.00 |
| 07/31/2023 | Due 01/25/2024.<br>Draft Joint Declaration of Dr. and Mrs. Breggins<br>--- Draft WMS, 1.4 @ $500.00 = 700.00 | 700.00 | -24,397.00 |
| 07/31/2023 | Due 01/25/2024.<br>Case law research malon cases cited<br>--- Research WMS, 1.4 @ $500.00 = 700.00 | 700.00 | -23,697.00 |
| 07/31/2023 | Due 01/25/2024.<br>Draft Reply Memo to Malone Pleading<br>--- Draft WMS, 4.3 @ $500.00 = 2,150.00 | 2,150.00 | -21,547.00 |
| 08/01/2023 | Due 01/25/2024.<br>Review emails from clients and Review Declaration and Reply<br>--- Review WMS, 2.4 @ $500.00 = 1,200.00 | 1,200.00 | -20,347.00 |
| 08/01/2023 | Due 01/25/2024.<br>telephone call with Ginger Breggin<br>--- T/C wms, 0.1 @ $500.00 = 50.00 | 50.00 | -20,297.00 |
| 09/11/2023 | Due 01/25/2024.<br>Prepare motion to Dismiss NB for 9.26.23<br>--- Paralegal, 1.5 @ $90.00 = 135.00 | 135.00 | -20,162.00 |
| 09/23/2023 | Due 01/25/2024.<br>Telephone call with Elliott Park attorney regarding Steve Bliss/Malone<br>--- T/C wms, 0.5 @ $500.00 = 250.00 | 250.00 | -19,912.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 6,238.00 | 0.00 | 0.00 | 0.00 | $6,238.00 |

Stanley & Stanley, PLLC
13508 Booker T Washington Highway
VA 24121

# Statement

| Date |
|---|
| 2/8/2024 |

**To:** Peter Breggin

| Amount Due | Amount Enc. |
|---|---|
| $6,238.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/23/2023 | Due 01/25/2024.<br>Review case law for hearing 9.27.23<br>--- Review WMS, 4 @ $500.00 = 2,000.00 | 2,000.00 | -17,912.00 |
| 12/08/2023 | Due 01/25/2024.<br>Telephone call with client<br>--- T/C wms, 0.2 @ $500.00 = 100.00 | 100.00 | -17,812.00 |
| 12/09/2023 | Due 01/25/2024.<br>Read all cases<br>--- Review WMS, 9 @ $500.00 = 4,500.00 | 4,500.00 | -13,312.00 |
| 12/10/2023 | Due 01/25/2024.<br>Review all briefs and prepare arguement<br>--- Review WMS, 8 @ $500.00 = 4,000.00 | 4,000.00 | -9,312.00 |
| 12/11/2023 | Due 01/25/2024.<br>Draft outline<br>--- Draft WMS, 3 @ $500.00 = 1,500.00 | 1,500.00 | -7,812.00 |
| 12/11/2023 | Due 01/25/2024.<br>Attend motion hearing<br>--- Attend Court wms, 1.1 @ $500.00 = 550.00 | 550.00 | -7,262.00 |
| 12/11/2023 | Due 01/25/2024.<br>Telephone call with client<br>--- T/C wms, 0.3 @ $500.00 = 150.00 | 150.00 | -7,112.00 |
| 01/13/2024 | Due 01/25/2024.<br>Case law research<br>--- Research WMS, 4.4 @ $500.00 = 2,200.00 | 2,200.00 | -4,912.00 |
| 01/13/2024 | Due 01/25/2024.<br>Review Malone brief<br>--- Review WMS, 0.4 @ $500.00 = 200.00 | 200.00 | -4,712.00 |
| 01/14/2024 | Due 01/25/2024.<br>Case law research<br>--- Research WMS, 1.5 @ $500.00 = 750.00 | 750.00 | -3,962.00 |
| 01/14/2024 | Due 01/25/2024.<br>Draft motion<br>--- Draft WMS, 0.5 @ $500.00 = 250.00 | 250.00 | -3,712.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 6,238.00 | 0.00 | 0.00 | 0.00 | $6,238.00 |

# Statement

Stanley & Stanley, PLLC
13508 Booker T Washington Highway
VA 24121

| Date |
|---|
| 2/8/2024 |

**To:**
Peter Breggin

| Amount Due | Amount Enc. |
|---|---|
| $6,238.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/14/2024 | Due 01/25/2024.<br>Begin drafting memo<br>--- Draft WMS, 3.7 @ $500.00 = 1,850.00 | 1,850.00 | -1,862.00 |
| 01/22/2024 | Due 01/25/2024.<br>Continuing drafting memo<br>--- Draft WMS, 3.4 @ $500.00 = 1,700.00 | 1,700.00 | -162.00 |
| 01/23/2024 | Due 01/25/2024.<br>Draft motion<br>--- Draft WMS, 5.5 @ $500.00 = 2,750.00 | 2,750.00 | 2,588.00 |
| 01/24/2024 | Due 01/25/2024.<br>Revise/correct memo to final<br>--- Draft WMS, 4.8 @ $500.00 = 2,400.00 | 2,400.00 | 4,988.00 |
| 02/04/2024 | Due 02/05/2024.<br>Redraft memo; telephone call with Mike Joynes and draft affidavit<br>--- Draft WMS, 2.5 @ $500.00 = 1,250.00 | 1,250.00 | 6,238.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 6,238.00 | 0.00 | 0.00 | 0.00 | $6,238.00 |