**AFFIDAVIT**

After being duly sworn, your affiant states the following:

I have been an attorney practicing in Virginia since being admitted to the Virginia bar in 1985. I am also licensed to practice in both the United States District Court for the Eastern District of Virginia and United States Court of Military Appeals, as well as numerous other courts. I practice in both federal and state Courts, in both civil and criminal matters. I have also handled numerous civil cases involving constitutional issues that also appear to be present in the matter of *Dr. Robert Malone v. Dr. Peter and Ginger Breggins, et al.*

I have thoroughly reviewed the billings of the Breggins' counsel, William M. Stanley, Esq. in this matter, as well as reviewed the pleadings that were filed by the Breggins' counsel in this matter; and therefore, I hereby aver to the following:

1. That the billing rate of $500.00 charged by counsel and the Stanley Law Group PLLC firm is very reasonable under the circumstances;

2. That the time expended by the counsel for the Breggins on the legal research done, motions and briefs drafted, and preparations for the oral argument in this case are entirely appropriate and reasonable in a case such as this one; and

3. That the total amount charged by counsel for the legal services rendered on behalf of the Breggins is also reasonable, especially in light of the result achieved by counsel in the dismissal of the matter during the pleadings stage of the litigation.

KNOWETH FURTHER, YOUR AFFIANT SAYETH NOT.

Louis N. Joynes, II, Esquire



**Notary**

Commonwealth of Virginia;

~~County~~ City of Virginia Beach; to wit:

This 8th day of February, 2024, Louis N. Joynes, II appeared before me, a Notary Public for the state and county aforesaid, and after being duly sworn, acknowledged the foregoing as true and correct to the best of his ability.

*Ariel C. Leblanc*

Notary Public for the Commonwealth of Virginia

My Commission expires: May 31, 2025

