# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. ROBERT W. MALONE, <br><br> *Plaintiff,* <br><br> v. <br><br> PETER R. BREGGIN, MD., *et al.*, <br><br> *Defendants.* | CASE NO. 3:22-cv-00063 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court upon the motions to dismiss for lack of personal jurisdiction, filed by Defendants Dr. Peter Breggin and Ginger Ross Breggin, and by Dr. Jane Ruby. Dkts. 44, 46. For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motions to dismiss for lack of personal jurisdiction are **GRANTED**, and Plaintiff's case against Defendants will be and hereby is **DISMISSED**.

The Court will further **DENY,** *without prejudice,* **as moot** Defendants' motions to dismiss for failure to state a claim. Dkts. 42, 47.

Defendants' motion for an award of attorney's fees is further **DENIED**. Dkt. 74.

The Clerk of Court is directed to strike this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered this 27th day of March, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE